# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

### NO. _____

_____

### YOKAMON LANEAL HEARN,

**Petitioner,**

**v.**

### RICK THALER
**Director, Texas Department of Criminal Justice
Institutional Division,**

**Respondent.**

_____

_____

### EXHIBITS TO
### PETITION FOR A WRIT OF HABEAS CORPUS
### (Capital Case)

### Volume 1

_____

**NAOMI TERR**              **RICHARD BURR**
**1927 Blodgett Street**    **PO Box 525**
**Houston, Texas 77004**    **Leggett, Texas 77350**
**(713) 222-7788**          **(713) 628-3391**
**(713) 222-0260 (fax)**    **(713) 893-2500 (fax)**
**NaomiTerr@aol.com**       **dick.burrandwelch@gmail.com**

**Counsel for Yokamon Laneal Hearn**

# INDEX OF EXHIBITS

Volume 1

Exhibit 1:    Order Setting Execution Date

Exhibit 2:    Notes of Trial Counsel Matt Fry (Excerpts)

Exhibit 3:    *Capital Sentencing Strategy: A Defense Primer*, July 1994 (Excerpts)

Exhibit 4:    Plano Police Department Records of Tony L. Massingill (Excerpts)

Exhibit 5:    Tarrant County Mental Health and Mental Retardation Records of Susan D. Johnson (Excerpts)

Exhibit 6:    Dallas County Mental Health and Mental Retardation Records of Yokamon L. Hearn (Excerpts)

Exhibit 7:    Parkland Memorial Hospital Records of Susan D. Johnson (Excerpts)

Volume 2

Exhibit 8:    Social Security Earned Income Records of Susan D. Johnson

Exhibit 9:    Tarrant County Juvenile Probation Records of Yokamon L. Hearn (Excerpts)

Exhibit 10:    Child Protective Services Records (Excerpts)

Exhibit 11:    Texas Department of Corrections Records of Tony L. Massingill

Exhibit 12:    Dallas ISD Records of Tony L. Massingill

Exhibit 13:    Parkland Memorial Hospital Records of Tony L. Massingill (Excerpts)

Exhibit 14:    Parkland Memorial Hospital Records of Yokamon L. Hearn (Excerpts)

Exhibit 15:    Assessment of Yokamon Hearn for Fetal Alcohol Syndrome by Pablo Stewart, M.D.

Exhibit 16:     Neuropsychological Report of Dale G. Watson, Ph.D.

Exhibit 17:     Dallas ISD Records of Yokamon L. Hearn

Volume 3

Exhibit 18:     Fort Worth ISD Records of Yokamon L. Hearn

Exhibit 19:     Educational Records of Yokamon L. Hearn Contained in CPS Records

Exhibit 20:     Dallas Can! Academy Records of Yokamon L. Hearn

Exhibit 21:     Social Security Administration Earned Income Records of Yokamon L. Hearn

Exhibit 22:     Texas Health and Human Services Records of Yokamon L. Hearn

Exhibit 23:     Sworn Statements of Delvin J. Diles, Dwight P. Burley, and Theresa S. Shirley

Exhibit 24:     XX-Jim's Exhibit

Exhibit 25:     Billing Records of Jan Hemphill

Exhibit 26:     Billing Records of Dean Swanda

Exhibit 27:     Texas Criminal Appellate Manual 1996, 3d ed. (Excerpts)

Exhibit 28:     Jan Hemphill's File (Excerpts)

Exhibit 29:     Table Reflecting the Time Entries in Jan Hemphill's files

# EXHIBIT 1

CAUSE N0. F98-46232-S

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 282ND JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT |
| | § | |
| YOKAMON HEARN | § | DALLAS COUNTY, TEXAS |

## ORDER SETTING EXECUTION DATE

The Court has reviewed the State's Motion to Set Second Execution Date and finds that the motion should be granted; and whereas

The Defendant, Yokamon Hearn, was previously sentenced to death by the Court in the presence of his attorneys; and

There being no stays of execution in effect in this case, it is the duty of this Court to set an execution date in the above numbered and styled cause, and the Court now enters the following **ORDER:**

**IT IS HEREBY ORDERED** that the Defendant, Yokamon Hearn, who has been adjudged to be guilty of capital murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and judgment of the Court at Death, shall be kept in custody by the Director of the Texas Department of Criminal Justice, Institutional Division, until the **18th day of July, 2012**, upon which day, at the Texas Department of Criminal Justice, Institutional Division. at some time after the hour of six o'clock p.m., in a

**ORDER SETTING EXECUTION DATE**

*Hearn/ose*
*Original*

room arranged for the purpose of execution, the said Director, acting by and through the executioner designated by said Director, as provided by law, is hereby commanded, ordered and directed to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said Yokamon Hearn until the said Yokamon Hearn is dead. Such procedure shall be determined and supervised by the said Director of the Texas Department of Criminal Justice, Institutional Division.

The Clerk of this Court shall issue and deliver to the Sheriff of Dallas County, Texas, a Death Warrant in accordance with this Order, directed to the Director of the Texas Department of Criminal Justice, Institutional Division, at Huntsville, Texas, commanding him, the said Director, to put into execution the Judgment of Death against the said Yokamon Hearn.

The Sheriff of Dallas County, Texas is hereby ordered, upon receipt of said Death Warrant, to deliver said Warrant to the Director of the Department of Criminal Justice, Institutional Division, Huntsville, Texas.

**SIGNED** this _25_ day of April, 2012.

ANDREW CHATHAM, JUDGE
282ND JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS

## ORDER SETTING EXECUTION DATE

Hearn/ose
Original

# EXHIBIT 2

She runs into street when a car drives up / that car backed up / ~~others~~ a 2nd car came up + W begged them to stop / they took her to get help / Camp Wisdom + Westmoreland is the major intersection H

Cross X

never saw photos or lineup / described big gun as a rifle to police / gave police a false address — just nervous she says / was living at Dallas Life Foundation / had been living in shelters / claims no psychiatric illness

12/11/98

I am out of the courtroom during the morning working on our witnesses on punishment. I have no notes on that testimony. Wayne Huff handled those witnesses.

Punishment

CPS workers
Greckney  Officer Hamm DSO
Mrs Presley
Susan Johnson (mother)
Warda Bell (aunt)

Things to do on them:

~~Major~~      Bill that

1. go by snatch scene + place where body dumped
2. look at videotape from 7-11
3. call Brad Lollar — talk to Delvin Dyles
4. get a copy of Delvin Dyles statement to police
   + his writing seized from jail cell?
5. get mother of ∆ subpoenaed
6. get CPS caseworker subpoenaed
7. get ~~Dr to~~ Wanda Bell subpoenaed
8. run down Teresa Shirley (co-∆) filed in
   ~~McDaniel~~ court - Elizabeth Davis appointed — 2EOC
   she is in jail according to Leigh Oatman. in jail now
9. run down info on extraneous es / bad acts

Brad Lollar

Dwight Burley } Dyles says the 2 saw it
+ Sharon ●

Dyles told Jason that ∆ had bragged about
killing a guy in Ft. Worth.

10. psychiatrist? — No
11. pick up ore trial transcript

Dwight Burley address:
Inca + 52nd
this intersection on Inca.   5 or 6 houses up from
Hows has carport on front
with blue frier on carport - Has high hedges
on right side of house. On other side of
hedge is old white car with gray spots. All 4 tires are flat.

# EXHIBIT 3

# CAPITAL SENTENCING STRATEGY:
### A Defense Primer

JEFFREY J. POKORAK
St. Mary's University School Of Law
1 Camino Santa Maria
San Antonio, Texas  78228

210/436-3779 — Phone
210/436-1119 — Fax

## 20TH ANNUAL ADVANCED CRIMINAL LAW COURSE

### JULY 25-28, 1994

### DALLAS, TEXAS

**BB**

The Court of Criminal Appeals has never held that the evidence of future dangerousness was legally insufficient because the mitigating evidence of the defendant's character, background and record would have persuaded any rational jury that he will not commit violent acts in the future.   In Felder v. State,[117] the evidence at the defendant's second trial for a capital murder showed that he was convicted of three burglaries before he stabbed the deceased during a robbery to prevent her from identifying him, but there was no evidence that he had committed a single violent act during the 12 years that had elapsed since he was arrested for that capital offense.  The Court of Criminal Appeals held that the evidence was sufficient to prove that Felder was a continuing threat to society in spite of this because he did not introduce any affirmative proof of his nonviolent record in prison.[118]

<center>III.</center>

<center>INVESTIGATING THE PUNISHMENT PHASE OF A CAPITAL TRIAL</center>

With this information regarding the Texas sentencing structure, and what you can expect from the State on the future dangerousness inquiry, it is critical that you meet their fire with your consoling waters.  In the current death penalty statute, the vehicle given by the legislature to combat the State's future dangerousness tool is:

> whether, taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the defendant, there is a sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed.[119]

As this special issue implies, everything about the circumstances of the underlying offense (or other prior bad acts), the defendant's character, and the defendant's record (read "history") is relevant to the jury's final determination of this issue.  Therefore, this section is designed to present an initial list of essential people to talk to and records to obtain.  Each person and document will have information that will lead to additional people and records that you will need to talk to or obtain.  Each case will have its own unique set of records, people and events to investigate.  This list is best used as an inspirational guide intended to provoke your own ideas for avenues of inquiry.

A.    Life History Investigation

1.    A thorough intergenerational life history must be developed, incorporating all life history documents and interviews with all first and second degree relatives, friends, peers.  As relatives with histories of relevant physical illness (diabetes, endocrine/hormonal, and neurological) and mental illnesses are

---

[117]758 S.W.2d 760, 771 (Tex. Crim. App. 1988).

[118]758 S.W.2d at 771.  The federal constitution allows the state to place the burden on the defendant to introduce mitigating evidence of his law abiding or nonviolent record in a capital sentencing trial, Delo v. Lashley, 507 U.S. ___, 113 S .Ct. 1222 (1993), but the Supreme Court has not decided whether this rule applies in reviewing the sufficiency of the evidence of a statutory aggravating circumstance issue like future dangerousness that the state must prove.

[119]See Art. 37.071(2)(e), V.A.C.C.P (Vernon Pocket Part 1993).

<center>17</center>

identified, obtain their medical and life history documents.

- Where were grandparents and parents from?  How did they support themselves through the years?

- What kind of housing, medical care, nutrition, and education did grandparents and parents have?

- Find the folks (aunts, cousins, neighbors) who knew that sexual, physical, or psychological abuse occurred in the family.

- Investigate anyone who had the opportunity to abuse your client in any way. If parents worked, investigate the people who cared for your client and had access to him.

2.   Find schoolmates, cousins, neighbors, or others -- including family members and caretakers -- who would have known your client and/or the family during his developmental years.  Check for:

- Nightmares, sleep disturbances, fear of the dark;

- Rocking, biting, head banging during early childhood (Look at symptoms of Pervasive Development Disorder in Psychiatric Textbook, 5th edition);

- Withdrawal, quietness, shyness;

- Peculiar concern about food, weight loss;

- Difficulty reading, speech impediments;

- Anxiety, nervousness, crying, hiding;

- Superstitions;

- Fears, responses to crises.

3.   Birth Certificates.  Get birth certificates for your client and all family members.  Family includes siblings, parents, step-parents, grandparents, children, spouse, significant other.  Birth certificates are available from the Department of Vital Statistics in each state -- some states require a signed release. Be sure to obtain from your client and each member of her family signed releases for this and for other records listed below.  You will need each person's full name, birth date, social security number and any other names previously used.

4.   Birth records.  Obtain birth records from hospital, doctors, midwives.  This includes prenatal (i.e., the mother's) and birth (i.e., the client's) records.  You will need these records for your client as well as all siblings.

5.   Obtain a thorough pregnancy history with mother for each child: drugs, alcohol, beatings/physical abuse, accidents, bleeding, nutrition, edema, nerves, sleep patterns, length of labor, anesthetic during labor, forceps, any trauma, home remedies, nausea, weight gain/loss.  This will complement the prenatal and birth records you receive.

6.  Church records. Did your client go to Church? Is so, what church? Do they have records? Were there people in the church who remember him and things about it? Interview these people.

7.  School records. Get all school records for your client, his parents, siblings and children. Check with each school attended as well as the school board. Ask the school board and each school if outside private or public agencies conducted psychological evaluations or special testing. Contact those agencies and obtain their records. Review school yearbooks and publications and copy all pages related to your client or a family member.

8.  Adult Education Records. Obtain all adult education records on your client. Check with Job Corps, Urban league, private agencies, community colleges, GED programs, vocational programs.

9.  Locate teachers and counselors who remember your client and/or his family. Talk to them.

10. Childhood photographs. Ask family, relatives, friends for these.

11. Were the homes he lived in near industry -- what toxins was he exposed to through his environment?

12. Medical records. Get all of your client's, your client's parents', siblings', spouse or significant other's, and children's medical records for any hospitalization or hospital, public and private clinic or doctor's office treatment. Check every hospital for every person regardless of whether anyone a family member was treated there. Separately check at each emergency room in every geographic area where your client lived. Ask specifically for films of x-rays, CT scans, MRIs as well as narrative reports.

13. Mental health records. Has a psychiatric evaluation ever been made of your client or anyone in her family? If so, get all records, including any testing, raw data, interview notes, tapes, photos, preliminary reports, memos from attorneys, and any material whatsoever in file. If any person was hospitalized involuntarily, obtain the court records and talk to the attorneys involved.

14. Talk to your client and family members about any history of mental illness, mental retardation, physical illnesses or disability in the family? If so, get records. Find out from your client and family members the names of family doctors, dates of hospitalization, etc. Talk to the family doctor or any other doctor who treated the family member.

15. Has your client, or anyone in his family ever tried to commit suicide? Document any occasion and get thorough history. Are there police records? Hospital/ER records?

16. Death Certificates. Get death certificates for any close family members who have died. Obtain all related medical and hospital records, the autopsy report and the obituary.

17. Work records. Get any work-related records available. Look especially for injuries, worker's compensation, performance evaluation, salary. Talk to former employers and co-workers, especially those who worked with your client prior to the offense.

18. Police response calls and incident reports. Check police files for any incident reports and dispatches to parents' home and any other place where your client lived. Look for domestic disturbances, alcohol or drug-related incidents, bizarre conduct by parents or caretaker, visitors.

19. Jail, court, and police records for offenses by family members. Obtain these records on all arrests and convictions for your client's family — parents, siblings, children, spouse, significant other, etc. This includes attorney files for any attorney who represented any of these persons at trial, on appeal, in collateral proceedings, etc. Check for records at any place that the family has lived. Jail records

should include classification reports, psychological reports, medications administered, disciplinary reports, medical records, visitor logs, etc.

20.    <u>Civil Proceedings</u>. Check all civil court proceedings to see if your client or parents were sued or sued anyone including divorce proceedings initiated and abandoned or completed. Obtain all child support orders, custody decrees, and peace bonds/temporary restraining orders. Get the attorney files on any divorce (from both parties if possible).

21.    <u>Marriage Certificates</u>. Get marriage certificate for client, parents and grandparents. This includes previous and subsequent marriages.

22.    <u>Social service agencies</u>. Was your client's family ever on welfare or some other form of government aid. Check with social services to see if family has any records or reports for neglect, abuse, special needs. Obtain home study reports, referrals and results of testing or counseling, intervention, placement in foster home, termination of parental rights. Check this information for client, siblings, parents, children.

23.    <u>Texas Youth Commission</u>. For your client and all siblings obtain records, reports, evaluations, tests including counseling conferences, intervention reports, foster placement records, any other form of treatment or placement.

24.    <u>Juvenile courts and facilities</u>. Obtain all juvenile court records for your client and siblings. You may need a court order. Check each juvenile facility in every state your client lived for all medical, intake, evaluation, disciplinary and school records.

25.    <u>Parole and probation</u>. Get all parole and probation records, including juvenile. Check with the local parole office as well as regional and central offices.

26.    <u>Private social service agencies</u>. Check with Catholic Social Services, private juvenile shelters, Big Brothers, Boys' Clubs and other private agencies for any records on your client, siblings, or family.

27.    <u>Military records</u>. Obtain complete file for client and any family member. If a parent served in the military, also obtain all medical and school records the military has for your client.

28.    <u>Jail, court, and police records for client's prior offenses</u>. Obtain these records on all arrests and convictions for your client. Check for records at any place that the family has lived. This includes:

     a.    <u>Attorney files</u> for any attorney who represented your client at trial, on appeal, in collateral proceedings, etc. ((Use a release signed by your client which includes the release of all work product);

     b.    <u>Jail records</u> (classification reports, psychological reports, medications administered, disciplinary reports, medical records, visitor logs, etc.);

     c.    <u>Public court records</u>;

     d.    <u>Prosecutor's file</u>;

     e.    <u>News clips</u> about your client and the offense;

     f.    For every <u>co-defendant, court, prosecutor, jail, attorney records</u>.

If any priors involved a police officer, obtain that officer's personnel file, the internal affairs division

investigation and report, and the citizen review board report.

29.     What is your client's alcohol, drug history, including when he first inhaled glue, organic solvents,
        gasoline, freon, paint, paint thinner, etc. The drug/alcohol history needs to be as detailed as possible:
        age first used, amount, frequency, circumstances, street name, effect on behavior, physiological effects.
        This needs to be done with particular detail for the few days prior to and including the offense.

30.     Develop a diet (including alcohol and drugs) history of your client for week of offenses. What did he
        eat, when, how much? When did he sleep -- how many hours, where. What was his sleep pattern
        around time of offenses. Did his weight fluctuate? How much time was there between the death in his
        family and the offenses?

31.     Prison records. Get the Texas Dept. of Criminal Justice files for prior incarcerations. Include
        administrative, classification, employment, educational, and medical, psychiatric, disciplinary records.

B.      Trial Investigation

        Often, the investigation of the trial issues will itself lead to information necessary to the development of
your punishment theory of defense.

1.      Attorney files for every attorney who may have represented your client pre-trial, or at a previous trial
        or appeal if applicable.

2.      Prosecution and police files in this case. Make sure that police lab reports, incident reports, witness
        statements, etc. are included.

3.      Jail, court, and police records for this offense. Obtain these records for your client. Jail records
        should include classification reports, psychological reports, medications administered, disciplinary
        reports, medical records, visitor logs, etc. Ask for these records by name. If this offense involved a
        the shooting of a police officer, obtain that officer's personnel file, the internal affairs division report,
        and the citizen review board report.

4.      Autopsy records for all victims. This includes photos, bench notes, tape recordings, memos from
        prosecution, and any other material whatsoever in pathologist's files.

5.      Investigate the medical examiner's background. Sources to contact include professional regulation
        agency, criminal and civil courts, universities and schools attended, employment records. Compare his
        testimony about qualifications with actual qualifications. Look for fraud and misrepresentation. Also
        investigate the qualifications of the pathologists who actually performed the autopsies.

6.      Victim Court Records. Check criminal and civil courts for any proceedings involving the victim.
        Check every county where they are known to have lived.

7.      Were any previous attorneys in prior cases disciplined, disbarred, drug abusers, alcoholics?

8.      Co-defendants in this offense. Get prior (and subsequent?) criminal records including arrest records,
        court files, incarceration records, state law enforcement rap sheets, FBI rap sheets. Be sure to check
        juvenile proceedings and police records.

        Obtain court, police and incarceration records for co-defendants on this offense. If the co-defendant
        was tried, get a copy of the trial transcript. Obtain the attorney file.

C.    Developing a Defense Theory of Punishment

Once you have assembled everything -- both information and records -- regarding your client's life, you must create a defense. Although all this may be presented at trial to overwhelm the jury, just as with a guilt/innocence strategy, your punishment strategy will be most effective if it is constructed carefully. Although each case is unique, the most successful punishment strategies seem to perform several functions at once:

1.    Humanize your client. Don't just make him out to be a fellow human being, make him out to be a unique human being. Everyone has positive character traits and people who know them to be good and valuable individuals. Present him as someone who, although flawed, is valuable and loved.

2.    Do not shy away from negative evidence (mental illness, abuse, drug addiction, etc.). Although your client's past might increase the likelihood of his future dangerousness, you're mistaken if you believe the State won't find it or use it.

3.    Use all your mitigating evidence and relate it to the criminal act. Negative qualities are often the primary source of explanatory evidence. For example, in Eddings v. Oklahoma, the defendant's child abuse at the hands of his police officer father was directly linked through expert testimony to Edding's murder of a police officer. Likewise, some people are on death row for acts that they performed out of loyalty to or love of another person.

4.    Present a theory that allows the good and bad to coexist in your client. Jurors recognize the potential for evil in themselves and, if properly presented, may understand it in your client.

5.    Explain as much as possible. Facts in a vacuum are what prosecutions are made of. They would like to portray the most superficial version of your client as a mean dog who needs to be put down. DON'T LET THEM! If your client is a drug or alcohol addict, explain why he is addicted and when he began using; if your client is schizophrenic; explain why he is mentally ill and why the State previously failed to treat him, if he is loved, explain why and how; if he was previously convicted, explain the surrounding circumstances.

6.    Use your witnesses to fully develop the picture of a person who is life-worthy. Present all your witnesses as you would a cohesive alibi or insanity defense -- aim with each piece of evidence toward the telling of a unified vision of your client's value and worth. Psychiatrists, psychologists, other doctors, prison or corrections experts, all can create the ultimate picture of how your client can be productive and helpful even if incarcerated.

Ultimately, you must present a defense that demonstrates and conveys how much you believe that your client should live and why he should not die for the crime for which the jury has just convicted him. These defenses are daily winning in Texas because, as much as people want to have the death penalty, those same people, once jurors, actually do think long and hard before sentencing a fellow traveler to die.

# EXHIBIT 4

PAGE  03

PLAND PD OPEN RECORD

0000000000

06/26/2012  10:36

**HP-5**

## TEXAS DEPARTMENT OF PUBLIC SAFETY
### DWI/DUID TRAFFIC CASE REPORT

**VIOLATOR OR SUSPECT**

County **COLLIN**   **1124**

NAME **ROSS  TIMOTHY  MILTON**   Address ▮▮▮▮▮   DL No ▮▮▮   State **TEXAS**

Birth Date ▮▮▮   Sex **M**   Race **N**

Height **6'**   Weight **175**   Occupation **TRUCK DRIVER**   Driver and Criminal Record ▮▮▮

VEHICLE: Color **TURQUOISE**   Year Model **1959**   Make **CHEV.**   Body Style **PICKUP**   Registered **71**   State **TEXAS**   Number ▮▮ □A.M.

OFFENSE **D.W.I.**   □ Fatal Accident   ☒ Non-Fatal Accident   □ No Accident   Date **1 - 8 - 19 72**   Day of Week **SATURDAY**   Hour **8:15** ☒P.M.

ROAD ON WHICH OFFENSE OCCURRED **PARKER RD. AT S.H. 5**   **1100 BLK.** ☒ N, E □ □   Section ▮▮ miles □ S □ W d   **PLANO**   Town or City

Name of Street or Highway No.

| WITNESSES | | Elements of this case witness can testify to | Subject Driving Motor Vehicle | | Intoxicated or Under the Influence of Drugs | Person Killed Due to Accident | Accident Occasioned by Intoxicated Condition of Subject |
|---|---|---|---|---|---|---|---|
| | | | On Public Highway | In Incorp. City (MUDJM) | | | |
| **BILLY JOE RICHERSON** | | | YES | YES | YES | NO | YES |
| Name | Address ▮▮▮▮ | | | | | | |
| **MIKE WHITEHEAD** | **PLANO POLICE DEPT.** | | | | YES | | |
| Name | Address | | | | | | |

**CHEMICAL TEST**   Test Offered ☒ Breath □ Urine □ Blood □ None □ Other, specify ____   Test Given ☒ Breath □ Urine □ Blood □ Refused □ Other, specify ____   Refusal Item Submitted □ Yes ☒ No   Test Result **.20** %

**JOHNNY MOCK   SGT.  PLANO P.D.  13**   Officer/Operator   Identification No.

ARRESTING OFFICER **MIKE WHITEHEAD**   Ident No. **75**   Dept. **PLANO POLICE DEPT.**   Other Officers ▮▮

## OBSERVATIONS

Hat or Cap **NONE**   Shirt or Dress **GREEN, WHITE, YELLOW PLAID**

CLOTHES — Describe type and color   Jacket or Coat **TAN SPORT JACKET**   Pants or Skirt **GREY KHAKIS**

Condition   ☒ Disorderly   □ Disarranged   □ Soiled   ☒ Mussed   □ Orderly   Describe ____

| | | | | | |
|---|---|---|---|---|---|
| **BREATH** Odor of Alcoholic Beverage | ☒ Strong | □ Moderate | □ Faint | □ None | |
| **ATTITUDE** | ☒ Excited | □ Hilarious | ☒ Talkative | □ Carefree | □ Sleepy | ☒ Profanity |
| | □ Combative | □ Indifferent | ☒ Insulting | ☒ Cocky | □ Cooperative | □ Polite |
| **UNUSUAL ACTIONS** | □ Hiccoughing | □ Belching | □ Vomiting | □ Fighting | □ Crying | ☒ Laughing |
| **SPEECH** | □ Not Understandable | □ Mumbled | ☒ Slurred | ☒ Mush Mouthed | ☒ Confused | |
| | ☒ Thick Tongued | □ Stuttered | □ Accent | □ Fair | □ Good | |
| **BALANCE** | □ Falling | ☒ Needed Support | ☒ Wobbling | ☒ Swaying | ☒ Unsure | □ Sure |
| **WALKING** | □ Falling | □ Staggering | ☒ Stumbling | ☒ Swaying | □ Unsure | □ Sure |
| **TURNING** | □ Falling | □ Staggering | ☒ Hesitant | ☒ Swaying | □ Unsure | □ Sure |

Fingerprinted By ____   □ Not Fingerprinted

Signature of Officer Making Report **Mike Whitehead**   Name of DPS Officer or Name of Other Police Agency and their File Number   Ident. No. **75**   Date of Report **1-8-72**   Disposition of Case **5yrs. TDC probated 1-24-72**

PAGE  04

PLANO PD OPEN RECORD

0000000000

06/26/2012  10:36

## INTERVIEW

Were you operating a vehicle? __YES__ Where were you going? __OUT TO PARKER__ What street or highway were you on? __PARKER RD.__

Direction of travel? __EAST__ Where did you start from? __PLANO__ What time did you start? __9:00 PM__ What time is it now? __10:05 PM__

What city (county) are you in now? __PLANO__ What is the date? __THE 8TH__ What day of the week is it? __SATURDAY, RIGHT?__

INTERVIEWER TO FILL IN ACTUAL ___10:05 am/pm___ __SATURDAY__ __1-8-72__ __MIKE WHITEHEAD__
                                                Time              Day          Date          Interviewer's Name

When did you last eat? __2:00 PM__ What did you eat? __PLATE LUNCH__ What were you doing the last three hours? __CAME UP HERE FROM__

__DALLAS__ Have you been drinking? __YES__ What? __BEER__ How much? __2__

Where? __DOWN HERE IN COLORED TOWN__ Started? __8:30 am/pm__ Stopped? __8:50 am/pm__ Are you under the influence of an alcoholic beverage now? __NO__

What is your occupation? __TRUCK DRIVER__ When did you last work? __TODAY?__ Do you have any physical defects? _____ If so, what? _____

Are you ill? _____ If so, what's wrong? _____ Do you limp? _____ Have you been injured lately? _____ If so, what's wrong? _____

Did you get a bump on the head? _____ Were you involved in an accident today? __NO__ Have you had any alcoholic beverage since the accident? __NO__

If so, what? __N/A__ Where? __N/A__ How much? __N/A__ When? __N/A__

Have you seen a doctor or dentist lately? _____ If so, who? _____ When? _____ What for? _____

Are you taking tranquilizers, pills or medicines of any kind? _____ If so, what kind? (Get sample) _____ Last dose? _____ am/pm Do you have epilepsy? _____

Diabetes? _____ Do you take insulin? _____ If so, last dose? _____ am/pm Have you had any injections of any other drugs recently? _____

If so, what for? _____ What kind of drug? _____ Last dose? _____ am/pm When did you last sleep? __LAST NIGHT__

How much sleep did you have? __14 HRS.__ Are you wearing false teeth? _____ Do you have a glass eye? _____ Other information _____

SUMMARY (Describe what you did and what you found, showing information such as why you stopped case, — amount of driving, — condition of vehicle and defendant, — peculiarities of specific drivers license, by number, — peculiar manner of defendant, wobblers, staters, — physical symptoms of walk, traffic, weather, — description of vehicle and defendant.)

WORKED ACCIDENT (MINOR) IN WHICH ARRESTED PARTY WAS A DRIVER, AND BACKED INTO ANOTHER

VEHICLE. WHEN SGT. TALKED WITH SUBJECT IT WAS APPARENT HE WAS VERY INTOXICATED. SUBJECT WAS

VERY BELLIGERENT AND DENIED DOING DAMAGE TO OTHER CAR. OTHER DRIVER STATED HE WOULD

TESTIFY TO FACT THAT SUBJECT WAS DRIVING ON PUBLIC STREET AND BACKED INTO HIS CAR. SUBJECT

WAS OFFERED AND TOOK BREATH TEST. TEST RESULT .20% SUBJECT PLACED IN CITY JAIL.

### TEXAS DEPARTMENT OF PUBLIC SAFETY
### BREATHALYZER OPERATIONAL CHECK LIST

IR-140

Subject's Name _Ross Timothy Milton_ Date _1-8-71_
       Last        First        Middle

Time (of test) _9:12 P.M._ Blood Alcohol 0. _20_ %; Ampoule Control No. _74821_

Operator _Johnny Mook_ Witness _Alice Whitehead_

Instrument No. _900-3476_ Location _McKinney S.O._

Reference Analysis:    Predicted _0.18_ %;    Simulator Test _0.17_ %;

**PREPA-** 1. ☑ Throw SWITCH to "ON", wait until THERMOMETER shows 50° ± 3° C.
**RATION** 2. ☑ Gauge TEST AMPOULE and insert in left-hand holder.
3. ☑ Gauge TEST AMPOULE, open, insert BUBBLER and connect to outlet.
**PURGE** 4. ☑ Turn to TAKE, flush out, turn to ANALYZE.
5. ☑ When RED empty signal appears, wait 1½ minutes, turn on LIGHT, BALANCE.
6. ☑ Set BLOOD ALCOHOL POINTER on START line, 1.00 line for Simulator Test)
**ANALYSIS** 7. ☑ Turn to TAKE, take breath sample, turn to ANALYZE. (record time).
8. ☑ When RED empty signal appears, wait 1½ minutes, turn on LIGHT, BALANCE.

Then for SIMULATOR TEST start at 1 and follow same procedure.

Record answer, dispose of test ampoule, TURN CONTROL KNOB to "OFF".

FBI  674-734 A       DPS 664-447

## PRISONER'S JAIL RECORD

Cell # 4

| ID. NO. 1126 | | | | No. | | |
|---|---|---|---|---|---|---|
| NAME TIMOTHY MILTON ROSS | | SOC/SL SECIALTZ4NO. | | DATE 1-8-72 | TIME 10:00 | |
| ALIAS OR NICKNAME | | OCCUPATION TRUCK DRIVER | | WARRANTS | | |
| | SCARS OR MARKS | | | | | |
| DATE OF BIRTH | PLACE OF BIRTH DES MOINE IOWA | ARRESTING OFFICER MIKE WHITEHEAD | | | | |
| AGE 45 | RACE N | EYES BRN | HAIR BLK | SEX M | HEIGHT 6 | WEIGHT 175 | COMPLEXION BLK |
| OFFENSE D.W.I. | | | STATUS | | | |
| SENTENCE BEGINS | | SENTENCE EXPIRES | HOLD FOR | | | |
| HOW RELEASED | | DATE | TIME | RELEASING OFFICER | | |
| BEHAVIOR BAD | | | | TIME ALLOWED FOR GOOD BEHAVIOR | | |
| REMARKS: | | | | | | |

| Currency | $ 5.00 | Wallet | / | Watch | |
| Change | $ .62 | Rings | | Knife | |
| Checks | $ — | Keys | | Lighter | / |
| TOTAL | $ | Cards | | Pen-Pencil | / |

OTHER ITEMS NOT CLASSIFIED
PONIB - BELT

VEHICLE INVOLVED 57 CHEV F/U         IMPOUNDED YES

CONDITION BAD -          STORED BY KREVICK'S

SEARCHED BY Mike Whitehead     PRISONER'S ATTORNEY

                              CALLED ATTORNEY

OTHER CALLS PERMITTED

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities. Mike Whitehead

Prisoner X REFUSED

Received all of the above listed property on this _____ day of _____, 19__.

FORM LE 12
G. A. THOMPSON, BOX 4081.
DALLAS, TEXAS 70200

Signature X Dimitri Jones

# EXHIBIT 5

Release of Information Display - Display Data Elements

CASE NUMBER: 000029216    HEARN SUSAN D                          ** Inactive
                                 Eff Date
     Display of Release Requests: 03242005  - Record Start -
          Date Request Received: 03242005 03/24/2005
                Requestor's Name: 03242005 RANDI WALL CHAVEZ, LMSW
                 Contact Person: _____
             Requestor Address: 03242005 PO BOX 270033
                           City: 03242005 AUSTIN
                          State: 03242005 TX        TEXAS
                      Zip Code: 03242005 78727
    RETURNED INCOMPLETE BECAUSE: _____  _____
                              : _____  _____
                              : _____  _____
      Number of Hard Copy Pages: _____
   Number Micro/Optical Pages: 03242005 20
               Total Charges: _____  _____
              Payment Method: _____
     Date Request Completed: 03242005 03/24/2005
              How Shipped: 03242005 02        FIRST CLASS MAIL
    (End Record)                         -- End Record --

<Enter>=complete, <F9>=abort, <F8>=addt'l data: __

This information has been disclosed to you from
records whose confidentiality is protected by
Federal and State Law. The information may not
be redisclosed without specific written consent of
the person to whom it pertains.

RANDI WALL CHAVEZ, LMSW
P.O. BOX 270033
AUSTIN, TEXAS 78727
VOICE (512) 873-2331~FAX (512) 873-2346

29 216 /002

3/10/2005

**Records Department**
Mental Health Mental Retardation of Tarrant County
3840 Hulen Street, North Tower
Fort Worth, Texas 76107
Phone No: (817) 569-4300

**Re: Records Request for Diane Johnson (AKA Susan D. Hearn, Susan D. Johnson,
Susan D. Ross, Diane Hearn, Diane Ross), Social Security #:⬛⬛⬛⬛⬛DOB:**
⬛⬛⬛

To Whom It May Concern:

        I am writing to request the release of any and all records in your possession
pertaining to Diane Johnson (or any alias she may have used). It is my understanding
that Ms. Johnson was a resident in the Billy Gregory Detox Center. However, please note
that I am requesting records from this center, as well as any other records you may have.
Enclosed with this letter are two copies of releases of information. One is HIPPA
compliant and the other is a basic release of information. These are appropriate for the
records I am requesting.

        I would appreciate it if you could send a complete, certified copy of these records
to me at the above address. Certification requires a letter on agency letterhead stating
that the contained records are true and correct copies of originals in the agency's file.
Any associated costs will be paid upon submission of an invoice.

        It is imperative that this request be answered as quickly as possible. Please contact
me at the above phone number if you have any questions. If email is an option you can
contact me at rwchavez@austin.rr.com. Thanks in advance for your assistance in this
matter

Sincerely,

Rand Wall Chavez, LMSW

**TARRANT COUNTY MENTAL HEALTH
MENTAL RETARDATION SERVICES**

Case #: 629216

Client Name: SUSAN HEARN

Unit #: ~~9094~~ 251

CPC #: 900

Date of Discharge: 7-3-95

**Circle Below if Appropriate:**

**Enter Date and Time of Move or Death**

1 = Moved out of State

| M M | - | D D | - | Y Y |

2 = Deceased

| H H | - | M M | - | A/P |

**DISCHARGE SUMMARY**

I.   Reason for Discharge

II.  Presenting Problems

III. Description of Services Course and Results

IV.  Referral, information, and recommendations made to client

V.   Planning/linking activities

VI.  DSM III-R Discharge Diagnosis/ABL
    A. Admission Diagnosis (Axes I-V)
    B. Discharge Diagnosis (Axes I-V)
    C. ABL (Mental Retardation Clients only)

*(Use Addendum pages as needed - signature and date on last page)*

I. Ct completed 28 day Chemical Dependency treatment program at Pine Street.
✓ Alcohol Dep. 303.90, Cocaine Dep. 304.20 & Cannabis Dep. 304.30

II. Ct will learn of the unmanageability of her disease through her powerlessness & craving. Ct will have the opportunity to see herself as others see her day by day upon her own evaluation. Ct was given a chance to grow spiritually through her spirituality & craving. Ct was educated on HIV/STD, and Relapse. Ct got a sponsor and began developing a network of a personal sober support system. Ct was introduced to a variety of 12-step meetings

III. MHMR-Homeless Outreach for Housing

IV. AA/NA, Pine Street aftercare referred back to referral source MHMR-Homeless Outreach.

VI. A-I Alcohol Dep 303.90, Cocaine Dep 304.20, Cannabis Dep 304.30
    II NO DX V71.09
    III None
    IV Active ∅
    V 48/45

B-I, II, III & V all the same — Axis IV 48/60

_____ C.I.   7-11-95
**CPC/CM Signature/Title/Date**

_____ PM   7/13/95
**Supervisor Signature/Title/Date**

Rev. 3/94
S-002-1

**INTERIM TREATMENT PLAN**

T
029216
Susan Hearn
DOB:
SS#:
05/23/95

| Case Number | Today's Date | Next Staffing Date | CPC Number |
|---|---|---|---|
| 029216 | 05 23 95 | 07 07 95 | 676 |
| | mm dd yy | mm dd yy | |

Principal Diagnosis Axis (Circle One):    Axis I   Axis II        DSM / ICD Code

| Axis I | Level 1 | Alcohol Dep. | |
| | Level 2 | Cocaine Dep. | |
| | Level 3 | Cannabis Dep. | |
| Axis II | Level 1 | No Dx | V71.09 |
| | Level 2 | | |
| | Level 3 | | |
| Axis III | Level 1 | None | |
| | Level 2 | | |
| | Level 3 | | |

Axis IV: AS DESC  Axis V Current: 45  Prior Year: 45    MR Only, ABL Current:    Potential:    CM/OBRA ONLY, Svc Need Level:

Primary Problem Category:  MH   DRUG   ALCOHOL   MR   DD/ECI        MR SERVICE CATEGORY:

Interim Treatment Plan (Good for 45 days: Unless discharged from state facility, then this is only valid for 31 calendar days- Community Standard 6.9F)

I. Pt. will experience a safe detoxification from ETOH/MJ w/minimal signs of any signs of withdrawal after 11 days.

II. Pt. will demonstrate i increase of desire for physical wellness w/in 2-3 days of admin by participating in gym.

III. Pt. to be given a disch severity index by Chargwork & detox nurse. Treatment planning to be addressed.
HST Completed by Caseworker on: 5/31/95

IV. Pt. to gain knowledge basic concepts through gym.
Pt. to gain knowledge of HIV/STD through HIV/STD educational gym.

Describe Planning/Linking activities needed:

AA/NA aftercare, MH/MR (CATS)  Pre St. admit date: 6/12/95

Summarize the discussion with client regarding client fee and client responsibility:

Financial screening to admit, funds et medically indigent @ this time, ct pays registration fee only.

Susan D Hearn _____  _____ Caton LCDC Unit # 250  Date: 5/23/95
Client Signature        CPC/Case Manager Signature

_____  _____  Unit #_____
Parent/Legal Guardian (if applicable)    Psychiatrist Signature

_____ Schemil LVN #250
Other Signatures (include relationship to client or Unit #)

If client does not sign, state reason:_____

Model 7/1/93
S-004-3-I       Distribution:  Original- Chart    Yellow Copy- Client Accounting    Pink Copy- Client

029216
Susan Hearn
DOB: ████████
SS#: ████████
06/05/95

**TREATMENT PLAN**

**Problem #**

| Case Number | Today's Date | Next Review Date* | CPC Number |
|---|---|---|---|
| 029216 | 6 / 13 / 95 | 7 / 11 / 95 | 900 |
| | mm dd yr | mm dd yr | |

**PROBLEM OR CRISIS SITUATION:** My needs or problems that I am here to work on. My Drug addiction
Ct lacks of Chemical Dep. to lessen.

**THIS PROBLEM WAS IDENTIFIED ON THE LAST MULTIDISCIPLINARY ASSESSMENT DATED:** 5 / 31 / 95 (Assessment must be updated every two years).

**MY STRENGTHS:** The things I can do to solve the problems. "Determined", "willingness to learn"

**GOAL(S) OF TREATMENT:** I would know that my situation was better when/if (Specify behaviors/feelings in measurable outcomes with time frames)
① Ct will write about her powerlessness over cocaine & alcohol and read in group.
② Ct will write about spirituality in recovery and present to group. Ct will develop a Sober Support System by obtaining a sponsor before discharge.

**SERVICE TYPE/TARGETED INTERVENTION/RESPONSIBLE STAFF:** (Incl. counseling, Med. Maint., etc): Include frequency/duration and focus of intervention for each service. Note staff responsible for each service type.
Case worker- Will provide grp therapy 1X a week for length of episode.
CW- will provide written assignments for ct to complete during next 2 weeks.
CW - will provide 1:1 counseling weekly.

**THE TREATMENT TEAM CONSIDERS THIS PROGRAM APPROPRIATE TO MEET THE CLIENT'S TREATMENT NEEDS.**

Is client due for a physical exam? ☐ Yes ☑ No. If "Yes," identify plan

I have participated in developing my plan of treatment. It has been explained to me in simple non-technical language. Possible adverse effects of the treatment and completing treatment have been explained to me. I agree to participate in and cooperate with treatment. I understand that I may withdraw this agreement at any time.

X _Susan Denise Hearn_          No                    No                    6-13-95
   Client Signature         Parent/Legal Guardian (if applicable)   Psychiatrist Signature and Unit #      Date

_Betty Clemons_ 251      Other Signatures:
CPC/Case Manager Signature and      Unit #

Other Signatures (include relationship to client or Unit #)
If client does not sign, state reason

**TREATMENT PLAN REVIEW DATE:** ____/____/____   **NEXT STAFFING DATE*:** ____/____/____  (*Not to exceed 90 days)
**PROBLEM:** (Circle One)   RESOLVED   DELETED   CONTINUED
**EFFECTIVENESS OF INTERVENTIONS:**

**CHANGES TO SERVICE TYPE/TARGETED INTERVENTION/RESPONSIBLE STAFF:**

_____          _____          _____          _____
   Client Signature         Parent/Legal Guardian (if applicable)   Psychiatrist Signature and Unit #      Date

                        Other Signatures:
CPC/Case Manager Signature and Unit #

Signatures (include relationship to client or Unit #)
If client does not sign, state reason _____

Rev. 6/94
S-004-2-1          Distribution   Original- Chart      Yellow Copy- Client (90 Day Review)      Pink Copy- Client (Initial Plan)

* Not to exceed 90 days

I
N
I
T
I
A
L

P
L
A
N

R
E
V
I
E
W
/

U
P
D
A
T
E

**TCMHMR Services**
**Addiction Services Division**
**Interpretive Summary**

029216
Susan Hearn
DOB [redacted]
SS#: [redacted]
05/23/95

**Clinical Impressions (Include relevant cultural/ethnic issues/ summarize all assessments)**

Ct is a 34 y/o Black female c̄ presenting problems of Crack cocaine
& Alcohol, ct quit School at early age and got married, have Son
16 y/o that is giving her lot of problems, ct attempted Suicide 3 times
[illegible] in and out of hospitals, ct States this was due to her losing
her 7 y/o, ct Stated she felt no one loved her, after her (M) & (F)
Died ct Stayed Depressed. Ct has bad relationship c̄ (S) ct
(F) was Alcoholic. Ct's [illegible] & Son 16 y/o was taken and CPS have
him. ct Stated she is Homeless had been living in the Night
Shelter when she got in to fight c̄ a person there and was
sent to jail. Ct needs lot of work on her Self esteem, her
[illegible] problems will try to link ct c̄ homeless Outreach
before D/C.

029216
Susan Hearn
DOB: ███████
SS#: ███████
06/05/95

List Weaknesses *(Consider impulsions, needs, conflicts, distractions, etc.)*
impulsive (in the past), her Son, my attitude

Treatment Length/Intensity *(Describe fully  any variance)* 3 to 4 wks Int. d.l.

What does client feel are his/her strengths/weaknesses?
Mark blank column using either "S" or "W" or "N/A."

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W | Education | W | Social lifestyle | W | Finances | | Other |
| W | Employment | W | Spouse/Sign. Other | S | Spirituality | | |
| W | Family | S | Health | S | Friends | | |

Summary of input from family, friends, and significant others:
Not yet obtained

Signature/Title  Butch Clemons  c.s.          Unit# 251  Date 6/13/95

Tarrant County Mental Health Mental Retardation Services

## Addiction Severity Index, Fifth Edition

### GENERAL INFORMATION

029216
Susan Hearn
DOB
SS#:
05/23/95

**ADDITIONAL IDS.**

**ID No.:** `0 2 9 2 1 6`

**SS No.:**

**Date of Admission:** `0 5 / 2 3 / 9 5`

**Date of Interview:** `0 5 / 3 1 / 9 5`

**Time Begun: HOUR: MINUTES** `0 1 : 3 0` pm

**Time Ended: HOUR:MINUTES** `0 2 : 3 0` pm

**Class:**   1. Intake   2. Follow-up   `1`

**Contact Code:**   1. In person   3. Mail   `1`
2. Telephone (Intake ASI must be in person)

**Gender:**   1. Male   2. Female   `2`

**Treatment Episode No.:** `0 2`

**Interviewer Code No.:** `6 4 6`

**Special:**   `N`
1. Patient terminated
2. Patient refused   3. Patient unable to respond

*Susan Hearn*
Name
(PNS)

Address 1

Address 2

| City | State | Zip Code |

1. How long have you lived at this address? (Years/Months)   `- - / 0 5`

2. Is this address owned by your or your family?   0-No 1-Yes   `0`

3. Date of birth: (Month/Day/Year)

4. Of what race do you consider yourself?   `2`
   1. White (not Hisp)   5. Asian/Pacific   9. Hispanic-Other
   2. Black (not Hisp)   6. Hispanic-Mexican
   3. American Indian   7. Hispanic-Puerto Rican
   4. Alaskan Native   8. Hispanic-Cuban

5. Do you have a religious preference?   `1`
   1. Protestant   3. Jewish   5. Other
   2. Catholic   4. Islamic   6. None

6. Have you been in a controlled environment in the past 30 days?   `2`
   1. No   4. Medical Treatment
   2. Jail   5. Psychiatric Treatment
   3. Alcohol/Drug Treat.   6. Other:
   > A place, theoretically, without access to drugs/alcohol.

7. How many days?   `0 1`
   > "NN" if Question No. 6 is No. Refers to total number of days detained in the past 30 days.

App. 2/94
E-002-1

### SEVERITY PROFILE

| PROBLEMS | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| MEDICAL | | X | | | | | | | | |
| EMP/SUP | | | | | | X | | | | |
| ALCOHOL | | | | | | | | X | | |
| DRUGS | | | | | | | | X | | |
| LEGAL | | | | X | | | | | | |
| FAM/SOC | | | | | | | X | | | |
| PSYCH | | | | | | | X | | | |

### GENERAL INFORMATION COMMENTS
(Include the question number with your notes)

#1 *Clt. has been living in the night shelter.*

## MEDICAL STATUS

1. How many times in your life have you been hospitalized for medical problems?
   >Include O.D.'s, D.T.'s. Exclude detox, alcohol/drug, and psychiatric treatment and childbirth (if no complications). Enter the number of overnight hospitalizations for medical problems. `2`

2. How long ago was your last hospitalization for a physical problem? `14` / `00` Yrs. Mos.
   >If no hospitalizations in Question 1, then this should be "NN".

3. Do you have any chronic medical problems which continue to interfere with your life?   0 - No  1 - Yes  `1`
   If "Yes" specify in comments.
   >A chronic medical condition is a serious physical or medical condition that requires regular care, (i.e., medication, dietary restriction) preventing full advantage of their abilities.

3b. <OPTIONAL> Number of months pregnant: `0`
   >"N" for males, "0" for not pregnant. Mos.

4. Are you taking any prescribed medication on a regular basis for a physical problem? If yes, specify in comments.   0 - No  1 - Yes  `0`
   >Medication prescribed by a MD for medical conditions; not psychiatric medicines. Include medicines prescribed whether or not the patient is currently taking them. The intent is to verify chronic medical problems.

5. Do you receive a pension for a physical disability?   0 - No  1 - Yes  `0`
   >Include Workers' compensation, exclude psychiatric disability.
   If "Yes" specify in comments.

6. How many days have you experienced medical problems in the past 30 days? `0` `0`
   >Do not include ailments directly caused by drugs/alcohol. Include flu, colds, etc. Include serious ailments related to drugs/alcohol, which would continue even if the patient were abstinent (e.g., cirrhosis of liver, abscesses from needles, etc.).

For Questions 7 & 8, ask the patient to use the Patient Rating scale.

7. How troubled or bothered have you been by these medical problems in the past 30 days? `1`
   >Restrict response to problem days of Question 6

8. How important to you now is treatment for these medical problems? `0`
   >Refers to the need for additional medical treatment by the patient.

## INTERVIEWER SEVERITY RATING

9. How do you rate the patient's need for medical treatment? `1`
   >Refer to the patient's need for additional medical treatment.

## CONFIDENCE RATINGS

Is the above information significantly distorted by:

10. Patient's misrepresentation?   0 - No  1 - Yes  `0`

11. Patient's inability to understand?   0 - No  1 - Yes  `0`

## MEDICAL COMMENTS
(include question number with your notes)

#1 1978- Child Birth
1981 & 82- Hysterectomy

#3 Clt. reports having Migraine Headaches

029216
Susan Hearn
DOB:
SS#:
05/23/95

Tarrant County Mental Health
Mental Retardation Services

029216
Susan Hearn
DOB:
SS#:
05/23/95

## EMPLOYMENT/SUPPORT STATUS

**EMPLOYM**

1. Education completed (Years/Months)
   > GED = 12 years, note in comments.
   > Include formal education only.
   `0 8` / `0 0`   Yrs.   Mos.

   #1 Clt quit school because
   she got married.

2. Training or Technical education completed:
   > Formal/organized training only. For military training, only include training that can be used in civilian life, i.e., electronics vs. artillery.
   `0 0`   Mos.

3. Do you have a profession, trade, or skill?   0-No 1-Yes `1`
   > Employable, transferrable skill acquired through training.
   If "Yes" (specify) _Cooking_

4. Do you have a valid driver's license?   0-No 1-Yes `0`
   > Valid license; not suspended/revoked.

   #? "Clt's license is expired"

5. Do you have an automobile available?   0-No 1-Yes `0`
   > If answer to No. 4 is "No", then No. 5 must be "No". Does not require ownership, only requires availability on a regular basis.

6. How long was your longest full time job?   `0 3` / `0 0`   Yrs.   Mos.
   > Full time = 35 + hours weekly; does not necessarily mean most recent job.

7. Usual (or last) occupation?
   (specify) _Beeler's Restaurant_   `4`
   (use Hollingshead Categories Reference Sheet)

8. Does someone contribute to your support in anyway?   0-No 1-Yes `0`
   > Is patient receiving any regular support (i.e., cash, food, housing) from family/friend. Include spouse's contribution; exclude support by an institution.

9. Does this constitute the majority of your support?   0-No 1-Yes `0`
   > If No. 8 is "No", then No. 9 is "N" for N/A.

10. Usual employment pattern, past three years?   `1`
    1. Full time (35 + hours)        5. Service
    2. Part time (regular hours)     6. Retired/Disability
    3. Part time (irregular hours)   7. Unemployed
    4. Student                       8. In controlled environment
    > Answer should represent the majority of the last 3 years, not just the most recent selection. If there are equal times for more than one category, select that which best represents more current situation.

11. How many days were you paid for working in the past 30 days?   `0 0`
    > Include "under the table" work, paid sick days and vacation.

**How much money did you receive from the following sources in the past 30 days?**

12. Employment?
    > Net or "take home" pay, include any "under the table" money

13. Unemployment Compensation?

14. Welfare?
    > Include food stamps, transportation money provided by an agency to go to and from treatment.

15. Pensions, benefits or Social Security?
    > Include disability, pensions, retirement, veteran's benefits, SSI & workers' compensation.

App. 2/94
B-002-2

## EMPLOYMENT/SUPPORT (cont.)

16. Mate, family, or friends?
> Money for personal expenses, i.e. clothing. Include unreliable sources of income (eg. gambling). Record cash payments only. Include windfalls (unexpected), money from loans, gambling, inheritance, tax returns, etc.)

`0 0 0 0`

17. Illegal?
> Cash obtained from drug dealing, stealing, fencing stolen goods, gambling, prostitution, etc. Do not attempt to convert drugs exchanged to a dollar value.

`0 0 0 0`

18. How many people depend on you for the majority of their food, shelter,..etc.?
> Must be regularly depending on patient, do include alimony/child support, do not include the patient or self-supporting spouse, etc.

`0 1`

19. How many days have you experienced employment problems in the past 30 days?
> Include inability to find work. If they are actively looking for work, or problems with present job in which that job is jeopardized.

`30`

For Questions 20 & 21, ask the patient to use the Patient Rating scale.

20. How troubled or bothered have you been by these employment problems in the past 30 days?
> If the patient has been incarcerated or detained during the past 30 days, they cannot have employment problems. In that case an "N" response is indicated.

`4`

21. How important to you now, is counseling for these employment problems?
> The patient's ratings in Questions 20 & 21 refer to Question 19. Stress help in finding or preparing for a job, not giving them a job.

`1`

### INTERVIEWER SEVERITY RATING

22. How would you rate the patient's need for employment counseling?

`4`

### CONFIDENCE RATINGS

Is the above information significantly distorted by:

23. Patient's misrepresentation?      0-No  1-Yes  `0`

24. Patient's inability to understand?   0-No  1-Yes  `0`

029216
Susan Hearn
DOB:
SS#:
05/23/95

## EMPLOYMENT/SUPPORT COMMENTS
(Include question number with your notes)

Client has one 16 year old son, who has been removed from her care by CPS.

Client expressed a desire to get her G.E.D.

Texas County Mental Health
Mental Retardation Services

## DRUG/ALCOHOL USE

029216
Susan Hearn
DOB:
SS#
05/23/95

**DRUG/A|**

Route of Administration Types:
1. Oral    2. Nasal    3. Smoking    4. Non-IV Injection    5. IV
Note the usual or most recent route. For more than one route, choose the most severe. The routes are listed from least severe to most severe.

| | | Past 30 Days | Lifetime | Route of Admin |
|---|---|---|---|---|
| 01 | Alcohol (any use at all) | 3 0 | 2 7 | ■ |
| 02 | Alcohol (to intoxication) | 3 0 | 2 0 | ■ |
| 03 | Heroin | | | |
| 04 | Methadone | | | |
| 05 | Other Opiates/Analgesics | | | |
| 06 | Barbiturates | | | |
| 07 | Sedatives/Hypnotics/ Tranquilizers | | | |
| 08 | Cocaine (Crack) | 2 4 | 0 3 | 3 |
| 09 | Amphetamines | | | |
| 10 | Cannabis | 3 0 | 2 7 | 3 |
| 11 | Hallucinogens | | | |
| 12 | Inhalants | | | |
| | More than 1 substance per day (including alcohol) | 0 3 | 0 3 | |

14. According to the interviewer, which substance is the major problem?  [1 6]  *alcohol/Crack/Cannabis*
>Interviewer should determine the major drug of abuse. Code the number next to the drug in questions 01-12.
"00" = no problem, "15" = alcohol & one or more drugs, "16" = more than one drug. Ask patient when not clear.

< OPTIONAL > According to the patient, which substance is the major problem?  [1 6]  *alcohol/Crack/Cannabis*

15. How long was your last period of voluntary abstinence from this major substance?  [1 2] Mos.
>Last attempt of at least one month, not necessarily the longest. Periods of hospitalization/incarceration do not count. Periods of analysis, methadone, or naltrexone use during abstinence do count. Only show periods 30 days or greater.
00 = never abstinent.

16. How many months ago did this abstinence end?  [0 4] Mos.  *4 years ago, When etta mother died.*
>"NN" if question 15 = "00"
>Refers to question 15; "00" = still abstinent.

17. How many times have you had:
Alcohol DT's?  [ 0]
Overdosed on Drugs?  [0 0]

*Delirum Tremens (DT's) occur 24-48 hours after last drink, or significant decrease in alcohol intake, shaking, severe disorientation fever, hallucinations, they usually require medical attention.*
*Overdoses (OD): Requires intervention by someone to recover, not simply sleeping it off. Include suicide attempts by OD.*

App. 2/94
B-002-3

## DRUG/ALCOHOL USE (cont.)

18. How many times in your life have you been treated
    for:                    Alcohol abuse?        `0 1`

                            Drug abuse?           `0 1`

    >Include detoxification, halfway houses, in/outpatient counseling,
    and AA or NA (if 3 + meetings within one month period).

19. How many of these were detox only?
                            Alcohol?              `0 0`
                            Drugs?                `0 0`
    >If question 18 = "00", then question 19 = "NN"

20. How much money would you say you spent
    during the past 30 days on:
                            Alcohol?              `0 2 5 0`
                            Drugs?                `2 0 0 0`
    >Only count actual money spent. What is
    the financial burden caused by drugs/alcohol?

21. How many days have you been treated as
    an outpatient for alcohol or drugs in the      `0 0`
    past 30 days? (include AA/NA)

21b. <OPTIONAL> How many days have
    you been treated as an in-patient             `0 0`
    for alcohol or drugs in the past 30 days?

22. How many days in the past 30 have you
    experienced:            Alcohol problems?     `3 0`
                            Drug problems?        `3 0`
    >Include only: Craving, withdrawal symptoms,
    disturbing effects of use, or wanting to stop and being unable to.

For questions 23 & 24, ask the patient to use the Patient Rating scale. The
Patient is rating the need for additional substance abuse treatment.

23. How troubled or bothered have you been
    in the past 30 days by these:                 `4`
                            Alcohol problems?     `4`
                            Drug problems?

24. How important to you now is treatment
    for these:              Alcohol problems?     `7`
                            Drug problems?        `4`

### INTERVIEWER RATING

25. How would you rate the patient's need for
    treatment:              Alcohol problems?     `7`
                            Drug problems?        `7`

### CONFIDENCE RATINGS

Is the above information significantly distorted by:
26. Patient's misrepresentation?      0-No 1-Yes  `0`

27. Patient's inability to understand?  0-No 1-Yes `0`

## DRUG/ALCOHOL USE COMMENTS
(Include question number with your notes)

Sal. Army TX. Program
(1993) Dallas Tele
(30-35 days)

Alcohol was bought for clt.
Cannabis/Crack were also
bought for clt. (per clt.)

029216
Susan Hearn
DOB:
SS#:

Tarrant County Mental Health
Mental Retardation Services .

## LEGAL STATUS

029216
Susan Hearn
DOB :
SS#
05/23/95

**LEGAL**

1. Was this admission prompted or   0 - No  1 - Yes  `0`
   suggested by the criminal justice system?
   >judge, probation/parole officer, etc.

2. Are you on parole or probation?   0 - No  1 - Yes  `0`
   >Note duration and level in comments.

3. How many times in your life have you been arrested
   and charged with the following:

| | | | |
|---|---|---|---|
| 03 Shoplift./Vandal. | | 10 Assault | |
| 04 Parole/Probation | | 11 Arson | |
| 05 Drug Charges | 0 / | 12 Rape | |
| 06 Forgery | | 13 Homicide/Mansl. | |
| 07 Weapons Offense | | 14a Prostitution | |
| 0   Burglary/Larceny/B&E   08 | 8 | 14b Contempt of Court | |
| robbery | | 14c Other | ____ |

> Include total number of counts, not just convictions.  Do not
include juvenile (pre-age 18) crimes, unless they were charged as an
adult.  Include formal charges only.

15. How many of these charges resulted   `0 / `
    in convictions?
    >If 03-14 = "00", then question 15 = "NN".
    > Do not include misdemeanor offenses in questions 16-18 below.
    > Convictions include fines, probation, incarcerations, suspended
    sentences, and guilty pleas.

How many times in your life have you been charged with the following:

16. Disorderly conduct, vagrancy,   `0 / `
    public intoxication?

17. Driving while intoxicated?   `0 0`

18. Major driving violations?   `0 / `
    > Moving violations, speeding, reckless driving,
    no license, etc.

19. How many months were you incarcerated   `Mos.`  _5 days_
    in your life?
    >If incarcerated 2 weeks or more, round this up
    to 1 month. List total number of months incarcerated.

20. How long was your last   `Mos.`  _5 days_
    incarceration?
    > Enter "NN" if never incarcerated.

21. What was it for?   `0 5`  _and #16_
    >Use code 03-14, 16-18. If multiple charges,
    use most severe code. Enter "NN" if never incarcerated.

22. Are you presently awaiting   0 - No  1 - Yes  `0`
    charges, trial, or sentence?

23. What for?   `0 0`
    >Refers to Q# 22. If more than one, choose most severe.
    Don't include civil cases, unless a criminal offense is involved.

    How many days in the past 30, were   `0 0`
    you detained or incarcerated?
    >Include being arrested and released on the same day.

App. 2/94
B-002-4

## LEGAL STATUS (cont.)

25. How many days in the past 30, have you engaged in illegal activities for profit? `40`
    > Exclude simple drug possession. Include drug dealing, prostitution, selling stolen goods, etc. May be cross checked with Question 17 under Employment/Family Support Section.

For questions 26 & 27, ask the patient to use the Patient Rating scale.

26. How serious do you feel your present legal problems are? > exclude civil problems `3`

27. How important to you now is counseling or referral for these legal problems? `1`
    > Patient is rating a need for additional referral to legal counsel for defense against criminal charges.

### INTERVIEWER SEVERITY RATING

28. How would you rate the patient's need for legal services or counseling? `3`

### CONFIDENCE RATINGS

Is the above information significantly distorted by:

29. Patient's misrepresentation?  0 - No  1 - Yes `0`

30. Patient's inability to understand?  0 - No  1 - Yes `0`

## LEGAL COMMENTS

(Include question number with your notes)

*Clts' 16 yr. old son has been removed from clts' care through CPS.*

---

```
029216
Susan Hearn
DOB:
SS#:
05/23/95
```

## FAMILY HISTORY

Have any of your blood-related relatives had what you would call a significant drinking, drug use, or psychiatric problem. One that did or should have led to treatment?

| Mother's Side | Alcohol | Drug | Psych. | Father's Side | Alcohol | Drug | Psych. | Siblings | Alcohol | Drug | Psych. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Grandmother | 0 | 0 | 0 | Grandmother | 0 | 0 | 1 | Brother 1 | N | N | N |
| Grandfather | 0 | 0 | 0 | Grandfather | X | X | X | Brother 2 | N | N | N |
| Mother | 0 | 0 | 0 | Father | 1 | 0 | 0 | Sister 1 (step) | N | N | N |
| Aunt (1) | 1 | 0 | 0 | Aunt (6) | 1 | 0 | X | Sister 2 | 1 | 1 | 0 |
| Uncle (4) | 1 | 0 | 0 | Uncle (1) | 1 | 0 | X | " 3 (natural) | 1 | 1 | 0 |
|  |  |  |  |  |  |  |  | " 4 | 0 | 0 | 0 |

0 = Clearly No for all relatives in that category     X = Uncertain or don't know
1 = Clearly Yes for all relatives in that category     N = Never was a relative
> In cases where there is more than one person for a category, report the most severe. Accept the patient's judgement on these questions.

### FAMILY HISTORY COMMENTS

*Client is the "baby" in her family. Clts' parents are deceased. Clts' father died in 1985 (cancer). Clts' mother died in 1991 (natural causes)*

Tarrant County Mental Health
Mental Retardation Services

029216
Susan Hearn
DOB :
SS# :
05/23/95

# FAMILY/SOCIAL RELATIONSHIPS

**FAMILY/SOC** (include question number with your notes)

1. **Marital Status** [4]

   | 1-Married | 3-Widowed | 4-Divorced |
   |---|---|---|
   | 2-Remarried | 4-Separated | 6-Never Married |

   >Common-law marriage = "1". Specify in comments.

2. How long have you been in this marital status (Q #1)? [1][9] / [0][0] Yrs. Mos.
   >If never married, then since age 18.

3. Are you satisfied with this situation? 0-No 1-Indifferent 2-Yes [2]
   >Satisfied = generally liking the situation. Refers to Questions 1 & 2.

4. Usual living arrangements (past 3 years): [5]

   | 1-With sexual partner & children | 6-With friends |
   |---|---|
   | 2-With sexual partner alone | 7-Alone |
   | 3-With children alone | 8-Controlled Environ. |
   | 4-With parents | 9-No stable arrangement |
   | 5-With family | |

   >Choose arrangements most representative of the past 3 years. If there is an even split in time between these arrangements, choose the most recent arrangement.

5. How long have you lived in these arrangements? [0][2] / [0][0] Yrs. Mos.
   >If with parents or family, since age 18.
   >Code years and months living in arrangements from Question 4.

6. Are you satisfied with these arrangements? 0-No 1-Indifferent 2-Yes [0]
   >If with parents or family, since age 18.
   >Code years and months living in arrangements from Question 4.

**Do you live with anyone who:**

6a. Has a current alcohol problem? 0-No 1-Yes [1]

6b. Uses non-prescribed drugs? 0-No 1-Yes [1]

7. With whom do you spend most of your free time? 1-Family 2-Friends 3-Alone [2]
   >If a girlfriend/boyfriend is considered as a family by patient, then they must refer to them as family throughout this section, not a friend. Family is not to be referred to as "friend".

8. Are you satisfied with spending your free time this way? 0-No 1-Indifferent 2-Yes [1]
   >A satisfied response must indicate that the person generally likes the situation. Referring to Question 7.

9. How many close friends do you have? [0]
   >Stress that you mean close. Exclude family members. These are "reciprocal" relationships or mutually supportive relationship.

9A. Would you say you have had a close reciprocal relationship with any of the following people:

   | Mother | [1] | Sexual Partner/Spouse | [1] |
   |---|---|---|---|
   | Father | [1] | Children | [1] |
   | Brothers/Sisters | [0] | Friends | [N] |

   0 = Clearly No for all in class.   X = Uncertain or Unknown.
   1 = Clearly Yes for any in class.   N = Never was a relative.

   >By reciprocal, you mean "that you would do anything you could to help them out and vice versa".

Ct. is separated from her husband. Ct's 16 yr old son was by another man, who is now deceased.

Ct. was living c her sister prior to going to the PWS (night shelter)

Ct. reports she has no close friends because she doesn't trust easily

App. 2/94
8-002-5

## FAMILY/SOCIAL (cont.)

**Have you had significant periods in which you have experienced serious problems getting along with:**

|  | 0 - No  1 - Yes | Past 30 days | In Your Life |
|---|---|---|---|
| 10. Mother | | 0 | 0 |
| 11. Father | | 0 | 0 |
| 12. Brother/Sister(s) | | 1 | 1 |
| 13. Sexual Partner/Spouse | | 1 | 1 |
| 14. Children | | | |
| 15. Other Significant Family (specify)_____ | | 0 | 0 |
| 16. Close Friends | | 0 | 0 |
| 17. Neighbors (people at shelter) | | 1 | 1 |
| 18. Co-workers | | 0 | 0 |

"Serious problems" mean those that endangered the relationship.
A "problem" requires contact of some sort, either by telephone or in person.

**Did any of these people (Question 10 - 18) abuse you?**

|  | 0 - No  1 - Yes | Past 30 days | In Your Life |
|---|---|---|---|
| 18a. Emotionally? >Made you feel bad through harsh words. | | | 1 |
| 18b. Physically? >Caused you physical harm. | | 0 | 1 |
| 18c. Sexually? >Forced sexual advances/acts. | | 0 | 1 |

**How many days in the past 30 have you had serious conflict:**

| 19a. With your family? | 1 | 0 |
|---|---|---|
| 19b. With other people (excluding family)? | 0 | 3 |

**For Questions 20-23, ask the patient to use the Patient Rating scale. How troubled or bothered have you been in the past 30 days by:**

20. Family problems   4

21. Social problems   3

How important to you now is treatment or counseling for these:
22. Family problems   4
>Patient is rating his family's need for counseling for family problems, not whether they would be willing to attend.

23. Social problems   4
>Exclude patient's need to seek treatment for such social problems as loneliness, inability to socialize, and dissatisfaction with friends. Patient rating should refer to dissatisfaction; conflicts, or other serious problems. Exclude problems that would be eliminated if patient had no substance abuse.

### INTERVIEWER SEVERITY RATING

24. How would you rate the patient's need for family and/or social counseling?   6

### CONFIDENCE RATING

Is the above information significantly distorted by:
25. Patient's misrepresentation?   0 - No  1 - Yes   0

26. Patient's inability to understand?   0 - No  1 - Yes   0

App. 2/94
E-002-5b

## FAMILY/SOCIAL COMMENTS

(Include question number with your notes)

029216
Susan Hearn
DOB:
SS#:
05/23/95

18A. Family- Clt. father was abelelic (shame, fear, grief in home)
18B- Parents - Rating
18C- Clt. was raped by 3 men. hys. ago. Clt. never received any help or support.

Clt. shared that her sisters were abusive to her through out her childhood. Clt. reports they once locked her in a dark closet ā rats for hours. They put her in a bathtub of extremely hot water and burned her badly. One sister pushed her into a hot stove burning clt's right arm. Clt. showed caseworker scars from this burn. Clt. has alot of resentment for her sisters

Tarrant County Mental Health
Mental Retardation Services

029216
Susan Hearn
DOB:
SS#:
05/23/95

## PSYCHOLOGICAL STATUS

**PSYCHOLOGIC** (include ques...)

1. How many times have you been treated for
any psychological or emotional problems:
In a Hospital or inpatient setting? `|0|3|`

Outpatient/private patient? `|0|0|`

> Do not include substance abuse, employment, or family
counseling. Treatment episode = a series of more or less
continuous visits or treatment days, not the number of visits or
treatment days.
> Enter diagnosis in comments if known.

2. Do you receive a pension for a       0-No 1-Yes
psychiatric disability?                  `|0|`

Have you had a significant period of time (that was not a
direct result of alcohol/drug use) in which you have:

|   |   | 0-No 1-Yes Past 30 Days | Lifetime |
|---|---|---|---|
| 3. | Experienced serious depression-sadness, hopelessness, loss of interest, difficulty with daily function? | 1 | 1 |
| 4. | Experienced serious anxiety/tension-uptight, unreasonably worried, inability to feel relaxed? | 1 | 1 |
| 5. | Experienced hallucinations-saw things or heard voices that were not there? | 0 | 0 |
| 6. | Experienced trouble understanding, concentrating, or remembering? | 0 | 0 |
| 7. | Experienced trouble controlling violent behavior including episodes of rage, or violence? > Patient can be under the influence of alcohol/drugs. | 0 | 1 |
| 8. | Experienced serious thoughts of suicide? > Patient seriously considered a plan for taking his/her life. | 0 | 1 |
| 9. | Attempted suicide? > Include actual suicidal gestures or attempts. | 0 | 3 |
| 10. | Been prescribed medication for any psychological or emotional problems? > Prescribed for the patient by MD. Record "Yes" if a medication was prescribed even if the patient is not taking it. | 0 | 1 |

11. How many days in the past 30
have you experienced these          `|3|0|`
psychological or emotional problems?
> This refers to problems noted in Questions 3-9.

For Question 12-13, ask the patient to use the Patient Rating scale.

12. How much have you been troubled
or bothered by these psychological      `|4|`
or emotional problems in the past 30 days?
> Patient should be rating the problem days from Question 11.

How important to you now is treatment for
these psychological or emotional problems?  `|4|`

App. 2/94
E-002-6

Parkland Psych Er
Dallas, Texas
Clt. shared that her mother
took her to Parkland because
she attempted suicide — drinking
and took pills. Clt. reports
she believes she has "emotional
problems." Clt. reports her
problems are: (1) Drug/alcohol use
(2) Grief over parents death. (3)
Anger towards her sisters. (4)
Being raped 4 yrs. ago. (5) problems
with her 16 yr. old son.

When drinking clt. has been
aggressive. Also, clt. has
"gone off" on her sisters before.

Valium – Parkland Hosp.
doctor (two other unknown
meds. for nerves/anxiety)

## PSYCHOLOGICAL STATUS (cont.)

**The following items are to be completed by the interviewer:**

At the time of the interview, the patient was:     0-No 1-Yes

14.  Obviously depressed/withdrawn     | 0 |

15.  Obviously hostile     | 0 |

16.  Obviously anxious/nervous     | 1 |

17.  Having trouble with reality testing, thought disorders, paranoid thinking     | 0 |

18.  Having trouble comprehending, concentrating, remembering     | 0 |

19.  Having suicidal thoughts     | 0 |

### INTERVIEWER SEVERITY RATING

20.  How would you rate the patient's need for psychiatric/psychological treatment?     | 6 |

### CONFIDENCE RATING

21.  Patient's misrepresentation?     0-No 1-Yes  | 0 |

22.  Patient's inability to understand?     0-No 1-Yes  | 0 |

Date: 5-31-95

Signature _Carolyn Carter LCSW_     Title

Unit #: 250

```
029216
Susan Hearn
DOB:
SS#:
05/23/95
```

## PSYCHOLOGICAL STATUS COMMENTS

(Include question number with your notes)

App. 2/94
B-002-6b

029216
Susan Hearn
CLIENT NUM   DOB:
CLIENT NAM   SS#:
ADMISSION   05/23/95

TARRANT COUNTY MHMRS
Alcohol Services

## INITIAL INPATIENT ASSESSMENT

How did you hear about this program? _CPS_
What is your address _2460 Express_   Tel.#_____
Have you ever been in a Texas state hospital? _NO_

I. VITAL STATISTICS
Sex _F_ Race _B_ D.O.B. _____ Marital Status _Sep._
Weight _120_ B.P. _131/85_ Pulse _80_ Temp _98_ Resp. _12_

II. PERSONAL MEDICAL HISTORY

| | Yes | No | Dates | Elaboration |
|---|---|---|---|---|
| High B.P. | | ✓ | | |
| Diabetes | | ✓ | | |
| Heart Disease | | ✓ | | |
| Glaucoma | | ✓ | | |
| Tuberculosis | | ✓ | | |
| Liver Disease | | ✓ | | |

Have you ever had D.T.'s _NO_
Have you ever had seizures or convulsions _no_ explain _____

Describe any gastrointestinal problems _nervous stomach_

Other illnesses or surgeries _migraine HA since age 15_
_tubes tied/no_
Psychiatric History _depression & anxiety - seen @ Harris &_
_Parkland - doesnt take meds_
Accidents and Injuries (explain) _no_

List all medicines taken within the past six months:
_antibiotics_

ALLERGIES: Penicillin   Other _NKA_

III. FAMILY MEDICAL HISTORY

| | Yes | No | Family Member |
|---|---|---|---|
| Alcoholism | ✓ | | father |
| High B.P. | ✓ | | father |
| Diabetes | ✓ | | mom |
| Heart Disease | ✓ | | mom |
| Glaucoma | | ✓ | |
| Other _Cancer_ | ✓ | | father |

IV. NURSES IMPRESSIONS

General Health _fair_   Sclera Jaundiced _none_
Lacerations _no_ describe
Intoxicated _no_   Withdrawal Symptoms _none_
Grooming _fair_   Attitude _co-op_   Cognition _oriented X 3_
Comments

Rev. 5-84
E-102-1

029216
Susan Hearn
DOB:
SS#:
05/23/95

## V. SUBSTANCE ABUSE

### A. Alcohol Abuse

#### IN THE PAST 30 DAYS HOW MANY DAYS DID YOU DRINK:

Beer? _3-0_ No. of quarts: _____ No. cans/bottles: _3-4-4/0oz_
Wine? _3-4_ No. of fifths: _____ No. of glasses _8 oz GLASS_
Hard liquor? _0_ No. of pints: _____ No. shots/drinks _____
When was your last drink? _5-22-95_

Have you experienced the following?

|                                      | Yes | No | Comments          |
|--------------------------------------|-----|----|-------------------|
| Memory lapses/blackouts              | ✓   |    |                   |
| Shakes/tremors                       |     | ✓  |                   |
| Drink upon waking                    |     | ✓  |                   |
| Miss meals due to drinking           |     | ✓  |                   |
| Miss work or daily activities        |     | ✓  |                   |
| Drinking on the job                  |     | ✓  |                   |
| Fight or quarrel with others         | ✓   |    |                   |
| Illnesses due to drinking            |     | ✓  |                   |
| DWI arrests                          |     | ✓  |                   |
| Drunk in public arrests              | ✓   |    | 1 — 1 MONTH AGO   |

No. of previous admissions at ARC _0_ Dates _____
List other treatments for alcoholism and dates: _1993 - DALLAS SALVATION ARMY_

How would you describe your drinking behavior (circle one)

No problem    Slight problem    Moderate problem    (Severe problem)

### B. Other Drug Abuse - Check the drug(s) you have ever used:

|          |                            | Age Began | Last used | How Much |
|----------|----------------------------|-----------|-----------|----------|
| ✓        | Marijuana                  | 10        | 5-21-95   |          |
|          | Hashish                    |           |           |          |
|          | LSD                        |           |           |          |
| ✓        | Amphetamines (speed)       | 15        | 1986      |          |
| ✓        | Cocaine                    | 30        | 5-21-95   |          |
|          | Barbiturates (downers)     |           |           |          |
|          | Methaqualone (quaalude)    |           |           |          |
|          | Codeine                    |           |           |          |
|          | Cough Syrup                |           |           |          |
|          | Illicit Methadone          |           |           |          |
|          | Heroin                     |           |           |          |
|          | Dilaudid, Demerol          |           |           |          |
|          | Valium, Librium            |           |           |          |
|          | Darvon, Darvocet           |           |           |          |
|          | Solvents, glue, paints, etc.|          |           |          |
|          | Other: Specify             |           |           |          |

What is your drug of choice? _MARIJUANA (PRIMO)_

_____
Signature/Title

E-102-1b

**TARRANT COUNTY MHMR**
**ALCOHOL SERVICES INPATIENT**

CLIENT NUM  029216
CLIENT NAM  Susan Hearn
ADMISSION   SS#
            05/23/95

-VI.   EDUCATIONAL BACKGROUND

A. (Circle One) Highest Grade Completed:

1 2 3 4 5 6 7 (8) 9 10 11 12 (GED) 13 14 15 16 17 18

B. Relationship with teachers and other students:
   _Loner_

C. Circumstances surrounding dropping out of school: "JUST QUIT"
   Preg.

D. Degrees earned: _____

E. Licensures, Certificates, and/or Technical Training
   Crew Chief for FOOD Services.

VII.  FAMILY RELATIONSHIPS

A. How long have you lived in this area? 2yrs.
B. Where were you born? McKinney, TX
C. Are your parents living? NO   Where?
D. How many brothers, sisters do you have? 3 Sis
E. How do you remember your relationship with mother, father, siblings?
   (F) GOOD (M) GOOD / SIBLINGS - DIDN'T GET ALONG / CT YOUNGEST
F. Are you a veteran? NO   When in service?
G. Have you ever been in (jail) prison?   For what charges?
   D.I -
H. What type of residence have you been living in?(circle one).

   Private residence (house, apt., etc)

   Boarding house (dormitory, mission, etc.)

   Jail or prison          Hospital            Halfway house

   Nursing home            Motel room          (Have no place)

I. What kind of family support do you currently have available?
   NO

J. What is your current relationship with family members?
   NONE

_5-23-95_
Date

_Susan J. C._
Signature/Title

Rev. 5-84
E-102-2

# EXHIBIT 6

Herry, Yokramon L.

**CONFIDENTIAL**
FOR PROFESSIONAL USE ONLY

154815

PHOTOCOPY

## CONSENT FOR RELEASE OF INFORMATION

(SPANISH LANGUAGE OTHER SIDE)

CHART NUMBER

Client or Legal Representative

hereby authorize:

| |
|---|
| PARKLAND MEMORIAL HOSPITAL |
| DALLAS COUNTY HOSPITAL DISTRICT |
| 5201 HARRY HINES BLVD. |
| DALLAS, TEXAS 75232 |

to disclose records and/or information concerning

Yokanion L. Hearn to:

| |
|---|
| DALLAS COUNTY MENTAL HEALTH/MENTAL RETARDATION |
| OUT-PATIENT CLINICS, GRADY NIBLO, MEDICAL DIR. |
| C I C I        MENTAL HEALTH CLINIC |
| DALLAS, TEXAS |

the disclosure of information authorized herein

made for the following purpose: CONTINUING MEDICAL/PSYCHIATRIC OUT-PATIENT TREATMENT

such disclosure shall be limited to the following specific types of information:
MEDICAL/PSYCHIATRIC EVALUATION AND TREATMENT

This client received services in your facility in _January_ of 19_89_.
                                                   Month

1-10-89                              X Susan D. Hearn
Date of Signature                    Client or Legal Representative

Date of Birth                        Relationship of Legal Representative

This consent may be revoked by the person giving authorization by signing and dating the revocation statement below or through written notice except to the extent that action has been taken in reliance hereon. If not earlier revoked, this consent shall terminate on _____ without express revocation.
                                                    Date, Event, or Condition

On this day, _____ of 19_____, I revoke this consent:

ADMINISTRATIVE OFFICES
1341 W. Mockingbird Ln
Suite 1000-E
Dallas, Texas 75247
(214) 637-4600
Central Intake/Crisis Intervention
1353 N. Westmoreland Avenue, Bldg. A
Dallas, Texas  75211-1655
(214) 337-6074



dallas county **M**ental **H**ealth and **M**ental **R**etardation center

## PSYCHIATRIC EVALUATION

CLIENT'S NAME:               Hearn, Yokamon

DATE OF BIRTH:

DATE OF EVALUATION:          01-16-89

CHART NUMBER:                154215

EXAMINER:                    Marietta Chua, M.D.
                             Child Psychiatrist

### REASON FOR REFERRAL

This is a ten year old black boy who was referred by PMH ER for an evaluation for follow-up concerning suicidal ideations.

### HISTORY OF PRESENTING PROBLEM

Mother saw a note that Yokamon wrote four days ago. The note stated "I wish to die tonight, I never want to see the world again". It was said that Yokamon wrote it after he heard his teacher is leaving. Mother claimed that before Christmas, Yokamon's attitude changed. If asked to do something, he would be angry and stump his feet. Mother claimed he used to be open with her but not now. Mother claimed there has been several de-ths in the family. When maternal grandfather died in 1985, mother used to go to Parkland for anxiety for a year. She was taking Doxepin 25 mg 4-5 tablets H.S. Mother claimed that Yokamon's father was a drug abuser. Yokamon gets A's and B's in school.

For more information refer to the screening data.

### MENTAL STATUS

He is a chubyy, average height boy who was appropriately groomed. He often covers his mouth or holds his lips when he sort of stammers. He was verbal and spontaneous. He had good eye contact. Affect was appropriate; mood was mildly despondent. He claimed

— AN EQUAL OPPORTUNITY EMPLOYER —

PSYCHIATRIC EVALUATION
Hearn, Yokamon     P-2

MENTAL STATUS ( con't)    he is both sad and angry. He claimed that what makes
him angry is when mother buys picture of somebody being killed. He claimed he
gets sad when his cousin gets beat up. He claimed when he was in second grade
he beat up  . boy. He claimed that his mother moved him to another school in
January 1989 because mother didn't like the school where he used to go because
kids beat up other kids. Since January, he claimed he has nightmares of people
jumping out of airplanes and trying to kill him. He claimed he don't like going
to school even though he gets A's and B's in school. He would like to be a police-
man to get more money. He described his mother as a nice person.    Three things
he would like to have are: 1. education
                          2. diploma
                          3. to have life
He claimed  he saw ghost in the wall but disappeared after he closed his eyes. No
hallucinations. He claimed that death is bad  thing to happen. He claimed that he
one can come back again even if they die because his mother told him that what
ever God takes from earth can return to earth. Oriented x 3. No soft signs of
neurological deficit. He had difficulty reading but comprehension seems good. TAT
indicates some sadness. He claimed he wrote the note four days ago. He claimed he
wrote the note because he felt bad but didn't know why. He didn't have plans how
to kill self. He claimed he don't want to die at this point because he was told that
people who kill themselves does not go to heaven. He also don't want to leave his
mother. Not suicidal and not homicidal.


DIAGNOSIS

AXIS I.        Adjustment disorder with depressed mood- 309.00

AXIS II.       Diagnosis deferred- 799.90

AXIS III.      None

AXIS IV.       4- severe

AXIS V.        50- current  (GAF)
               70- past  (GAF)


TREATMENT

Refer to outpatient for individual therapy.


MC/mjs                                          Marietta Chua, M.D.
                                                Child Psychiatrist

CASE MANAGEMENT ASSESSMENT/REFERRAL FORM

CLIENT NAME: Henry Yokomun                    CASE NO.: 154215

Check all of the following which apply. Case Management staff will use this form to determine eligibility for Case Management Services, and to prioritize this case for receiving Case Management Services if the client is eligible. If, upon completion of the form, the client appears eligible for Case Management Services, send a copy of this form, the Screening Interview, and any relevant Assessment forms, to the Case Management Supervisor. Place the original of this form in the client's chart.

_____ The client is being transferred to, or is returning from, a psychiatric inpatient facility.

_____ The client is being transferred, or is at substantial risk of being transferred, from a less restrictive to a more restrictive mode of treatment (i.e., from Outpatient Services to Day Treatment Services, or from Day Treatment Services to Inpatient Services—this does not include transfers from the Community into Outpatient Treatment).

_____ There is an absence of, or a major breakdown in, a primary support system. Specify one or more of the following:

    _____ Basic life support needs of the family are met as a result of linkages with community support services such as family social services, SSI, or medication, and there is a need for advocacy (other than simple referral and linking) with one or more of these support services.

    _____ The client's family requires public financial assistance for maintenance, and is unable to procure financial assistance without help.

    _____ The client's family is unemployed and has limited skills in acquiring and/or maintaining employment.

    _____ Other (Specify:_____

_____ The client or the client's family exhibits inappropriate social behavior which has resulted in a demand for intervention by the mental health and/or the law enforcement/judicial system.

If any item above is checked, provide details: Client is not in need of Case management Services at this time.

_____

_____

_____

_____

---

**CASE MANAGEMENT USE ONLY**

Based on referral information, indicate the level of need assigned to this referral:

_____ Priority 1      _____ Priority 2      _____ Priority 3

_____ Initials of Case Management Supervisor

Place the original of this form in the client's chart.

---

Staff signature: Margie Mejia BSW                    Date: 1-16-89

SCREENING INTERVIEW

**SECTION A:** The information in this section is to be completed separately for each member of the family who is admitted for services.

CLIENT NAME: Yokamom Hearn                          CASE NO.: 154215

INFORMANT NAME: Susan Hearn                         DATE: 1-16-89

RELATIONSHIP TO CLIENT: mother

MANAGING CONSERVATOR (Name and address):

PROOF OF CUSTODY: _____ Yes _____ No (Provide photocopy if required for admission)

IS FORM 2054 COMPLETED: _____ Yes _____ N/A (Attach 2054 if required for admission)

REFERRAL SOURCE:

NATURE OF CRIMINAL OR CIVIL COURT, OR CHILD WELFARE INVOLVEMENT (Include name and address of case-worker, probation officer, etc., if applicable):

PROBLEM CHECKLIST:

DANGER TO SELF
☑ Suicidal Note
__ Self-destructive
__ Puts self in life-threatening situations
__ Anorexic/Bulemic
DANGER TO OTHERS
__ Violent to Persons
__ Sexually Violent
__ Abusive Caretaker
__ Neglecting Parent
__ Fire Setting
IN DANGER
__ Family Violence
__ Physically Abused
__ Sexually Abused
__ Neglected
__ Dangerous Home Environment
__ Abandoned/Kicked Out Of Home

OTHER PSYCHIATRIC DISORDER
__ Kills/Tortures Animals
__ Major Depression
__ Autistic Behavior
__ Bizarre Behavior
__ Thought Disorder
__ Drug/Alcohol Abuse
__ MR/ED
__ School Expulsion
__ Sexual Acting Out
__ Chronic Runaway
OTHER DISTURBANCE (Specify: _____
_____
_____
_____
_____
_____

BRIEF MENTAL STATUS EXAMINATION (Include a brief Mental Status Examination on any family member for whom it seems appropriate—e.g., if there is apparent thought disorder, danger to self or others, etc.).

AT THE END OF THE INTERVIEW, DID THE CLIENT

Feel like they had been heard and understood?                    ☑ Yes ___ No*

Understand what would happen next?                               ☑ Yes ___ No*

Have realistic expectations of what assistance we could provide?  ☑ Yes ___ No*

* If any answer is no, please elaborate in "Interviewer's Impressions" Section of this form.

**SECTION B:** The information in this section is to be completed for the family as a whole, and a copy will be placed in each family member's chart. Any client identifying information in this section must comply with the C&A Services Procedures for making chart entries.

**PRESENTING PROBLEM** (Cover all areas outlined below):

___ What does the informant see as the problem?          ___ Duration of the problem?
___ What does the informant think is causing              ___ Why is help being sought now?
    the problem?                                          ___ What does the informant want us to do?

Susan Nevin, mo, to Yokamon stated that she did not know what the problem is with her son. She stated that she notice her sons behavior change right before Christmas. Susan never married Yokamon's fa. When she was pregnant with Y, Y's fa. served time in prison for raping a woman. After he was released from prison, Susan had limited contact with him. However, he would keep Yokamon on some week-ends. Susan stopped the visits when she found out fa. was sleeping in a car. She described him as a violent man who uses drugs. Yokamon now sees his fa. on fa's day, & on fa's birthday.

Susan's fa. died in 1985 and she stated she has never dealt with mo fa's death. Susan used to drink a lot of liquor but now she drinks beer occasionally. She at times becomes depressed & cries. Yokamon, according to Susan senses when mo is depressed, & will go into her room to check on her, stating he was just going to the bathroom. Help is being sought now due to a note he wrote in school stating he wished he would die. School teacher & counselor became concerned & referred Y & his mo to PMH. Susan would like someone to talk to Y. to find out how he really is feeling, since he no longer opens up to her.

**FAMILY CONSTELLATION** (List the names and ages of others who live in the home, the names and ages of other family members who may not live in the home, and other relevant information about extended family members or other important support systems. Indicate which family members need to be involved in the assessment):

Ie. Yokamon 10, lives w/his Natural mo, Susan 28, and his maternal grandma. Willie Mae Poss 56.

paternal grandfa. died of cancer in 1985 – Yokamon repeated the first grade at this time due to not feeling like doing his wk. May have been depressed due to grandfa's death.

**RECENT HISTORY** (what major changes or events have occured recently--e.g., deaths, school changes, people coming to/going from home, family or relatives moving, etc.):

No major changes have occured recently, according to mo. Only change she notice is that he became angry & sad when his fa. gave Y. Some used toys on his birthday 11-6-8?.

**TREATMENT HISTORY** (List current or previous treatment of any family members. Include information about medications being taken by any family members, and the name and address of the prescribing physician):

No treatment for Yokamon.

Susan was being seen at PMH for anxiety. This was right after her fa's death in 1985. She discontinued her treatment 1 yr. ago, but still has some of her medication left which she states to take when she becomes anxious. Medication is: Doxepin 25mg. 4-5 tablets at bedtime.

**INTERVIEWER IMPRESSIONS** (Outline your impressions from the interview. In addition, outline here your recommended disposition of the case--including the urgency of needed intervention and the form this might take):

Yokamon Hearn is a 10 yr old black male who was referred by PMH. Yokamon had written a note stating he wanted to die. Yokamon seems to be very angry at fa. who rarely visits him and gave his used toys for his birthday. He seems to be aware when mo. is feeling depressed which seems to saddend him. Mo. stated that she use to sit down with yokamon & talk to him like an adult. This may be stressful for yokamon who may feel helpless. It seems that mo's depression and/or anxiety may be affecting yokamon.

Yokamon could benefit from individual therapy to help cope with feelings of sadness & angr. Mo. could also benefit from individual to help cope with her fa's death, and learn effective ways to be a parent to yokamon. It seems that she has difficulty separating from yokamon for fear that she will loose him also, like she did her dad.

**ELIGIBILITY FOR C&A SERVICES:** Check all of the following which apply. One or more categories must be checked for an applicant to be eligible for C&A Mental Health Services.

___✓___ The child or adolescent and/or his/her family live in Dallas County.

_____ The family includes a child or adolescent with a history of psychiatric inpatient care.

_____ The family includes a child or adolescent and is experiencing a psychiatric emergency.

_____ The family includes a child or adolescent and has a parent or other adult living in the home who has a history of psychiatric inpatient care.

_____ According to your clinical judgment, the child or adolescent is at serious risk of needing psychiatric inpatient care.

**CLIENT ACCESS TO SERVICES** (Describe any factors that might affect the time of appointments or the ability of the client to come in for appointments—e.g., working hours, transportation, motivation, etc. Indicate the language preference of relevant family members, and any deficits or limitations in communication ability):

Mo. seems motivated to receive therapy for Yokamon & herself. She works during the day, while Yokamon attends school. She may need an evening appt.

**CONTINUITY OF SERVICES** (Indicate the date, time, and place of the next appointment secured for the family, whether with an MHMR unit or another agency. Include the name of the staff member who has been identified to the family as having responsibility for their treatment at the receiving service location):

Yokamon has an appt. at Centre St. with Debra Coates on 1-26-89 at 1:30 p.m.

**CASE COORDINATION RESPONSIBILITY:**

I have informed the client that I will serve as their Case Coordinator until that responsibility is formally transferred to someone else. ___✓___ Yes _____ No

I have explained to the client the responsibilities involved in being the Case Coordinator. ___✓___ Yes _____ No

**SCREENING FOR STATE FACILITY ADMISSION:** (To be completed only if the client is being considered for admission to a state facility):

The referral of this client to a state facility is based on the determination of the presence of a disability appropriate for treatment in a state facility. _____ Yes _____ No

I have determined there are no less restrictive community-based alternatives which are appropriate for the treatment of this client. _____ Yes _____ No

_Margo Jipper_

ASSESSMENT FORM

CLIENT NAME: Yokomon Hearn                     CASE NO.: 154215

SECTION A: This form, a Mental Status Exam (if not previously completed), and a Developmental History (if the
client is a child) are to be completed for each client admitted to services.  The Assessment Form
in its entirety (Sections A and B) must be completed within 30 days of the date of admission.

EDUCATIONAL HISTORY (For children and youth, provide name of school, grade level attained, and school
attendance history.  For adults, provide highest grade level attained, plus any special training completed):

Yokomon attends B.F. Darrell Elementary school. He
is in the third grade. He has been there for
two years.

HEALTH STATUS (Include physical limitations, use of prescription and non-prescription medications taken
currently and during the past six months—including alcohol and illicit drugs—and allergies and sensitivities):

Yokomon does not have any health problems.
He hasn't been bothered with the asthma for 6-7 years
He does not take any medication

DIAGNOSTIC FORMULATION (Provide a diagnostic formulation, based on the clinical evidence available, which
supports the formulation on all five DSM-III axes):

A₁ Adjustment disorder with depressed mood  309.00

A₂ Diagnosis deferred  799.90

A₃ None
A₄ severe
A₅ 50 current  70 past

STAFF SIGNATURE: Debra Coates SWACP          DATE: 1/26/89

**SECTION B:**   The information in this section is to be completed for the family as a whole, and a copy will be placed in each family member's chart. Any client identifying information in this section must comply with the C&A Services Procedures for making chart entries.

**SOCIAL ASSESSMENT** (Cover all areas outlined below):

____ A social assessment that includes a statement of the client's strengths and other resources which may contribute to the course of treatment.

____ A summary of input from client, family, and/or parent/legal guardian, friends, or significant others.

____ Summaries of input from pertinent service agents with whom the client is or has been involved.

Yohannon is very verbal. He comprehends well. He played throughout the interview, but answered questions readily. Yohannon says he does not see his mother when she is unhappy or is crying because she goes in her room. He has learned similarly to keep his feelings to himself. He also says he does not know how he feels about his father. Yohannon states he does not want to die. He has experienced the death of his grandfather.

STAFF SIGNATURE: _Helen Watson, LSW-ACP_          DATE: _1/26/89_

## DEVELOPMENTAL HISTORY

CLIENT NAME: _Uyakamon Hears_              CASE NO.: _001542/5_

A Developmental History is to be completed on each child or adolescent admitted for services. The Developmental History is to be administered as an interview with the person who is most familiar with the child's development. For each item below, fill in the requested information, or check whether the item is significant to the child's development. For any item that is significant, enter additional information in the space provided.

| | | No | Yes | Explain |
|---|---|---|---|---|
| **A.** | **DURING PREGNANCY:** | | | |
| 1. | Mother's age: _18_ | | | |
| 2. | Term of pregnancy: _9 mos_ | | | |
| 3. | Did Mother have emotional problems? | | ✓ | Father in prison |
| 4. | Did Father have emotional problems? | | | never saw him |
| 5. | Did Mother have physical problems or sickness? | | ✓ | low blood; nervous condition |
| 6. | Did Mother use drugs, alcohol, or use cigarettes? | | ✓ | smoked cigarettes; drank beer |
| 7. | Did Mother take medicine (prescribed, or over the counter)? | ✓ | | |
| **B.** | **DURING LABOR OR DELIVERY:** | | | |
| 1. | What was birth weight? _7lbs boy_ | | | |
| 2. | What was birth length? | | | doesn't remember |
| 3. | Were there problems with labor? | ✓ | | |
| 4. | Were there problems with delivery (e.g., forceps or caesarean)? | ✓ | | |
| 5. | Was anethesia used? | | ✓ | |
| 6. | Condition of baby at birth abnormal or problematic? | ✓ | | |
| 7. | Condition of baby in first six months abnormal or problematic? | | ✓ | developed asthma at 5 months |
| 8. | Did Mother have emotional or physical problems? | | ✓ | grandmother died |

**C.  DURING INFANCY AND BEYOND:**

|  | | No | Yes | Explain |
|---|---|---|---|---|
| 1. | Was baby breast fed? | ✓ | | |
| 2. | Did mother have help with care of baby? | | ✓ | |
| 3. | Were there problems meeting developmental milestones? | ✓ | | |

4.  At what age did the baby:

sit alone?  _8 months_

begin talking?  _1 yr_

walk?  _1 yr_

feed self?  _1½ yr_

put on shoes?  _2 yr_

complete toilet training?  _1 yr_

5.  For girls:

age of breast growth  _____

age of first period  _____

are there problems before or during menstruation?  _____

6.  For boys:

age of pubic hair growth  _____

age of voice change  _____

**D.  SUMMARY OF SIGNIFICANT FACTORS:**

_mother says she has always been a nervous_
_person. She says she holds everything in._

STAFF SIGNATURE: _Debra G. ____, CSW-ACP_          DATE: _1/26/89_

dallas county **M**ental
**H**ealth and
**M**ental
**R**etardation center

**TRANSFER/DISCHARGE**
**SUMMARY**
**PAGE 1**

Upkamon Hearn _____ **10** _____ **1-16-89** _____ **C/I**
CLIENT NAME _____ AGE _____ ADMISSION DATE _____ O. V. NAME

**154215** _____ **M** _____ **1-26-89** _____ Margie Trejo
CASE NUMBER _____ SEX _____ CLOSING DATE _____ CASE MANAGER

**ACTION:** ☑ TRANSFER WITHIN AGENCY ⟶ Centre St.
(COMPLETE PAGE 1 ONLY) _____ UNIT REFERRED TO

☐ DISCHARGE FROM AGENCY ⟶ 1-26-89, 1:30 p.m.
(COMPLETE PAGES 1 & 2) _____ APPOINTMENT DATE AND TIME

**FOR TRANSFERS AND DISCHARGES, ADDRESS THE FOLLOWING SIX ITEMS:**

1. REASON FOR ADMISSION
2. PRESCRIBED MEDICATIONS AT TIME OF TRANSFER/DISCHARGE
3. RECOMMENDATIONS FOR FUTURE TREATMENT (TRANSFERS ONLY)

1. wrote suicidal note, school concerned

2. none

3. individual and family therapy

4. **REASON FOR TRANSFER/DISCHARGE:** ☑ MAXIMUM BENEFIT ACHIEVED     ☐ MOVED
☐ CLIENT WITHDREW     ☐ DIED
WAS THIS AGAINST PROFESSIONAL     ☐ OTHER _____
ADVICE? ☐ YES ☐ NO _____ SPECIFY

5. **DIAGNOSIS:** AXIS I   Adjustment D.O. w/Depressed   **309.00**   AXIS IV   **4**
DSM-III ___ Mood _____ 1 NONE   0 EXTREME
_____ 2 MILD   0 CATASTROPHIC
AXIS II   Deferred _____ **799.90** _____ 3 MODERATE   0 INADEQUATE/NO
_____ 4 SEVERE
_____ AXIS V-GLOBAL ASSESSMENT OF
AXIS III   None _____ FUNCTIONING:
_____ **50**   **70**
_____ CURRENT   PAST YEAR

**ALLERGIES:** Unknown

Margie Trejo _____ Caseworker III _____ 1-20-89
SIGNATURE _____ PROFESSION _____ DATE

**M**ental
**H**ealth and
**M**ental
**R**etardation center

dallas county

TRANSFER/DISCHARGE
SUMMARY
PAGE 2

*Yokamon Hearn*
CLIENT NAME

*154215*
CASE NUMBER

FOR DISCHARGES, ADDRESS THE FOLLOWING:

COURSE OF TREATMENT (WHAT HAPPENED IN TREATMENT, SERVICES RENDERED, EXTENT OF GOAL ATTAINMENT)

*Yokamon was in for two family therapy sessions. He denied having any more suicidal ideations. His mother has a problem with drug abuse and could not be relied upon to bring him in*

2. PREVIOUS TREATMENT HISTORY

| PLACE | BEGAN | ENDED | PLACE | BEGAN | ENDED |
|-------|-------|-------|-------|-------|-------|
| *none* | | | | | |
| | | | | | |
| | | | | | |

3. AFTERCARE NEEDS:   *none*

*Debra Coffee, (SW-ACP*
SIGNATURE                    PROFESSION                    4/13/89
                                                           DATE

dallas county **M**ental
**H**ealth and
**M**ental
**R**etardation center

TRANSFER/DISCHARGE
SUMMARY
PAGE 1

CLIENT NAME _Hearn, Yokismon_   AGE _10_   ADMISSION DATE _1-16-89_   O. U. NAME _Contewst C/A_

CASE NUMBER _154215_   SEX _M_   CLOSING DATE _4/13/89_   CASE MANAGER _Debra Cortes_

**ACTION:**   ☐ TRANSFER WITHIN AGENCY
(COMPLETE PAGE 1 ONLY)   ⟶   UNIT REFERRED TO _____

☑ DISCHARGE FROM AGENCY
(COMPLETE PAGES 1 & 2)   ⟶   APPOINTMENT DATE AND TIME _____

**FOR TRANSFERS AND DISCHARGES, ADDRESS THE FOLLOWING SIX ITEMS:**

1. REASON FOR ADMISSION
2. PRESCRIBED MEDICATIONS AT TIME OF TRANSFER/DISCHARGE
3. RECOMMENDATIONS FOR FUTURE TREATMENT (TRANSFERS ONLY)

1. _Suicidal ideations_
2. _none_

4. REASON FOR TRANSFER/DISCHARGE:   ☐ MAXIMUM BENEFIT ACHIEVED   ☐ MOVED
☐ CLIENT WITHDREW   ☐ DIED
WAS THIS AGAINST PROFESSIONAL   ☑ OTHER _failure to keep appts_
ADVICE?   ☐ YES   ☐ NO   SPECIFY

5. **DIAGNOSIS:** AXIS I _Adjustment disorder with_   CODE _309.00_   AXIS IV _4_
   DSM-III   _depression_
   1 NONE   5 EXTREME
   2 MILD   6 CATASTROPHIC
   AXIS II _Deferred_   3 MODERATE   8 INADEQUATE INFO
   4 SEVERE
   AXIS V-GLOBAL ASSESSMENT OF
   AXIS III _none_   FUNCTIONING:
   CURRENT _52_   PAST YEAR _70_

6. **ALLERGIES:** _____

SIGNATURE _Debra Cortes, CSW-ACP_   PROFESSION _____   DATE _4/13/89_

## TREATMENT PLAN

CLIENT NAME: _Yokomon Hewis_                    CLIENT #: _154215_

UNIT NAME: _Contie St C/A_

DATE OF ADMISSION: _1/16/89_        DATE OF TREATMENT PLAN: _1/26/89_

(If Date of Treatment Plan is more than 30 days after Date of Admission for Outpatient or Day Treatment Services, or more than 7 days for Inpatient Services, provide explanation:_____
_____)

PROBLEM: _Suicide note. Stating desire to die._

GOALS AND OBJECTIVES (Specify problem-related goals to attain, maintain, and/or re-establish emotional and/or physical health, as well as growth and adaptive capabilities; and specify goal-related objectives, each of which is written in measurable terminology, focusing on identified problem(s), and including an expected achievement date):

_Mother wants to work on communication skills for both she and Yokomon. Currently he does not share his feelings with her and she wants him to be able to do this. The goal will be to help Yokomon become more aware of his feelings and how to express them. Also his mother will begin expressing her feelings through trusting others and allowing herself to own the feelings she has rather than block them._

INTERVENTION STRATEGIES (Specify intervention strategies for achieving objectives, agent(s) responsible for each strategy, and expected achievement dates):

| | PERSON RESPONSIBLE | EXPECTED ACHIEVEMENT DATE |
|---|---|---|
| ____ Inpatient Crisis Stabilization | | |
| ____ Outpatient Crisis Stabilization | | |
| ____ Day Treatment | | |
| ____ Individual Psychotherapy | | |
| ✓ Family Therapy | _Debra Coates, CSW, ACP_ | _1/26/89_ |
| ____ Group Therapy | | |
| ____ Couple/marital Therapy | | |
| ____ Play Therapy | | |
| ____ Chemotherapy | | |
| ____ Parent Training | | |
| ____ Other (Specify:_____ ) | | |

**COMMENTS RE INTERVENTION STRATEGIES** (Elaborate as needed on intervention strategies. As appropriate, specify conditions, activities, or barriers which interfere with achieving objectives):

Yokamon is not suicidal although he did write a note saying he wished he was dead. He does not seem to have adequate skills for expressing himself mostly because it seems his mother cuts him off when he is doing it naturally.

IS THIS PROBLEM AREA REFLECTED IN THE ASSESSMENT? ✓ Yes ___ No (If No, explain ___ )

IS CLIENT AND/OR GUARDIAN IN AGREEMENT WITH PLAN? ✓ Yes ___ No (If No, explain ___ )

NEXT TREATMENT PLAN REVIEW DATE: _6/89_

_____                     Susan D Hearn
Client                                          Client's Legal Representative

_Debra Cotton, SW-ACP_                          _____
Case Manager                                    Psychiatrist

_Nell Johns, Ivy Casister_                       _____
Clinical Supervisor                             Staff

_____                     _____
Staff                                           Staff

## TREATMENT PLAN REVIEW/UPDATE

Specify Progress to date and Further Objectives: _____

NEXT TREATMENT PLAN REVIEW DATE: _____

_____                     _____
Client                                          Client's Legal Representative

_____                     _____
Case Manager                                    Psychiatrist

_____                     _____
Clinical Supervisor                             Staff

FILE IN SEC. 3     *FACT'S* COPYRIGHT 1983 AUTHMHR   * DIAGFRRC   R-05710788

## DSM-III-R DIAGNOSTIC FORM

CLIENT ID: _15425_   NAME _Hearn Yokomon_   DATE: _06.16.89 9:00 A_ I/P

STAFF COMPLETING: _Margie Mejo_     STAFF ID: _90996_   R.U.: _2621_

ACTION: (1-)ADMISSION   2-REEVALUATION   3-DEATH   4-DISCHARGE   9-LOF

PRINCIPAL DIAGNOSIS: (1-AXIS I,) LEVEL 1    (2-AXIS II,) LEVEL 1
--- DSM-III ---

AXIS I - CLINICAL SYNDROMES AND V CODES:

1. _30.9.00_ Adjustment D.O. W/Depressed Mood
2. _ _ _ _ _ _ _ _
3. _ _ _ _ _ _ _ _
4. _ _ _ _ _ _ _ _
5. _ _ _ _ _ _ _ _
6. _ _ _ _ _ _ _ _

AXIS II - DEVELOPMENTAL DISORDERS AND PERSONALITY DISORDERS:

1. _7.99.90_ Dx Defered
2. _ _ _ _ _ _ _ _
3. _ _ _ _ _ _ _ _
4. _ _ _ _ _ _ _ _

AXIS III - PHYSICAL DISORDERS AND CONDITIONS (ICD-9):

1. _ _ _ _ _ _ None
2. _ _ _ _ _ _ _ _
3. _ _ _ _ _ _ _ _
4. _ _ _ _ _ _ _ _
5. _ _ _ _ _ _ _ _
6. _ _ _ _ _ _ _ _

AXIS IV - SEVERITY OF PSYCHOSOCIAL STRESSORS:
1-NONE 2-MILD 3-MODERATE (4-)SEVERE 5-EXTREME 6-CATASTROPHIC 0-INADEQUATE/ N C

AXIS V - GLOBAL ASSESSMENT OF FUNCTIONING:

CURRENT: _50_ PAST YEAR _70_
BL CODE (MR ONLY):
    CURRENT: 0-NONE   1-MILD   2-MODERATE   3-SEVERE   4-PROFOUND
    POTENTIAL: 0-NONE   1-MILD   2-MODERATE   3-SEVERE   4-PROFOUND

LEVEL OF FUNCTIONING:   1   2   3   4   5   6   7   8   9

TDMHMR ADMISSION: 1-YES (2-NO) FAC.- _____ CODE-____ DATE-___/___/__

CASE MANAGEMENT:   SCREENED: (1-YES) 2-NO   ELIGIBLE: 1-YES (2-NO)

MAMD:   PRIMARY- __ __ __   SECONDARY- __ __ __   TERTIARY- __ __ __
      GENETIC- __ __ __   PERCEPTION- __ __ __   MOTOR DYSFUNCTION- __ __ __ __
      CRANIAL ANOMALY- __ __   CONVULSIVE DISORDER- __ __
      SENSORY IMPAIRMENT- __ __ __   PSY IMPAIRMENT- __ __

IQ SCORE: __ __ __   IQ TEST TYPE: ____   SQ SCORE: __ __ __   SQ TEST TYPE: ____

_Margie Mejo_            _Dr. Chen_
STAFF COMPLETING FORM        PHYSICIAN

_Margie Mejo_
CASE MANAGER

QUERY: Referred PMH Mitch - client seen 1-10-89
at 2 pm - no meds -
ref by school for suicidal ideation
client wrote note "I wish I die tonight
& never see the world again". This in response
to favorite teacher leaving.
A, B student - no behavioral problems at home or
school - client said he no longer wanted to
die after he had a talk at school
no previous hx of problems

# EXHIBIT 7

**DALLAS COUNTY HOSPITAL DISTRICT**
DALLAS, TEXAS

PROGRESS NOTES

OUTPATIENT DEPARTMENT

00 54 55 85 R 02
HEARN, SUSAN DIANNE
0115576217 EX 11/21/97
ËL F 0596 OHP
A 02
1911 BRYAN ST 01
DLLAS 9/30/97

To whom it may concern:

Ms. Hearn suffers from

migraine headaches which can be

severe and disabling at times.

We have many medications to

treat this condition, and we are

in the process of searching for the

most effective therapy for Ms. Hearn.

Thank you for your patience.

Sincerely,

Susan Epner, M

**DALLAS COUNTY HOSPITAL DISTRICT**          PROGRESS NOTES — OUTPATIENT DEPARTMENT

| GUARANTOR NAME | | GUARANTOR PHONE | MEDICARE NO. | MEDICAID NO. |
|---|---|---|---|---|
| INSURANCE COMPANY HEARN, SUSAN DIANNE | | GROUP NUMBER 214-827-0177 | POLICY/CERTIFICATE NO | CONTRACT NO. |
| NAME OF INSURED PREPAY DALLAS COUNTY | | EMPLOYER OF INSURED | | PATIENT PHONE |

INSURED EMPLOYERS ADDRESS
HEARN, SUSAN DIANNE        DALLAS MORNING NEWS     STATE   ZIP CODE -827-0177   ACCIDENT RELATED   YES   NO

PLANO PRKWY                PLANO                   **DEPT.**   PHYSICIAN Epner    X

MRN # 000000545585   ACC # 000115574217          DIAGNOSIS

HEARN, SUSAN DIANNE   RI  F  FX 11/21/97          SERVICE DATE   CMDE    CASHIER LOCATION

FAC  02                          1344             LOCATION 09/30/97   CLINIC CLERK allergies NKD

4511 BRYAN ST    DALLAS, TX 75204    MEM

NEUROLOGY CLINIC   DATE: 9/30/97   WT: 132   BP 110/70

37 y/o RH BF h/o migraine HA x 20 yrs
occ c̄ blurred vision, strokes c̄ migraines
B arms numb, R before L, legs numb
Reports 4x/week HA, photophobia,
hurts "everywhere" on head. Rare N/V c̄
HA   Visual phenomenon (sees tiny stars occ
before head hurts)  ф h/o SZ  Before the
propranolol 40 HA qd  No known precipitant
PMH ф   HA caused generalized wekness, FH 2 sisters c̄
              not focal weakness         migraine
                                          ф SZ

Meds
Midrin

propranolol 40mg tid qd          CT head s – neg (11/96)
c̄ 40mg tid (x ~ 2mo)

Sx ф alc
ф tob 2 pp/week
Dallas morning news – c̄ machines

| I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT FURTHER MORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE | I PROMISE AND AGREE TO PAY PARKLAND MEMORIAL HOSPITAL ALL CHARGES ACCRUING AS A RESULT OF THIS ADMISSION UPON RECEIPT OF STATEMENT IT IS SPECIFICALLY UNDERSTOOD AND AGREED THAT ALL PAYMENTS WILL BE MADE TO THE BUSINESS OFFICE, PARKLAND MEMORIAL HOSPITAL, 5201 HARRY HINES BLVD., DALLAS, TEXAS. AND I HEREBY AUTHORIZE PAYMENT DIRECTLY TO THE ABOVE NAMED HOSPITAL OF THE HOSPITAL INSURANCE BENEFITS OTHERWISE PAYABLE TO ME BUT NOT TO EXCEED THE BALANCE DUE OF THE HOSPITAL'S REGULAR CHARGES FOR THIS PERIOD OF HOSPITALIZATION. I UNDERSTAND I AM FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THESE CHARGES, AND I HEREBY AUTHORIZE RELEASE BY THE HOSPITAL OF INFORMATION REQUESTED BY MY INSURANCE COMPANIES |
|---|---|
| SIGNATURE | |
| WITNESS | SIGNATURE Epner MD |

**DALLAS COUNTY HOSPITAL DISTRICT**
DALLAS, TEXAS

**PROGRESS NOTES**

**NEUROLOGY** OUTPATIENT DEPARTMENT

```
00 54 55 85  * 02
HEARN, SUSAN DIANNE
011557521  EX 11/21/97
             3L  F 0596  DHP
                         A  02
4511 BRYAN ST             CI
DALLAS     TX 75204
```

PE

sensory V₁ V₂ ℝ sharper
L foot ↑ PP

Genl A+O   HEENT EOMI PARD fundibenign   2+  2+

Motor 5/5 UE/LE

CN dtw intact

coord F → N intact ℝ

Gait mildly wide based
heel/toe DK tandem OK

A/) ⊘ Complicated migraine — exam ē patchy
ℝ sided hyperesthesia

Plan — • d/c propranolol
• Begin sumatriptan (Imitrex) 25mg po x̄ at
onset may repeat q2° 50mg up to 300mg qd
• d/c midrin as ō fair response
• Consider adding different agent for
prophylaxis (Verapamil or TCA) if
needed.

RTC 1 mo
• discussed lifestyle
Δes (smoking)
caffeine
Emerms

| DATE SEP 3 0 1997 TIME: | COMMENTS | YES | NO | N/A |
|---|---|---|---|---|
| Circle if applicable | | | | |
| Tests, Treatment / Results given to pt | | | | |
| Medication / Side Effects | | | | |
| Discharge Inst / Referral / Handouts | | | | |
| Pt Verbalize: Understanding / Questions / Concerns | | | | |
| Emergency Precautions | | | | |
| Pt Discharge to: Home / Facility | | | | |
| MD Signature: | Initials: | | | |
| RN Signature: | Initials: | | | |

FORM #52350 REV 4/79

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**CONSENTS AND AUTHORIZATIONS**

```
00  54  55  85   K   02
HEARN, SUSAN DIANNE
0115575217 EX 11/21/97
       3L  F 0596   DHP
```

## CONSENT FOR MEDICAL TREATMENT

I do hereby voluntarily consent to and authorize the Dallas County Hospital District (DCHD) to provide care encompassing all diagnostic and therapeutic treatments considered necessary or advisable in the judgement of the attending physician and/or his/her designees.

Initials *SH*

## AUTHORIZATION TO PAY BENEFITS TO DALLAS COUNTY HOSPITAL DISTRICT

I authorize payment directly to the DCHD of all benefits otherwise payable to me or for me by any third party payor.

Initials *SH*

I understand I am financially responsible to the DCHD for charges not covered by third party payors.

Initials *SH*

I understand that I shall be billed separately for professional services rendered by each physician or other health care provider.

Initials *SH*

I hereby authorize DCHD to release any medical information to any third party payor pertaining to my diagnosis and treatment within the DCHD. This may include, but not be limited to, information concerning communicable diseases, laboratory test results, medical history, treatment progress, or any other such related information requested.

Initials *SH*

I understand that this authorization is valid for the time period which is consistent with the Medical Record Department policy of the DCHD or until the medial claim has been paid, whichever is longer.

Initials *SH*

## AUTHORIZATION TO RELEASE INFORMATION

I authorize DCHD to confirm my presence and release a one word condition statement, such as, "Critical, Serious, Fair, or Good."

Initials *SH*

I authorize DCHD to release health care information, including medical history, diagnosis, treatment, or prognosis, to my next of kin and/or the following person.    List Names

Initials *SH*

I have read and understand the above consent and authorizations.

X _Susan Hearn_      X _9/30/97_
Signature (Patient, Guardian, or Legally Authorized Representative)      Date

Relationship to patient _____

DCHD Representative/ID Number __VQ400__      Language Assist./ID Number _____

STATEMENT OF PATIENT LEAVING AGAINST MEDICAL ADVICE
I am the responsible party and am removing the patient, _____ from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the Dallas County Hospital District; I acknowledge liability for all incurred expenses.

_Susan Hearn_ _____      _____
Signature (Patient, Guardian, or Legally Authorized Representative)      Date

Relationship to patient _____

DCHD Representative/ID Number _____

For DCHD Use Only: _____

**E46**

PS 645  6/96

| DATE /06/97 | ADMIT TIME 15:26 | | DALLAS COUNTY HOSPITAL DISTRICT EMERGENCY DEPARTMENT ADMISSION | | ER MD 10684 | SERVICE 4020 057 |

| LAST FIRST | MIDDLE | MAIDEN | ACCOUNT # | MR # |
|---|---|---|---|---|
| N, SUSAN DIANNE | | ROSS | 000116599556 | 000000545585 |

| | APT # | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| .511 BRYAN ST | | DALLAS | TX | 75204 - 6864 | |

| HOME 214-827-0177 | BIRTH DAY | AGE 037 | SEX F | RACE BL | MAR STAT P | SOC SEC # | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS SE | CRIME VICTIM | POLICE NOTIF |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | ACCIDENT DATE | ACC TIME |

**EMPLOYER**

| EMPLOYER DALLAS MORNING NEWS | EMPLOYER ADDRESS |
|---|---|

| EMPLOYER CITY PLANO | STATE TX | ZIP - 0000 | EMPLOYER PHONE 000-000-0000 | EXT | WRK REL |

**GUARANTOR**

| GUARANTOR'S NAME HEARN, SUSAN DIANNE | GUARANTOR'S ADDRESS 4511 BRYAN ST | APT. # |

| GUARANTOR'S CITY DALLAS | STATE TX | ZIP 75204 - 6864 | PHONE - HOME 214-827-0177 |

| GUARANTOR'S EMPLOYER DALLAS MORNING NEWS | PHONE - BUSINESS 000-000-0000 | RELATIONSHIP TO PATIENT SELF |

**NEXT OF KIN**

| NEXT OF KIN JOHNSON, MICHAEL | NEXT OF KIN - ADDRESS | PHONE - HOME 214-827-0177 |

| NEXT OF KIN - CITY DALLAS | STATE TX | ZIP 75204 - 6864 | RELATIONSHIP TO PATIENT HUSBAND | PHONE - BUSINESS 000-000-0000 |

**CONTACT**

| LOCAL CONTACT SHEPPARD, MARY | LOCAL CONTACT ADDRESS | PHONE - HOME 214-827-5988 |

| LOCAL CONTACT - CITY DALLAS | STATE TX | ZIP 75241 - 0000 | RELATIONSHIP TO PATIENT FRIEND | PHONE - BUSINESS |

**INSURANCE**

| INSURANCE COMPANY PEND-DCLAR | CO/PLN 29/001 | GROUP NAME N / A | GROUP # N / A | PLAN CODE N/A |

| EFFECTIVE DATE / / | NAME OF INSURED N / A | I.D. # - | AUTHORIZATION # N / A | CERT DATE |

| DX | PROBLEM/CHIEF COMPLAINT HEADACHE | COND 2 | S1 A | S2 | S3 | LAST DC DATE | FNL CLS 29 | ACM BY DW |

## CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthestics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Futhermore I state that all patient information is true and correct to my personal knowledge, I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _____   RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _____   TIME: _____

**LEAVING AGAINST MEDICAL ADVISE**
I am the responsible party and am removing the patient, _____, from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

**TEMPORARY ABSENCE RELEASE**
I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____   DATE: _____   to   TIME: _____   DATE: _____
I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

O: _____   I: _____   E: _____

**MEDICAL RECORD**                                    **CodeRite**

| ADMIT DATE | ADMIT TIME | DALLAS COUNTY HOSPITAL DISTRICT | | ER MD | SERVICE |
|---|---|---|---|---|---|
| 07/06/97 | 15:26 | **EMERGENCY DEPARTMENT ADMISSION** | | 10684 | 4020 |

| NAME | LAST | FIRST | MIDDLE | MAIDEN | | ACCOUNT # | | MR # |
|---|---|---|---|---|---|---|---|---|
| HEARN, SUSAN DIANNE | | | ROSS | | | 000116599556 | | 000000545585 |

| ADDRESS | | APT# | CITY | | STATE | ZIP | | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| 4511, BRYAN ST | | | DALLAS | | TX | 75204 - 6864 | | 057 |

| PHONE | BIRTH DAY | AGE | SEX | RACE | MAR STAT | SOC SEC# | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS | CRIME VICTIM | POLICE NOTIF |
|---|---|---|---|---|---|---|---|---|---|---|
| 214-827-0177 | | 037 | F | BL | P | | | SE | | |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | | | | ACCIDENT DATE | ACC TIME |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| EMPLOYER | | EMPLOYER ADDRESS | |
|---|---|---|---|
| DALLAS MORNING NEWS | | | |

| EMPLOYER CITY | | STATE | ZIP | | EMPLOYER PHONE | EXT | WRK REL |
|---|---|---|---|---|---|---|---|
| PLANO | | TX | - 0000 | | 000-000-0000 | | |

| GUARANTOR'S NAME | | GUARANTOR'S ADDRESS | | APT. # |
|---|---|---|---|---|
| HEARN, SUSAN DIANNE | | | | |

| GUARANTOR'S CITY | | STATE | ZIP | | PHONE - HOME |
|---|---|---|---|---|---|
| DALLAS | | TX | 75204 - 6864 | | 214-827-0177 |

| GUARANTOR'S EMPLOYER | | PHONE - BUSINESS | RELATIONSHIP TO PATIENT |
|---|---|---|---|
| DALLAS MORNING NEWS | | 000-000-0000 | SELF |

| NEXT OF KIN | NEXT OF KIN - ADDRESS | | PHONE - HOME |
|---|---|---|---|
| JOHNSON, MICHAEL | | | 214-827-0177 |

| NEXT OF KIN - CITY | | STATE | ZIP | | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|---|---|
| DALLAS | | TX | 75204 - 6864 | | HUSBAND | 000-000-0000 |

| LOCAL CONTACT | | LOCAL CONTACT ADDRESS | | PHONE - HOME |
|---|---|---|---|---|
| SHEPPARD, MARY | | | | 214-827-5988 |

| LOCAL CONTACT - CITY | | STATE | ZIP | | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|---|---|
| DALLAS | | TX | 75241 - 0000 | | FRIEND | |

| INSURANCE COMPANY | | CO/PLN | GROUP NAME | | GROUP # | | PLAN CODE |
|---|---|---|---|---|---|---|---|
| PEND-DCLAR | | 29/001 | N / A | | N / A | | N/A |

| EFFECTIVE DATE | NAME OF INSURED | | I.D. # | AUTHORIZATION # | CERT DATE |
|---|---|---|---|---|---|
| / / | N / A | | - | N / A | |

| DX | PROBLEM/CHIEF COMPLAINT | COND | S1 | S2 | S3 | LAST DC DATE | FN CLS | ADM BY |
|---|---|---|---|---|---|---|---|---|
| | HEADACHE | 2 | A | | | | 29 | DW |

### CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthestics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Futhermore I state that all patient information is true and correct to my personal knowledge, I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _____ RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _____ TIME: _____

### LEAVING AGAINST MEDICAL ADVISE
I am the responsible party and am removing the patient, _____ , from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____ RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____ DATE: _____ TIME: _____

### TEMPORARY ABSENCE RELEASE
I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____ DATE: _____ to TIME: _____ DATE: _____
I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _____ RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____ DATE: _____ TIME: _____
FORM 580002 REV 12/91          O:                                    I:                    E:

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**DEPARTMENT OF EMERGENCY SERVICES**
**PHYSICIAN REPORT**

CLARK, SUSAN DIANNE
0111593556  AD 07/06/97
F  12641  4020
A  29
01
10684

**ALLERGIES** NKDA

**INITIAL VITAL SIGNS**  TIME: 0518  T 36.8  P 95  R 20  BP 139/93

**COMPLAINT:** HA

**PHYSICIAN NOTES  TIME SEEN:** _____  HA x 2 days

**LAB/RADIOLOGY ORDERS (CIRCLE)**

CBC-DIFF    UA    GLU    CREAT
PT—PTT    ABG    RPR    TOX
CARDIAC ENZYMES   LIVER BATTERY
CA    MG    PO4    I&C:
ETOH    AMYLASE    G&S
LYTES, BUN, EKG
OTHER:
X RAY:

| TIME | ORDERS |
|---|---|
| | |

**CONSULT/ADMIT SERVICES**

| SERVICE | TIME CALLED | TIME IN DEPT. |
|---|---|---|
| | | |

☐ SEE CONT. SHEET

**DIAGNOSIS:** Migraine

**DIAGNOSIS CODE:**

**MD SIGNATURE:**

**MD PRINTED NAME:** DORI ROSSIN

**FACULTY SIGNATURE:**

**DISPOSITION:** ☒ HOME  ☐ AMA  ☐ AWOL  ☐ ADMIT (SERVICE: _____)  TRANSFER TO: _____
**CONDITION:** ☒ IMPROVED  ☐ UNCHANGED  ☐ EXPIRED  TIME ____ AM/PM  DATE: _____

005

S5690 Revised 12/91

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**EMERGENCY SERVICES DEPARTMENT**
**MEDICINE PATIENT ASSESSMENT FORM**

SUSAN DIANNE
AD 07/06/97
F 12641 4020
A 29
01

INITIAL ASSESSMENT TIME: 1518   DATE: 07/06/97   ARRIVED: AMBULATORY ___   NON-AMBULATORY ___

| | | VITAL SIGNS | | | | | |
|---|---|---|---|---|---|---|---|
| ALLERGIES: NKDA | | | | | | | |
| CHIEF COMPLAINT: H. A. | TIME | B/P | TEMP | PULSE | RESP/O₂SAT | D-STIX | INIT |
| LEVEL OF CARE (circle)  1  ②  3  4  5 | 1518 | 143 | 98 | 95 | 20 | 99 | |

NURSING ASSESSMENT: X 2 days
c̄ H x migraine unrelieved
by midrin. c/o ⊕ sided
numbness & weakness x
3-4 hours. m̄ = grip
strength weak on right
pt has broken speech
reflexes c̄ ___ ___
visible tremors to + 3 now
No motor skin w/o ___

| PATIENT VALUABLES / BELONGINGS | | | |
|---|---|---|---|
| With Patient ___ With Family ___ Cashier ___ | | | |
| IMMUNIZATIONS REVIEWED: YES ___ NO ___ N/A ___ | | | |
| IMMUNIZATION REFERRAL SHEET GIVEN: YES ___ NO ___ | | | |

| MEDICAL HISTORY   (+) YES (-) NO | | PATIENT REFERRALS | | | | | |
|---|---|---|---|---|---|---|---|
| CARDIAC | HTN | TYPE: | | | | | |
| COPD/ASTHMA | RENAL | | | INTAKE | | | |
| DIABETES | IDP | TIME | #IV | SITE | GAUGE | TYPE FLUID | VOLUME/TOTAL | INIT |
| SEIZURE DISORDER  + | OTHER (describe) prochlorperazine | 1 | | | | | | |

CURRENT MEDICATIONS
midrin

| | INTAKE | | | |
|---|---|---|---|---|
| | TIME | TYPE | VOLUME/TOTAL | INIT. |
| | | | | |
| | | | | |
| | | | | |

| | PATIENT RESPONSE | |
|---|---|---|

PREGNANT: ☐YES ☐NO ☐UNK ☐N/A
SIGNATURE/ID #: ___ r0129 . R.N.

MEDICATIONS ADMINISTERED

| DRUG | DOSAGE | ROUTE/SITE | TIME | PLUG FLUSHED | INIT. |
|---|---|---|---|---|---|
| Toradol | Imitrex | 6mg | SQ(abd) | 162 | |
| | | | | | |
| | | | | | |

| RN/LVN/PCT INITIALS / ID # | ___ 3147 | /ID # | /ID # | /ID # |
|---|---|---|---|---|
| SIGNATURE: | ___ wv3147 | | | 006 |

PS 193 Rev. 7/95   White Copy - Chart   Yellow Copy - Facility   Pink Copy - Management

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

**EMERGENCY ROOM RECORD**

**CONTINUATION**

54
SUSAN DIANNE
AD 07/06/97
F 12641 4020
A    29
01
10684

| NAME: | Last | First | Middle |
|-------|------|-------|--------|
| | | | |

**Emergency Room Number:**                          **Date**

| Time Ordered | Medications and Treatments (continued) |
|--------------|----------------------------------------|
| 1615 | Pt. to #17 in MER, Pt cont. c/o HA unrelieved by Midrin. Pt. c/o weakness to ℞ Ⓢ de Ⓡ grip somewhat weak. Pt fearful. — 1605 |
| 2005 | D/c to distress H×3 regorp to ✓ vitals MRN headache resolved — full work |

006

FORM NO. 55090 (REV. 2/77)

MEDICAL RECORDS

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas



**DEPARTMENT OF EMERGENCY SERVICES**
**AFTER CARE INSTRUCTIONS**

**IMPORTANT:** We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide complete medical care. In most cases you must let your private doctor check you again. If you have been referred to a clinic, we strongly recommend that you keep your appointment. If you have had special tests such as EKG's, X-rays or labs we will review them again. We will attempt to call you if there are any suggestions. After leaving, follow the instructions listed below.

**DIAGNOSIS:** _Migraine_

**MEDICATION:**
FOLLOW LABEL INSTRUCTIONS FOR ANY PRESCRIPTION GIVEN BY EMERGENCY PHYSICIAN
☐ TAKE ANTIBIOTICS UNTIL GONE

PREPRINTED INSTRUCTIONS GIVEN:   ☐ YES   ☐ N/A
IN SPANISH:   ☐ YES   ☐ N/A

☐ BACTRIM                                ☐ PENICILLIN
☐ CLOTRIMAZOLE VAGINAL CREAM/TAB         ☐ PHENOBARBITAL
☐ DOXYCYCLINE                            ☐ PREDNISONE
☐ DILANTIN                               ☐ TETRACYCLINE
☐ ERYTHROMYCIN                           ☐ TYLENOL #3
☐ IBUPROFEN/MOTRIN                       ☐ VERAPAMIL
☐ FLAGYL                                 ☐ ZANTAC
☐ KEFLEX                                 ☐ _____
☐ LASIX                                  ☐ _____
☐ ROBAXIN                                ☐ _____

**DEMONSTRATED/PREPRINTED INSTRUCTIONS GIVEN**
☐ ABDOMINAL WARNINGS
☐ BURN CARE
☐ CAST CARE
☐ CRUTCH TRAINING
☐ D&C FOLLOW-UP
☐ DRESSING CHANGE
☐ FOOT CARE
☐ HEAD INJURY
☐ SUTURE CARE
☐ WOUND CARE
☐ WET TO DRY DRESSING
☐ OTHER _____

**OTHER RESOURCES**
☐ DENTAL CLINIC REFERRAL
☐ HEALTH DEPT. REFERRAL
☐ HOMELESS REFERRAL
☐ SOCIAL SERVICES REFERRAL
☐ FAMILY PLANNING REFERRAL

**SPECIAL INSTRUCTIONS:** (1) _Medication as directed_
(2) _return if headache does not resolve_
_with meds_

**FOLLOW-UP/CLINIC APPOINTMENT GIVEN** ☐ YES ☑ N/A   **PRESCRIPTION GIVEN:** ☑ YES ☐ N/A

I HAVE RECEIVED AND UNDERSTAND THE INSTRUCTIONS ABOVE. I UNDERSTAND THAT I HAVE HAD EMERGENCY TREATMENT ONLY. I WILL ARRANGE FOR FOLLOW-UP CARE AS INSTRUCTED AND I WILL CAREFULLY FOLLOW THE INSTRUCTIONS GIVEN.

TRANSLATOR USED:   ☐ YES   ☑ N/A

DISCHARGED: ☑ HOME ☐ OTHER _____   _Susan Hearn_
☐ AMBULATORY ☐ WHEELCHAIR ☐ OTHER _____   PATIENT/SIGNIFICANT OTHER SIGNATURE

RN/MD SIGNATURE: _____   DATE: _7/5/92_ TIME: _2007_

UNAVAILABLE FOR DISCHARGE TEACHING:  1) _____  2) _____  3) _____
                                        TIME/INITIAL        TIME/INITIAL         TIME/INITIAL

PS 149 Revised 9/92          White Copy - Medical Record          Yellow Copy - Patient's Copy          006A

**DALLAS COUNTY HOSPITAL DISTRICT**

DALLAS, TEXAS

**WORK/SCHOOL RELEASE**
**AND**
**APPOINTMENT VERIFICATION**

0 54 55 85   L C
HEARN, SUSAN DIANNE
116599356  *3 07/06/
BL   F 37041 40
P4                              A        0

**APPOINTMENT VERIFICATION**

This is to indicate that _____ SUSAN HEARN

has been seen in the ___ DMH Medicine ESD ___ of Dallas County
(TREATMENT AREA)

Hospital District on ___ 7/6/97 ___
(DATE)

J. MINICK ___ RN
PRINTED NAME
_____ RN
SIGNATURE

Date: ___ 7/6/97

---

**MEDICAL RELEASE/RESTRICTIONS**

_____

_____

_____

_____

This patient is considered ready to return to work/school on _____

_____ MD
PRINTED NAME

_____ MD
SIGNATURE

Date: _____

**N35**

FORM NO. 52620 (REV. 9/87)        WHITE COPY – CHART   YELLOW COPY – PATIENT

INPATIENT—FILE WITH ADMINISTRATIVE RECORDS ON FRONT CLIP

OUTPATIENT—FILE BEHIND SOCIAL HISTORY RECORDS ON FRONT CLIP

**DALLAS COUNTY HOSPITAL DISTRICT**          PROGRESS NOTES — OUTPATIENT DEPARTMENT

| GUARANTOR NAME | | GUARANTOR PHONE | MEDICARE NO. | | MEDICAID NO. |
|---|---|---|---|---|---|
| HEARN, SUSAN DIANNE | | 214-827-0177 | | | |
| INSURANCE COMPANY | | GROUP NUMBER | POLICY/CERTIFICATE NO. | | CONTRACT NO. |
| PRE-PAY DALLAS COUNTY | | | | | |
| NAME OF INSURED | | EMPLOYER OF INSURED | | EMPLOYER PHONE | |
| HEARN, SUSAN DIANNE | | DALLAS MORNING NEWS | | 214-827-0177 | |
| INSURED EMPLOYER'S ADDRESS | | | | TX STATE | ZIP CODE | ACCIDENT RELATED | YES X | NO |
| PLANT PKWY | | PLANO | | | | | | |

| MRN # 000005455B5   ACC # 000115576217 | **DEPT.** | PHYSICIAN Epner Wang |
|---|---|---|
| HEARN, SUSAN DIANNE    BI    F    EX 11/21/97 | GMDE | DIAGNOSIS |
| FAC  02    06/14/60              1329 | SERVICE DATE /97 | CASHIER LOCATION |
| 4511 BRYAN ST        DALLAS   TX  75204 | LOCATION HFN | CLINIC DEPT allergies NKE |

**NEUROLOGY CLINIC   DATE:** 6/24/97 **WT:** 130 **BP** 110/60

36 y/o XHDF c̄ H. of complicated migraine for
20 + yrs. presents here for f/u. She was on propranolol
80 mg po dd, prescribed by Dr. Epner, which helps.
Her frequency ↓ to 1/wk from 3/wk. But
propranolol was d/c'd by some doctor.

Neuro exam: A + 0 × 3, mm-fund

A/P: complicated migraine

1. Will restart propranolol 80 mg po Qd
2. Cont Midrin for H/A
3. f/u in 3 months

Lynn Wang 2007

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.

SIGNATURE

WITNESS

I PROMISE AND AGREE TO PAY PARKLAND MEMORIAL HOSPITAL ALL CHARGES ACCRUING AS A RESULT OF THE ADMISSION UPON RECEIPT OF STATEMENT IT IS SPECIFICALLY UNDERSTOOD AND AGREED THAT ALL PAYMENTS WILL BE MADE TO THE BUSINESS OFFICE, PARKLAND MEMORIAL HOSPITAL, 5201 HARRY HINES BLVD., DALLAS, TEXAS, AND I HEREBY AUTHORIZE PAYMENT DIRECTLY TO THE ABOVE NAMED HOSPITAL OF THE HOSPITAL INSURANCE BENEFITS OTHERWISE PAYABLE TO ME BUT NOT TO EXCEED THE BALANCE DUE OF THE HOSPITAL'S REGULAR CHARGES FOR THIS PERIOD OF HOSPITALIZATION. I UNDERSTAND I AM FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THESE CHARGES; AND I HEREBY AUTHORIZE RELEASE BY THE HOSPITAL OF INFORMATION REQUESTED BY MY INSURANCE COMPANIES.

SIGNATURE

**PROGRESS NOTES – OUTPATIENT DEPARTMENT**

Neurology staff

I examined & interviewed this pt.

36 y.o woman with history of Migraine that was with

with a good response → Detrol ?mg ½ of frequency for 2 [weeks] to

Avula. Will & [interval] to [2-3] q.d.

—/| [signature]

01018

**DALLAS COUNTY HOSPITAL DISTRICT**

DALLAS, TEXAS

**PROGRESS NOTES**

OUTPATIENT DEPARTMENT

NEUROLOGY

DC 54 55 85  02
HEATH, SUSAN DIANNE
D1155 521  EX 11/21/97
BL F 3942 CHP
A C2
4511 BRYAN ST  C1
DALLAS   TX 75204

| DATE: JUN 2 4 1997  TIME: | COMMENTS | YES | NO | N/A |
|---|---|---|---|---|
| Circle if applicable | | | | |
| Tests, Treatment / Results given to pt. | | | | |
| Medication / Side Effects | | | | |
| Discharge: Inst / Referral / Handouts | | | | |
| Pt. Verbalize: Understanding / Questions / Concerns | | | | |
| Emergency Precautions | 0 / | | | |
| Pt. Discharge to: Home / Facility | | | | |
| MD Signature: | Initials: | | | |
| RN Signature: | Initials: | | | |

FORM #52350 REV 4/79

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**CONSENTS AND AUTHORIZATIONS**



**CONSENT FOR MEDICAL TREATMENT**

I do hereby voluntarily consent to and authorize the Dallas County Hospital District (DCHD) to provide care encompassing all diagnostic and therapeutic treatments considered necessary or advisable in the judgement of the attending physician and/or his/her designees.

*SH*
Initials

**AUTHORIZATION TO PAY BENEFITS TO DALLAS COUNTY HOSPITAL DISTRICT**

I authorize payment directly to the DCHD of all benefits otherwise payable to me or for me by any third party payor.

*SH*
Initials

I understand I am financially responsible to the DCHD for charges not covered by third party payors.

*SH*
Initials

I understand that I shall be billed separately for professional services rendered by each physician or other health care provider.

*S.H*
Initials

I hereby authorize DCHD to release any medical information to any third party payor pertaining to my diagnosis and treatment within the DCHD. This may include, but not be limited to, information concerning communicable diseases, laboratory test results, medical history, treatment progress, or any other such related information requested.

*S.H*
Initials

I understand that this authorization is valid for the time period which is consistent with the Medical Record Department policy of the DCHD or until the medial claim has been paid, whichever is longer.

*S.H*
Initials

**AUTHORIZATION TO RELEASE INFORMATION**

I authorize DCHD to confirm my presence and release a one word condition statement, such as, "Critical, Serious, Fair, or Good."

*S.H*
Initials

I authorize DCHD to release health care information, including medical history, diagnosis, treatment, or prognosis, to my next of kin and/or the following person.   List Names

*S.H*
Initials

_____

*I have read and understand the above consent and authorizations.*

X *Susan Hearn*
Signature (Patient, Guardian, or Legally Authorized Representative)

√ *6/24/97*
Date

Relationship to patient _____

DCHD Representative/ID Number _____   Language Assist./ID Number _____

**STATEMENT OF PATIENT LEAVING AGAINST MEDICAL ADVICE**
I am the responsible party and am removing the patient, _____ from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the Dallas County Hospital District. I acknowl-edge liability for all incurred expenses.

_____        _____
Signature (Patient, Guardian, or Legally Authorized Representative)              Date

Relationship to patient _____

DCHD Representative/ID Number _____

For DCHD Use Only: _____

**E46**

PS 845  6/96

**PARKLAND HEALTH & HOSPITAL SYSTEM**          PROGRESS NOTES OUTPATIENT DEPARTMENT

| GUARANTOR NAME | GUARANTOR PHONE | MEDICARE NO | MEDICAID NO |
|---|---|---|---|
| INSURANCE COMPANY | GROUP NUMBER | POLICY/CERTIFICATE NO. | CONTRACT NO |
| NAME OF INSURED | EMPLOYER INSURED | | PATIENT PHONE |
| INSURED EMPLOYER ADDRESS | | STATE  ZIP CODE | ACCIDENT RELATED  YES ☐  NO ☐ |

```
00 54 55 85   a 24
HEARN, SUSAN CIANNE
                EX 04/30/97
         BL  F 13.84 3Hf
```

| DEPT. | PHYSICIAN Haden |
|---|---|
| | DIAGNOSIS |
| SERVICE DATE | CASHIER LOCATION |
| LOCATION | CLINIC CLERK |

Date: 5-20-97   Time: 1523   Allergies:   No ☑   Yes ☐

V/S   T 98.8   P 91   RR 28   B/P 119/86 (Supine)   Wt 130   Na Init

Reason for visit: F/u Migraine    Last GMC Visit:

Signature: Sheila Martin   ID#: 14029   Medications:

| | | | |
|---|---|---|---|
| 36 yo Bg scheduled F/u | ① Migraine HA | 1 | 150 mg/h/Dichlor/Acq |
| Reports some response in HA to Midrin | ②④ tobacco | 2 | 10 hr |
| Imitrex → N/V ∴ self-D/C'd | | 3 | Propranolol 80 mg |
| Gets ~ 2-3 HA/wk | MRI 4/4/97 | 4 | 1 qd |
| Sometimes comp. by neuro Sx | unremarkable | 5 | |
| MRI head NL 4/97 | | 6 | |
| | | 7 | |
| Cor RRR | LAB ∅ | 8 | |
| Chest clear | | 9 | |
| Abd soft | | 10 | |
| | | New / Dx. / Date | |
| 36 yo Bg c̄ severe, freq, complicated migraines | | 1 | |
| | | 2 | |
| → Refill Midrin | | 3 | |
| → D/C Propranolol | | 4 | |

Referrals:        D/T will mail   1/97

Next Appointment:   GMC c̄ HADEN   6 mos

Next lab/x-ray:

MD/NP Signature: WCH   ID# 50314

Nurse Signature: HADEN   ID#

PS 1088   REV 10/96

## PROGRESS NOTES - OUTPATIENT DEPARTMENT

5/20/97 Pharmacy

Rx for Midrin refilled with Sig: 2 caps at onset of HA, then

1 cap Q 1 hour until relief or max of 5 caps/12 hours.

Pt. not available for counselling. Kellie Christopherson, RPh.

5/20/97 4

Ne SIG cnd.—

/x

STAFN 1204

| DATE:                                             | TIME:    | COMMENTS | YES | NO | N/A |  |
|---------------------------------------------------|----------|----------|-----|----|-----|--|
| Circle if applicable                              |          |          |     |    |     |  |
| Tests, Treatment/Results given to pt.             |          |          |     | .  |     |  |
| Medication/Side Effects                           |          |          |     |    |     |  |
| Discharge: Inst/Referral/Handouts                 |          |          |     |    |     |  |
| Pt. Verbalize: Understanding/Questions/Concerns   |          |          |     |    |     |  |
| Emergency Precautions                             |          |          |     |    |     |  |
| Pt. Discharge to: Home/Facility                   |          |          |     |    |     |  |
| MD Signature:                                     |          | Initials: |    |    |     |  |
| RN Signature:                                     |          | Initials: |    |    |     |  |

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**CONSENTS AND AUTHORIZATIONS**

```
00 54 55 85   R 24
HEARN, SUSAN DIANNE
 11457217   EX 04/30/97
          BL   F 13284 OHP
                          A    4
                  TY 75    CH
```

### CONSENT FOR MEDICAL TREATMENT

I do hereby voluntarily consent to and authorize the Dallas County Hospital District (DCHD) to provide care encompassing all diagnostic and therapeutic treatments considered necessary or advisable in the judgement of the attending physician and/or his/her designees.

*SH*
Initials

### AUTHORIZATION TO PAY BENEFITS TO DALLAS COUNTY HOSPITAL DISTRICT

I authorize payment directly to the DCHD of all benefits otherwise payable to me or for me by any third party payor.

*SH*
Initials

I understand I am financially responsible to the DCHD for charges not covered by third party payors.

*S.H*
Initials

I understand that I shall be billed separately for professional services rendered by each physician or other health care provider.

*S.H*
Initials

I hereby authorize DCHD to release any medical information to any third party payor pertaining to my diagnosis and treatment within the DCHD. This may include, but not be limited to, information concerning communicable diseases, laboratory test results, medical history, treatment progress, or any other such related information requested.

*SH*
Initials

I understand that this authorization is valid for the time period which is consistent with the Medical Record Department policy of the DCHD or until the medial claim has been paid, whichever is longer.

*SH*
Initials

### AUTHORIZATION TO RELEASE INFORMATION

I authorize DCHD to confirm my presence and release a one word condition statement, such as, "Critical, Serious, Fair, or Good."

*SH*
Initials

I authorize DCHD to release health care information, including medical history, diagnosis, treatment, or prognosis, to my next of kin and/or the following person.    List Names

*SH*
Initials

I have read and understand the above consent and authorizations.

X *Susan Hearn*                                    X 5/20/97
Signature (Patient, Guardian, or Legally Authorized Representative)          Date

Relationship to patient _____

DCHD Representative/ID Number _____   Language Assist./ID Number _____

STATEMENT OF PATIENT LEAVING AGAINST MEDICAL ADVICE
I am the responsible party and am removing the patient, _____ from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the Dallas County Hospital District. I acknowledge liability for all incurred expenses.

_____                              _____
Signature (Patient, Guardian, or Legally Authorized Representative)          Date

Relationship to patient _____

DCHD Representative/ID Number _____

For DCHD Use Only: _____

**E46**

PS 845  6/96          **90 Day Trial**          *White - Chart*          *Yellow - Business Services*

**DALLAS COUNTY HOSPITAL DISTRICT**   214-827 **PROGRESS NOTES — OUTPATIENT DEPARTMENT**

| GUARANTOR NAME | GUARANTOR PHONE | MEDICARE NO. | | MEDICAID NO. |
|---|---|---|---|---|
| PENDING ELIGIBILITY | | | | |
| INSURANCE COMPANY | GROUP NUMBER | POLICY/CERTIFICATE NO | | CONTRACT NO. 214-827-0177 |
| NAME OF INSURED | EMPLOYER OF INSURED | | PATIENT PHONE | X |

| INSURED EMPLOYER'S ADDRESS MRN # 000000545585   ACC # | 000115576217 | STATE | ZIP CODE | ACCIDENT RELATED | YES | NO |
|---|---|---|---|---|---|---|
| HEARN, SUSAN DIANNE   BL  F  EX 04/30/97 | **DEPT.** | | PHYSICIAN | | | |
| F/C   24 | 1417 | 05/20/97 | DIAGNOSIS | | | |
| DALLAS  TX  75204 | SERVICE DATE MBH | CASHIER LOCATION | | | | |
| | LOCATION | CLINIC CLERK | | | | |

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.

I PROMISE AND AGREE TO PAY PARKLAND MEMORIAL HOSPITAL ALL CHARGES ACCRUING AS A RESULT OF THIS ADMISSION UPON RECEIPT OF STATEMENT. IT IS SPECIFICALLY UNDERSTOOD AND AGREED THAT ALL PAYMENTS WILL BE MADE TO THE BUSINESS OFFICE, PARKLAND MEMORIAL HOSPITAL, 5201 HARRY HINES BLVD., DALLAS, TEXAS. AND

I HEREBY AUTHORIZE PAYMENT DIRECTLY TO THE ABOVE NAMED HOSPITAL OF THE HOSPITAL INSURANCE BENEFITS OTHERWISE PAYABLE TO ME BUT NOT TO EXCEED THE BALANCE DUE OF THE HOSPITAL'S REGULAR CHARGES FOR THIS PERIOD OF HOSPITALIZATION. I UNDERSTAND I AM FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THESE CHARGES; AND

I HEREBY AUTHORIZE RELEASE BY THE HOSPITAL OF INFORMATION REQUESTED BY MY INSURANCE COMPANIES

SIGNATURE

WITNESS                  SIGNATURE

**PARKLAND HEALTH & HOSPITAL SYSTEM**
Dallas, Texas

**AMBULATORY CARE CLINIC**

**PATIENT CONTACT FORM**

Hearn, Susan #545585

| Appointment | Date: 03-30-97 |
| | Time: 1300 |

Phone Appointment: Date: _____ Time: _____
F/U P.P. Migrain Headache
Signature: Laurie Paquette ID# 0878

Age: 36  Race: B  Sex: F

Allergies: NKA

LMP: _____ BTL _____ HYST 12 yrs Menopause _____

Triage: Date _____ Time _____

Medical History:
- HTN
- Cardiac
- CA
- Seizures
- Other R Migraine since age 1
- DM
- Pulm.
- Stroke
- Infectious Disease

Appointment Screen: Date 3/30/97 Time 1304

| Vitals: B/P _____ T _____ P _____ R _____ | Vitals: B/P 109/60 T 36.6 P 76 R 16 |
| Size of cuff: (circle)  Regular  Large  Pedi | Size of cuff: (circle)  (Regular)  Large  Pedi |
| Signature/ID#_____ | Signature/ID# _____ RN 6410 |

Triage Chief Complaint: _____

RN Screening: Yo severe headache ē Rt sided numbness episodes x 1 mo.

Medication(s):

Disposition of Patient:
_____ PRIORITY Appt.   _____ Same day Appt.
_____ Next Day Appt.   _____ Patient to schedule Appt.
_____ Referred to: _____

Triage RN Signature: _____
ID#: _____

Medications (Name, dosage, and frequency)
Propranolol ER 80mg T BID
Midrin ī gh until relief up to 5 in 12 hrs

Module RN Signature: _____ RN
ID#: 6410

| TIME | PHYSICIANS ORDERS |
| | |
| | |
| | |
| | |
| | |

| Call NO ANSWER | |
| TIME | |
| INITIAL | |

PS 2118 (Front) 12/96

**DALLAS COUNTY HOSPITAL DISTRICT**   PROGRESS NOTES — OUTPATIENT DEPARTMENT

| GUARANTOR NAME | GUARANTOR PHONE | MEDICARE NO. | MEDICAID NO. |
|---|---|---|---|
| HEARN, SUSAN DIANNE | 214-827-0177 | | |

INSURANCE COMPANY: PENDING ELIGIBILITY  GROUP NUMBER  POLICY/CERTIFICATE NO.  CONTRACT NO.

NAME OF INSURED   EMPLOYER OF INSURED   PATIENT PHONE 214-827-0177

INSURED EMPLOYER'S ADDRESS   STATE  ZIP CODE  ACCIDENT RELATED  YES  NO

MRN # 000000545585   ACC # 000115576217   **DEPT.**

PHYSICIAN

HEARN, SUSAN DIANNE   BL  F  EX 04/30/97   CLN.

DIAGNOSIS

SERVICE DATE

F/C  24   1232   LOCATION 03/30/97   CASHIER LOCATION

DALLAS   TX  75204   ACC   CLINIC CLERK

---

36y.o. BF c h/o migraine headaches x 23 yrs.; pt experiences @ least 1 migraine per week c photophobia. ø N/V. Pt drinks 4-5 cups of coffee/day; ⊕ smoker. Pt currently having frontal headache c ® sided numbness; weakness. Pt states propranolol gives her chest heaviness & has not relieved her migraine headaches @ all.

ø Probs

PE: thin BF wearing sunglasses c lights off

HEENT: H: NCAT  PERRLA, EOM, sharp discs B/L

T: ⊕ erythema ⊖ exudates; mmm

neck: ø LAD

chest: CTA B/L

CV: nl S₁ S₂ ørm/g/r

neuro: tongue c slight dev. to Ⓛ Ⓡ sided facial numbness, UE numbness LE numbness; MS 4/5 R ⊖ 2+

A/P- Complicated migraine

I GRANT PERMISSION TO THE MEDICAL STAFF OF DALLAS COUNTY HOSPITAL DISTRICT TO PERFORM ANY MEDICAL OR SURGICAL TREATMENT AND TO ADMINISTER SUCH ANESTHETICS AND/OR DRUGS AS MAY BE DEEMED NECESSARY IN THE DIAGNOSIS AND TREATMENT OF SAID PATIENT. FURTHERMORE I STATE THAT THE ABOVE AND FOREGOING FACTS AND INFORMATION ARE TRUE AND CORRECT TO MY PERSONAL KNOWLEDGE.

I PROMISE AND AGREE TO PAY PARKLAND MEMORIAL HOSPITAL ALL CHARGES ACCRUING AS A RESULT OF THIS ADMISSION UPON RECEIPT OF STATEMENT. IT IS SPECIFICALLY UNDERSTOOD AND AGREED THAT ALL PAYMENTS WILL BE MADE TO THE BUSINESS OFFICE, PARKLAND MEMORIAL HOSPITAL, 5201 HARRY HINES BLVD., DALLAS, TEXAS, AND I HEREBY AUTHORIZE PAYMENT DIRECTLY TO THE ABOVE NAMED HOSPITAL OF THE HOSPITAL INSURANCE BENEFITS OTHERWISE PAYABLE TO ME BUT NOT TO EXCEED THE BALANCE DUE OF THE HOSPITAL'S REGULAR CHARGES FOR THIS PERIOD OF HOSPITALIZATION. I UNDERSTAND I AM FINANCIALLY RESPONSIBLE TO THE HOSPITAL FOR THESE CHARGES, AND I HEREBY AUTHORIZE RELEASE BY THE HOSPITAL OF INFORMATION REQUESTED BY MY INSURANCE COMPANIES.

SIGNATURE   WITNESS   SIGNATURE

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**CONSENTS AND AUTHORIZATIONS**

### CONSENT FOR MEDICAL TREATMENT

I do hereby voluntarily consent to and authorize the Dallas County Hospital District (DCHD) to provide care encompassing all diagnostic and therapeutic treatments considered necessary or advisable in the judgement of the attending physician and/or his/her designees.

Initials

### AUTHORIZATION TO PAY BENEFITS TO DALLAS COUNTY HOSPITAL DISTRICT

I authorize payment directly to the DCHD of all benefits otherwise payable to me or for me by any third party payor.

Initials

I understand I am financially responsible to the DCHD for charges not covered by third party payors.

Initials

I understand that I shall be billed separately for professional services rendered by each physician or other health care provider.

Initials

I hereby authorize DCHD to release any medical information to any third party payor pertaining to my diagnosis and treatment within the DCHD. This may include, but not be limited to, information concerning communicable diseases, laboratory test results, medical history, treatment progress, or any other such related information requested.

Initials

I understand that this authorization is valid for the time period which is consistent with the Medical Record Department policy of the DCHD or until the medial claim has been paid, whichever is longer.

Initials

### AUTHORIZATION TO RELEASE INFORMATION

I authorize DCHD to confirm my presence and release a one word condition statement, such as, "Critical, Serious, Fair, or Good."

Initials

I authorize DCHD to release health care information, including medical history, diagnosis, treatment, or prognosis, to my next of kin and/or the following person.    List Names

Initials

_I have read and understand the above consent and authorizations._

Signature (Patient, Guardian, or Legally Authorized Representative) _Susan D. Johnson · Hearn_    Date _3/30/97_

Relationship to patient _____

DCHD Representative/ID Number _RG 13084_    Language Assist./ID Number _____

STATEMENT OF PATIENT LEAVING AGAINST MEDICAL ADVICE
I am the responsible party and am removing the patient, _____ from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the Dallas County Hospital District. I acknowledge liability for all incurred expenses.

Signature (Patient, Guardian, or Legally Authorized Representative)    Date

Relationship to patient _____

DCHD Representative/ID Number _____

For DCHD Use Only: _____

**E46**

PS 845 8/96    **90 Day Trial**    _White - Chart_    _Yellow - Business Services_

**DALLAS COUNTY HOSPITAL DISTRICT**

Dallas, Texas

**OUTPATIENT CLINIC**

**Discharge & Instruction Progress Note**

00 54 55 85   R 24
HEARN, SUSAN DIANNE
0115576217   EX 04/30/97
F 13284 DHP
A 24
01

DALLAS   TX 75234

Clinic Name: _Acc_  Date: _3/30/97_  Time: _1830_

Diagnosis: _Ha_

| | | | |
|---|---|---|---|
| Treatment, Test, Procedure | ☐ YES | ☒ N/A | If Yes, *(Specify):* |
| Consent Forms | ☐ YES | ☒ N/A | If Yes, *(Specify):* |
| Medications Documented on Summary List | ☐ YES | ☒ N/A | If Yes, *(Specify):* |
| Patients Questions/Concerns Answered | ☐ YES | ☒ N/A | If Yes, *(Specify):* |

Patients Screened for: ☒ Psychosocial ☒ Nutritional ☒ Spiritual ☒ Psychological

Verified Correct Address/Phone ☒ YES  *(Specify):*

Chart Available on Discharge  ☐ YES ☒ NO  If No, *(Specify):* _N/A_

School Work Release  ☐ YES ☒ N/A

Chart Check ☐ YES ☒ N/A  If Yes, *(Date)*

Disposition: ☒ Home ☐ Other

Discharge Condition: Ambulatory ☒ Stable ☐ Other (explain)

Discharge With: ☐ Crutches ☐ W/C ☐ Walker ☐ Other (explain)

Unable to Locate Patient for Discharge:

| Signature/ID #/Time: | Signature/ID #/Time: | Signature/ID #/Time: |
|---|---|---|
| | | |

*Please* (√) check and list below if applicable

☐ Education Material   ☐ Medical Equipment   ☐ Labs/Tests
☐ Preprinted Handouts   ☒ Medication   ☐ Other
☐ Supplies given

Instruction(s) _See sumatriptan_

_Stop Propanolol_

Language: *Please* (√) check ☒ English ☐ Spanish ☐ Other *(Specify)*

Community Resources or Referrals Discussed: ☐ YES ☒ N/A  If Yes, *(Specify):*

Patient Needs to Call for Appointment: ☒ YES ☐ NO ☐ N/A

Name of Clinic: _MR+ (HO)_  Name of Clinic: _Neurology_  Name of Clinic:

Telephone Number: _590-4500_  Telephone Number:  Telephone Number:

Health Maintenance Discussed: ☐ YES ☒ NO ☐ N/A  If Yes, *(Specify):*

Follow Up Appointment Given: ☐ YES ☒ NO ☐ N/A  If Yes, *(Specify below)*

| Clinic | Clinic | Clinic | Clinic |
|---|---|---|---|
| Date | Date | Date | Date |
| Time | Time | Time | Time |

*EMERGENCY PRECAUTIONS / INSTRUCTIONS* _return if symptoms worsen_

Patient Care Provider Signature _Jesse Karcher_  ID# _1601_

Interdisciplinary Team Member Signature  ID#

Language Assistant Signature  ID#

*I have received and understand the instructions given to me.*

Patient / Caregiver _Susan Dianne Hearn_

PS 2149 Revised 11/95/AH   White Copy - Chart   Yellow Copy - Patient

| ADMIT DATE | ADMIT TIME | **DALLAS COUNTY HOSPITAL DISTRICT** | | ER MD | SERVICE |
|---|---|---|---|---|---|
| 09/20/97 | 10:35 | **EMERGENCY DEPARTMENT ADMISSION** | | 10234 | 4020 |

**PATIENT**

| NAME | LAST | FIRST | MIDDLE | MAIDEN | ACCOUNT # | MR # |
|---|---|---|---|---|---|---|
| HEARN, SUSAN DIANNE | | | ROSS | | 000115471146 | 000000545585 |

| ADDRESS | APT# | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| | | DALLAS | TX | 75204 - 6864 | 057 |

| PHONE | BIRTH DAY | AGE | SEX | RACE | MAR STAT | SOC SEC# | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS | CRIME VICTIM | POLICE NOTIF |
|---|---|---|---|---|---|---|---|---|---|---|
| 214-827-0177 | | 036 | F | BL | P | | | SE | | |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | ACCIDENT DATE | ACC TIME |
|---|---|---|---|---|---|
| | | | | | |

**EMPLOYER**

| EMPLOYER | EMPLOYER ADDRESS |
|---|---|
| DALLAS MORNING NEWS | PLANO PRKWY |

| EMPLOYER CITY | STATE | ZIP | EMPLOYER PHONE | EXT | WRK REL |
|---|---|---|---|---|---|
| PLANO | TX | - 0000 | 000-000-0000 | | |

**GUARANTOR**

| GUARANTOR'S NAME | GUARANTOR'S ADDRESS | APT. # |
|---|---|---|
| HEARN, SUSAN DIANNE | | |

| GUARANTOR'S CITY | STATE | ZIP | PHONE - HOME |
|---|---|---|---|
| DALLAS | TX | 75204 - 6864 | 214-827-0177 |

| GUARANTOR'S EMPLOYER | PHONE - BUSINESS | RELATIONSHIP TO PATIENT |
|---|---|---|
| DALLAS MORNING NEWS | 000-000-0000 | SELF |

**NEXT OF KIN**

| NEXT OF KIN | NEXT OF KIN - ADDRESS | PHONE - HOME |
|---|---|---|
| JOHNSON, MICHAEL | | 214-827-0177 |

| NEXT OF KIN - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - HOME |
|---|---|---|---|---|
| DALLAS | TX | 75204 - 6864 | HUSBAND | 000-000-0000 |

**CONTACT**

| LOCAL CONTACT | LOCAL CONTACT ADDRESS | PHONE - HOME |
|---|---|---|
| SHEPPARD, MARY | | 214-827-5988 |

| LOCAL CONTACT - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| DALLAS | TX | 75241 - 0000 | FRIEND | |

**INSURANCE**

| INSURANCE COMPANY | CO/PLN | GROUP NAME | GROUP # | | PLAN CODE |
|---|---|---|---|---|---|
| TAX SUPPORTED PR | 10/001 | N/A | N/A | | N/A |

| EFFECTIVE DATE | NAME OF INSURED | I.D. # | AUTHORIZATION # | CERT DATE |
|---|---|---|---|---|
| / / | HEARN, SUSAN DIANN | | N/A | |

**DX**

| PROBLEM/CHIEF COMPLAINT | COND | S1 | S2 | S3 | LAST DC DATE | FNI CLS | ADM BY |
|---|---|---|---|---|---|---|---|
| HEADACHE | 2 | A | | | | 10 | LER |

## CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

'I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthetics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Futhermore I state that all patient information is true and correct to my personal knowledge, I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _____   RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _____   TIME: _____

### LEAVING AGAINST MEDICAL ADVISE

I am the responsible party and am removing the patient, _____, from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

### TEMPORARY ABSENCE RELEASE

I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____ DATE: _____ to TIME: _____ DATE: _____

I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _mp_ _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: 3/21 / 346.90 _____   DATE: _____   TIME: _____

FORM 550002 REV 12/91

O: _____   I: _____   E: _____

**MEDICAL RECORD**

| ADMIT DATE | ADMIT TIME | **DALLAS COUNTY HOSPITAL DISTRICT** | ER MD | SERVICE |
|---|---|---|---|---|
| 03/20/97 | 10:35 | **EMERGENCY DEPARTMENT ADMISSION** | 10234 | 4020 |

**PATIENT**

| NAME      LAST      FIRST | MIDDLE / MAIDEN | ACCOUNT # | MR # |
|---|---|---|---|
| HEARN, SUSAN DIANNE | ROSS | 000115471146 | 000000545585 |

| ADDRESS | APT # | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| 4511 BRYAN ST | | DALLAS | TX | 75204 - 6864 | 057 |

| PHONE | BIRTH DAY | AGE | SEX | RACE | MAR STAT | SOC SEC # | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS | CRIME VICTIM | POLICE NOTIF |
|---|---|---|---|---|---|---|---|---|---|---|
| 214-827-0177 | | 036 | F | BL | P | | | S2 | | |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | ACCIDENT DATE | ACC TIME |
|---|---|---|---|---|---|
| | | | | | |

**EMPLOYER**

| EMPLOYER | EMPLOYER ADDRESS |
|---|---|
| DALLAS MORNING NEWS | PLANO PRKWY |

| EMPLOYER CITY | STATE | ZIP | EMPLOYER PHONE | EXT | WRK REL |
|---|---|---|---|---|---|
| PLANO | TX | - 0000 | 000-000-0000 | | |

**GUARANTOR**

| GUARANTOR'S NAME | GUARANTOR'S ADDRESS | APT. # |
|---|---|---|
| HEARN, SUSAN DIANNE | | |

| GUARANTOR'S CITY | STATE | ZIP | PHONE - HOME |
|---|---|---|---|
| DALLAS | TX | 75204 - 6864 | 214-827-0177 |

| GUARANTOR'S EMPLOYER | PHONE - BUSINESS | RELATIONSHIP TO PATIENT |
|---|---|---|
| DALLAS MORNING NEWS | 000-000-0000 | SELF |

**NEXT OF KIN**

| NEXT OF KIN | NEXT OF KIN - ADDRESS | PHONE - HOME |
|---|---|---|
| JOHNSON, MICHAEL | | 214-827-0177 |

| NEXT OF KIN - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| DALLAS | TX | 75204 - 6864 | HUSBAND | 000-000-0000 |

**CONTACT**

| LOCAL CONTACT | LOCAL CONTACT ADDRESS | PHONE - HOME |
|---|---|---|
| SHEPPARD, MARY | | 214-827-5988 |

| LOCAL CONTACT - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| DALLAS | TX | 75241 - 0000 | FRIEND | |

**INSURANCE**

| INSURANCE COMPANY | CO/PLN | GROUP NAME | GROUP # | | PLAN CODE |
|---|---|---|---|---|---|
| TAX SUPPORTED PR | 10/001 | N / A | | N / A | N/A |

| EFFECTIVE DATE | NAME OF INSURED | I.D. # | AUTHORIZATION # | CERT DATE |
|---|---|---|---|---|
| / / | HEARN, SUSAN DIANN | - | N / A | |

**DX**

| PROBLEM/CHIEF COMPLAINT | COND | S1 | S2 | S3 | LAST DC DATE | FMI CLS | ADM BY |
|---|---|---|---|---|---|---|---|
| HEADACHE | 2 | A | | | | 10 | LER |

### CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthetics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Furthermore I state that all patient information is true and correct to my personal knowledge, I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _____   RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _____   TIME: _____

### LEAVING AGAINST MEDICAL ADVISE

I am the responsible party and am removing the patient, _____ , from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

### TEMPORARY ABSENCE RELEASE

I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____ DATE: _____ to TIME: _____ DATE: _____
I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

FORM 580002 REV 12/91        O: _____    I: _____    E: _____

**MEDICAL RECORD**                                **CodeRite**

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**DEPARTMENT OF EMERGENCY SERVICES**
**PHYSICIAN REPORT**

HEARN, SUSAN DIANNE
011-471146   AD 03/20/97
F 1848   4020
10234

| | | |
|---|---|---|
| ALLERGIES NKDA | INITIAL VITAL SIGNS   TIME: 0958   T 98.7   P 88   R 24   BP 132/80 | |

COMPLAINT: HEADACHE

PHYSICIAN NOTES | TIME SEEN: 1000

HISTORY: 36 y.o. BF c phHt of migraine HAs since age 12 presents c HA, photophobia, preceded by N/V since 10pm last night. Pt seen in ER 2 wks ago for migraine & given propranolol prophylaxis. Feels it has been working, but ran out. Took 2 midrin last night near the onset of the HA, then several hrs later, took 2 more, and took 1 this AM. Denies F/C/neck stiffness. Husband denies any confusion, disorientation. Entire episode preceded by hand tingling — her typical symptom. Has no cardiac hx & no cl, SE, rxns to Rx - O contraindications to sumatriptan.

Pt c O X-migraine meds — midrin prn ALLG SH - O tobacco. propranolol

PE - Young BF, obviously photophobic, hesitant to move.
HEENT - O trauma + fundoscopic exam difficult, but disc sharp.
Neck - supple, full ROM.
CV - RRR S/M/R/G Lungs - CTA ant.
Abd - soft, NT. O HSM. Neuro - grossly intact exam.
No focal findings. A 4 OX3.

A/P - classic migraine which responded previously to propranolol prophylaxis. Will give midrin 2 tabs, then q hr. Also IM compazine. Will re-assess in 1 hr.

DIAGNOSIS: Migraine.

DIAGNOSIS CODE:

MD SIGNATURE: G Horn, MD

MD PRINTED NAME: HMGEN

FACULTY SIGNATURE:

DISCHARGE PLAN / RX GIVEN / FOLLOW-UP
(1) D/C home
(2) Take midrin exactly as directed
(3) Take propranolol daily
(4) F/u ACC for refills
(5) F/u Cook as scheduled.

| LAB/RADIOLOGY ORDERS (CIRCLE) | | |
|---|---|---|
| CBC-DIFF   UA   GLU   CREAT | | |
| PT—PTT   ABG   RPR   TOX | | |
| CARDIAC ENZYMES   LIVER BATTERY | | |
| CA   MG   PO4   I&C: | | |
| ETOH   AMYLASE   G&S | | |
| LYTES, BUN, EKG | | |
| OTHER: | | |
| X RAY: | | |

| TIME | ORDERS | |
|---|---|---|
| | midrin, II tabs PO x 1 | |
| | compazine, 10mg IM given | done |
| | midrin, II tabs PO x 1 done | |
| | | |

| CONSULT/ADMIT SERVICES | | |
|---|---|---|
| SERVICE | TIME CALLED | TIME IN DEPT. |
| | | |
| | | |
| | | |

☐ SEE CONT. SHEET

DISPOSITION: ☐ HOME   ☐ AMA   ☐ AWOL   ☐ ADMIT (SERVICE: _____ )   TRANSFER TO: _____

CONDITION: ☐ IMPROVED   ☐ UNCHANGED   ☐ EXPIRED   TIME _____ AM/PM   DATE: _____

005

55690 Revised 12/91

MEDICAL RECORDS

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**CONSENTS AND AUTHORIZATIONS**

HEARN, SUSAN DIANNE
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   AD 03/20/97
F 1848   4020
10234                        A  10
                             C1

## CONSENT FOR MEDICAL TREATMENT

I do hereby voluntarily consent to and authorize the Dallas County Hospital District (DCHD) to provide care encompassing all diagnostic and therapeutic treatments considered necessary or advisable in the judgement of the attending physician and/or his/her designees.

Initials: SH

## AUTHORIZATION TO PAY BENEFITS TO DALLAS COUNTY HOSPITAL DISTRICT

I authorize payment directly to the DCHD of all benefits otherwise payable to me or for me by any third party payor.

Initials

I understand I am financially responsible to the DCHD for charges not covered by third party payors.

Initials

I understand that I shall be billed separately for professional services rendered by each physician or other health care provider.

Initials

I hereby authorize DCHD to release any medical information to any third party payor pertaining to my diagnosis and treatment within the DCHD. This may include, but not be limited to, information concerning communicable diseases, laboratory test results, medical history, treatment progress, or any other such related information requested.

Initials

I understand that this authorization is valid for the time period which is consistent with the Medical Record Department policy of the DCHD or until the med l claim has been paid, whichever is longer.

Initials

## AUTHORIZATION TO RELEASE INFORMATION

I authorize DCHD to confirm my presence and release a one word condition statement, such as, "Critical, Serious, Fair, or Good."

Initials

I authorize DCHD to release health care information, including medical history, diagnosis, treatment, or prognosis, to my next of kin and/or the following person.   List Names

Initials

*I have read and understand the above consent and authorizations.*

Signature (Patient, Guardian, or Legally Authorized Representative): Susan D Hearn            Date: 3/20/97

Relationship to patient _____

DCHD Representative/ID Number _____            Language Assist./ID Number _____

STATEMENT OF PATIENT LEAVING AGAINST MEDICAL ADVICE
I am the responsible party and am removing the patient, _____ from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the Dallas County Hospital District. I acknowledge liability for all incurred expenses.

Signature (Patient, Guardian, or Legally Authorized Representative): _____            Date _____

Relationship to patient _____

DCHD Representative/ID Number _____

For DCHD Use Only: _____

**E46**

PS 845 6/96

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

HEARN, SUSAN DIANNE
0114 1146  AD 03/20/97
L  F 1848  4080
A  10
01

**EMERGENCY SERVICES DEPARTMENT**
**MEDICINE PATIENT ASSESSMENT FORM**   Hearn

| INITIAL ASSESSMENT TIME: 1005 | DATE: 3-20-97 | ARRIVED: AMBULATORY ✓ | NON-AMBULATORY | |
|---|---|---|---|---|

ALLERGIES: NKDA

**VITAL SIGNS**

| | TIME | B/P | TEMP | PULSE | RESP/O₂SAT | D-STIX | INIT. |
|---|---|---|---|---|---|---|---|
| CHIEF COMPLAINT: Headache c̄ (R) side numb | 0968 | 137/80 | 36.7 | 88 | 24 | | PP. |
| LEVEL OF CARE (circle)  1  ②  3  4  5 | | | | | | | |
| NURSING ASSESSMENT: 36 yo BF presents amb | 1150 | 128/86 | 37⁰ | 92 | 22 | | kc |
| to ER c̄ above complaint x 2 days. | 1440 | 130/86 | 36.5 | 64 | 16 | | kc |

Pt. reports sudden onset of
sharp headache pain all
over head. Reports (+) blurry
vision + (+) photophobia.
(+) nausea + vomiting. AIOX3.
Resp. even + non-labored.
Skin warm & dry. Gait
steady. Pt. very tearful.

**PATIENT VALUABLES / BELONGINGS**

With Patient ___ With Family ___ Cashier ___
IMMUNIZATIONS REVIEWED: YES ___ NO ___ N/A ___
IMMUNIZATION REFERRAL SHEET GIVEN: YES ___ NO ___

| MEDICAL HISTORY  (+) YES (-) NO | | | **PATIENT REFERRALS** | | | | |
|---|---|---|---|---|---|---|---|
| — CARDIAC | — HTN | TYPE: | | | | | |
| — COPD/ASTHMA | — RENAL | **INTAKE** | | | | | |
| — DIABETES | — IDP | TIME | #IV | SITE | GAUGE | TYPE FLUID | VOLUME/TOTAL | INIT. |
| — SEIZURE DISORDER | — OTHER (describe) | | | | | | |

**CURRENT MEDICATIONS**

Isometh / dichlor / acet Cmpd
propranolol

**INTAKE**

| | TIME | TYPE | VOLUME/TOTAL | | INIT. |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**PATIENT RESPONSE**

PREGNANT: ☐YES ☑NO ☐UNK ☐N/A  IUD
SIGNATURE / ID ___

**MEDICATIONS ADMINISTERED**

| DRUG | DOSAGE | ROUTE/SITE | TIME | PLUG FLUSHED | INIT. |
|---|---|---|---|---|---|
| Midrin | ī | po | 1220 | ✓ | kc |
| Compazine | 10mg | IM/deltoid | 1220 | ✓ | kc |
| Midrin | ī | po | 1330 | ✓ | ktd |
| Midrin | ī | po | 1430 | ✓ | kc |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**RN / LVN / PCT**
INITIALS / ID #  kc / ID # 10532   / ID # ___   / ID # ___   / ID # ___

SIGNATURE:  Krista Costilow

**006**

PS 599 Rev. 7/95     White Copy - Chart     Yellow Copy - Faculty     Pink Copy - Management

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

**EMERGENCY ROOM RECORD**

**CONTINUATION**



| NAME: | Last | First | Middle |
|---|---|---|---|

| Emergency Room Number: | | Date |
|---|---|---|

| Time Ordered | Medications and Treatments (continued) |
|---|---|
| 1150 | pt placed in #23 A, A&OX3, resp even1 non-labored. C/O severe HA c̄ blurry vision & photophobia. placed in #23 Awaiting M.D. eval. pt states seen ~ 2 week ago for migraine HA & given propranolol. pt out of med. verbalized relief while using it. pt has neuro flu 3/30/97. ———————————— Krista Costilow |
| 1220 | pt med as ordered, awaiting M.D. eval-Krista Costilow |
| 1430 | pt given 3rd dose midrin c̄ tab po. Dr. Argen gave pt 2nd dose @ 1320. pt verbalizes relief from midrin Compazine, awaiting further M.D. eval-Krista Costilow |
| 1535 | D'cd home A, A&OX3, resp even1 non-labored verbalized understanding of all instructions, left ambulatory, gait steady to appr desk-Kostlr |

**006**

FORM NO. 55090  (REV. 2/77)

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

**EMERGENCY ROOM RECORD**

**CONTINUATION**

| NAME: | Last | First | Middle |
|---|---|---|---|

Emergency Room Number: ·                                         Date

| Time Ordered | Medications and Treatments (continued) |
|---|---|
| 1150 | *illegible handwritten notes* ... pt has recov flu 3/20/97. — KristaPostlien |
| 1220 | pt med as ordered, awaiting M.D eval - KristaPostlien |
| 1430 | pt given 3rd dose miciln + trip ... in began care given 2nd dose to 1330. pt verbalizes relief ... Compazine, awaiting further M.D eval — kristaPostlien |
| | *illegible* ... per all instruction left ... |

**006**

FORM NO. 55090  (REV. 2/77)

INPATIENT—FILE WITH ADMINISTRATIVE
RECORDS ON FRONT CLIP

**DALLAS COUNTY HOSPITAL DISTRICT**

DALLAS, TEXAS

00 54 55 85   E 10
HEARN, SUSAN DIANNE
?11?471114b   AD 03/20/97
...L   F 1.4P   4020
4...-5-...   ...   10
...   C!

**WORK/SCHOOL RELEASE
AND
APPOINTMENT VERIFICATION**

**APPOINTMENT VERIFICATION**

This is to indicate that ___Susan Hearn___

has been seen in the ___Medicine ER___ of Dallas County
(TREATMENT AREA)

Hospital District on ___3/20/97___
(DATE)

___Krista Costilow___ RN
PRINTED NAME

___Krista Costilow___ RN
SIGNATURE

Date: ___3/20/97___

**MEDICAL RELEASE/RESTRICTIONS**

_____

_____

_____

_____

This patient is considered ready to return to work/school on _____

_____ MD
PRINTED NAME

_____ MD
SIGNATURE

Date: _____

OUTPATIENT—FILE BEHIND SOCIAL HISTORY
RECORDS ON FRONT CLIP

N35

FORM NO. 52820 (REV. 9/87)     WHITE COPY — CHART   YELLOW COPY — PATIENT

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**DEPARTMENT OF EMERGENCY SERVICES
AFTER CARE INSTRUCTIONS**

**IMPORTANT:** We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide complete medical care. In most cases you must let your private doctor check you again. If you have been referred to a clinic, we strongly recommend that you keep your appointment. If you have had special tests such as EKG's, X-rays or labs we will review them again. We will attempt to call you if there are any suggestions. After leaving, follow the instructions listed below.

**DIAGNOSIS:** Migraine Headache

**MEDICATION:**

FOLLOW LABEL INSTRUCTIONS FOR ANY PRESCRIPTION GIVEN BY EMERGENCY PHYSICIAN

☐ TAKE ANTIBIOTICS UNTIL GONE

PREPRINTED INSTRUCTIONS GIVEN:   ☐ YES   ☐ N/A
IN SPANISH:   ☐ YES   ☐ N/A

☐ BACTRIM
☐ CLOTRIMAZOLE VAGINAL CREAM/TAB
☐ DOXYCYCLINE
☐ DILANTIN
☐ ERYTHROMYCIN
☐ IBUPROFEN/MOTRIN
☐ FLAGYL
☐ KEFLEX
☐ LASIX
☐ ROBAXIN

☐ PENICILLIN
☐ PHENOBARBITAL
☐ PREDNISONE
☐ TETRACYCLINE
☐ TYLENOL #3
☐ VERAPAMIL
☐ ZANTAC
☑ Midrin
☑ Propranolol
☐ _____

**DEMONSTRATED/PREPRINTED
INSTRUCTIONS GIVEN**
☐ ABDOMINAL WARNINGS
☐ BURN CARE
☐ CAST CARE
☐ CRUTCH TRAINING
☐ D&C FOLLOW-UP
☐ DRESSING CHANGE
☐ FOOT CARE
☐ HEAD INJURY
☐ SUTURE CARE
☐ WOUND CARE
☐ WET TO DRY DRESSING
☐ OTHER _____

**OTHER RESOURCES**
☐ DENTAL CLINIC REFERRAL
☐ HEALTH DEPT. REFERRAL
☐ HOMELESS REFERRAL
☐ SOCIAL SERVICES REFERRAL
☐ FAMILY PLANNING REFERRAL

**SPECIAL INSTRUCTIONS:** ① Take Midrin exactly as directed – take all medications as directed ② Follow up in ACC Clinic when medication running low ③ Follow up in General Medicine Clinic as scheduled ④ Return to ER for return of headache, nausea/vomiting Temperature >101°F, neck pain or any problems

**FOLLOW-UP/CLINIC APPOINTMENT GIVEN** ☑ YES ☐ N/A   **PRESCRIPTION GIVEN** ☑ YES ☐ N/A

I HAVE RECEIVED AND UNDERSTAND THE INSTRUCTIONS ABOVE. I UNDERSTAND THAT I HAVE HAD EMERGENCY TREATMENT ONLY. I WILL ARRANGE FOR FOLLOW-UP CARE AS INSTRUCTED AND I WILL CAREFULLY FOLLOW THE INSTRUCTIONS GIVEN.

TRANSLATOR USED:   ☐ YES   ☑ N/A

DISCHARGED: ☑ HOME ☐ OTHER ___   (X) ☑ Susan Hearn
PATIENT/SIGNIFICANT OTHER SIGNATURE

☐ AMBULATORY ☑ WHEELCHAIR ☐ OTHER ___
RN/MD SIGNATURE: _____   DATE: 3/20/97   TIME: 1535

UNAVAILABLE FOR DISCHARGE TEACHING:   1) _____   2) _____   3) _____
                                         TIME/INITIAL            TIME/INITIAL            TIME/INITIAL

PB 149 Revised 9/92     White Copy - Medical Record     Yellow Copy - Patient's Copy     **006A**

| ADMIT DATE | ADMIT TIME | | DALLAS COUNTY HOSPITAL DISTRICT EMERGENCY DEPARTMENT ADMISSION | | | ER MD | SERVICE |
|---|---|---|---|---|---|---|---|
| 03/03/97 | 11:07 | | | | | 10270 | 4020 |

**PATIENT**

| NAME LAST FIRST | | MIDDLE MAIDEN | ACCOUNT # | | MR # |
|---|---|---|---|---|---|
| HEARN, SUSAN DIANNE | | ROSS | 000115270498 | | 000000545585 |

| ADDRESS | | APT # | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|
| | | | DALLAS | TX | 75204 - 6738 | 057 |

| PHONE | BIRTH DAY | AGE | SEX | RACE | MAR STAT | SOC SEC # | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS | CRIME VICTIM | POLICE NOTIF |
|---|---|---|---|---|---|---|---|---|---|---|
| 214-827-5988 | | 036 | F | BL | P | | | AM | | |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | ACCIDENT DATE | ACC TIME |
|---|---|---|---|---|---|
| DFD702 | | | | | |

**EMPLOYER**

| EMPLOYER | | EMPLOYER ADDRESS | |
|---|---|---|---|
| NONE | | | |

| EMPLOYER CITY | STATE | ZIP | EMPLOYER PHONE | EXT | WRK REL |
|---|---|---|---|---|---|
| | | - 0000 | | | |

**GUARANTOR**

| GUARANTOR'S NAME | GUARANTOR'S ADDRESS | APT # |
|---|---|---|
| HEARN, SUSAN DIANNE | | |

| GUARANTOR'S CITY | STATE | ZIP | PHONE - HOME |
|---|---|---|---|
| DALLAS | TX | 75204 - 6738 | 214-827-5988 |

| GUARANTOR'S EMPLOYER | PHONE - BUSINESS | RELATIONSHIP TO PATIENT |
|---|---|---|
| NONE | | SELF |

**NEXT OF KIN**

| NEXT OF KIN | NEXT OF KIN - ADDRESS | PHONE - HOME |
|---|---|---|
| SHEPPARD, MARY | | 214-827-5988 |

| NEXT OF KIN - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| DALLAS | TX | 75241 - 0000 | FRIEND | 000-000-0000 |

**CONTACT**

| LOCAL CONTACT | LOCAL CONTACT ADDRESS | PHONE - HOME |
|---|---|---|
| SHEPPARD, MARY | | 214-827-5988 |

| LOCAL CONTACT CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| DALLAS | TX | 75241 - 0000 | FRIEND | |

**INSURANCE**

| INSURANCE COMPANY | CO/PLN | GROUP NAME | GROUP # | | PLAN CODE |
|---|---|---|---|---|---|
| TAX SUPPORTED PR | 10/001 | N / A | | N / A | N/A |

| EFFECTIVE DATE | NAME OF INSURED | I.D. # | AUTHORIZATION # | CERT DATE |
|---|---|---|---|---|
| / / | HEARN, SUSAN DIANN | | N / A | |

**DX**

| PROBLEM/CHIEF COMPLAINT | | COND | S1 | S2 | S3 | LAST DC DTE | FNI CLS | ADM BY |
|---|---|---|---|---|---|---|---|---|
| HEADACHE | | 2 | A | | | | 10 | ST |

## CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthetics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Futhermore I state that all patient information is true and correct to my personal knowledge, I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _____   RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _____ *346.90* _____   TIME: _____

## LEAVING AGAINST MEDICAL ADVISE

I am the responsible party and am removing the patient, _____ , from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

## TEMPORARY ABSENCE RELEASE

I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____   DATE: _____   to   TIME: _____   DATE: _____

I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

FORM 580002 REV 12/91         O:                    I:              E:

### MEDICAL RECORD

2p

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

DEPARTMENT OF EMERGENCY SERVICES
PHYSICIAN REPORT

00 54 55 85    E 10
HEARN, SUSAN DIANNE
5272498    AD 03/03/97
F 11335 4080
1070    A 10
01

| ALLERGIES  NKDA | INITIAL VITAL SIGNS   TIME: 1100   T 37.3 P 84  R 22  BP 121/77 |
|---|---|

| COMPLAINT: MIGRAINE H/A | LAB/RADIOLOGY ORDERS (CIRCLE) |
|---|---|

PHYSICIAN NOTES   TIME SEEN: _____

36 yo BF c̄ 20 YR H/A of migraine H/A in for migraine H/A
starting 5 hrs ago. Pt took midrin x 2 @ onset s̄ relief.
Pt had ~~medicine~~ of R sided numbness that usually lasts <30
minutes and progresses to mild tingling → normal. Pt claims
nausea s̄ vomiting. Pt has had >5 ED visits in last 12
months for H/A and >10 @ home that she stayed @ home for.

R Eyes PERRLA. Pt ophthal EOM I.

Ears EBC clear. TM's intact.

Nose Patent, ⊘ septal deviation noted.

Throat - mild pharyngeal swelling noted s̄ pustules or exudates.

Chest - Soft mildly tender L lateral lymph nodes

Chest - CTA B

CV - RRR s̄ m/s/g

Abd - Soft/NT/ND ⊘ organomegaly noted.

Ext - warm + dry. Capillary refill <3sec.

Neuro - A+O x 3. Decreased sensation to light touch.
sharp/dull decreased on R 1/2 of body.

Ext - DTR + 2/4 throughout

| LAB/RADIOLOGY ORDERS |
|---|
| CBC-DIFF    UA    GLU    CREAT |
| PT—PTT    ABG    RPR    TOX |
| CARDIAC ENZYMES   LIVER BATTERY |
| CA    MG    PO4    I&C |
| ETOH    AMYLASE    GAS |
| LYTES, BUN, EKG |
| OTHER: _____ |
| X RAY: _____ |

| TIME | ORDERS |
|---|---|
| 1135 | Midrin #1 po now |
| 1335 | ~~Finand~~ Tylenol #1 tab po s̄ |
| 1400 | Discharge |

| CONSULT/ADMIT SERVICES | | |
|---|---|---|
| SERVICE | TIME CALLED | TIME IN DEPT. |
|  |  |  |
|  |  |  |
|  |  |  |

☐ SEE CONT. SHEET

| DIAGNOSIS: Migraine Headache | DISCHARGE PLAN / RX GIVEN / FOLLOW-UP |
|---|---|
| DIAGNOSIS CODE: | Midrin ii po s̄ onset H/A then 1 po Q 8° up to 5/12° |
| MD SIGNATURE: | Inderal 20mg po Q6h for Prophylaxis   F/U acc |
| MD PRINTED NAME: | Neuro appt c̄ DR KOTAN. RETURN TO acc |
|  | or ED if Sx return. |

| DISPOSITION: | ☐ HOME | ☐ AMA | ☐ AWOL | ☐ ADMIT (SERVICE: ____) | TRANSFER TO: ____ |
|---|---|---|---|---|---|
| CONDITION: | ☐ IMPROVED | ☐ UNCHANGED | ☐ EXPIRED | TIME ____ AM/PM | DATE: ____ |

55800 Revised 12/01

MEDICAL RECORDS

005

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**EMERGENCY SERVICES DEPARTMENT**
**MEDICINE PATIENT ASSESSMENT FORM**   ~~Johnsor~~ Hearn

| INITIAL ASSESSMENT TIME: 1105 | DATE: 3/2/99 | ARRIVED: AMBULATORY _____ | NON-AMBULATORY X |

ALLERGIES: NILDA

CHIEF COMPLAINT: "Migraine"

LEVEL OF CARE (circle) 1 2 3 4 5

NURSING ASSESSMENT: 36 y/o BF c

Hx migraines presents
to ER via ambulance
c/o severe HA all over 2
starting this am c
numbness on (R) side already.
c/o photophobia, nausea 2
& emesis c urine c. s/on
ativan 8 p x on
AKAx3 8 min W/p 1/p
even unlabored.

**VITAL SIGNS**

| TIME | B/P | TEMP | PULSE | RESP/O₂SAT | D-STIX | INIT |
|---|---|---|---|---|---|---|
| 1100 | 122/22 | 37.3 | 84 | 22 | | DK |
| 1500 | 138/99 | 37.9 | 82 | 20 | | OM |

**PATIENT VALUABLES / BELONGINGS**

With Patient _____ With Family _____ Cashier _____

IMMUNIZATIONS REVIEWED: YES _____ NO _____ N/A _____

IMMUNIZATION REFERRAL SHEET GIVEN: YES _____ NO _____

**MEDICAL HISTORY   (+) YES (-) NO**

| | CARDIAC | | HTN |
|---|---|---|---|
| | COPD/ASTHMA | | RENAL |
| | DIABETES | | IDP   migraine |
| | SEIZURE DISORDER | ✓ | OTHER (describe) |

**PATIENT REFERRALS**

TYPE:

**INTAKE**

| TIME | #IV | SITE | GAUGE | TYPE FLUID | VOLUME/TOTAL | INIT |
|---|---|---|---|---|---|---|
| | | | | | | |

**CURRENT MEDICATIONS**

Midrin

**INTAKE**

| TIME | TYPE | VOLUME/TOTAL | INIT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PATIENT RESPONSE**

| PREGNANT: ☐YES ☐NO ☐UNK ☐N/A |
|---|
| SIGNATURE/ID # M Mullins N #13847 | 1300 mild relief from midrin Herral 1/14 |

**MEDICATIONS ADMINISTERED**

| DRUG | DOSAGE | ROUTE/SITE | TIME | PLUG FLUSHED | INIT |
|---|---|---|---|---|---|
| midrin #2 | PO | 1205 | NA | DK |
| Midrin | T | PO | 1400 | OM |

| RN / LVN / PCT INITIALS / ID # | DK /ID # 13847 | OM /ID # 13847 | /ID # | /ID # |
|---|---|---|---|---|
| SIGNATURE: | Deborah Kinser | M Mullins | | |

006

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

**EMERGENCY ROOM RECORD**
**CONTINUATION**

| NAME: | Last | First | Middle |
|---|---|---|---|

| Emergency Room Number: | | | Date |
|---|---|---|---|

| Time Ordered | Medications and Treatments (continued) |
|---|---|
| 1155 | pt moved from M to room 26 — W/Casel Dt, |
| 1205 | mp at Bs' performing Ual Midria, #1 |
| | administered — #Cunse Pub. |
| 1500 | pt. states "O feel much better" family @ |
| | bedside. Mad to home & written instructions |
| | verbalized understanding Above slun w/o weap |
| | even unialzreel — (Mulliro Mi ) |

006

FORM NO. 55090 (REV. 2/77)

MEDICAL RECORDS

**DALLAS COUNTY HOSPITAL DISTRICT**
**EMERGENCY DEPARTMENT ADMISSION**

| ADMIT DATE | ADMIT TIME | | | ER MD | SERVICE |
|---|---|---|---|---|---|
| 03/03/97 | 11:07 | | | 10270 | 4020 |

| NAME | LAST | FIRST | MIDDLE | MAIDEN | ACCOUNT # | MR # |
|---|---|---|---|---|---|---|
| HEARN, SUSAN DIANNE | | | | ROSS | 000115270498 | 000000545585 |

| ADDRESS | APT# | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|
| | | DALLAS | TX | 75204 – 6738 | 057 |

| PHONE | BIRTH DAY | AGE | SEX | RACE | MAR STAT | SOC SEC# | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS | CRIME VICTIM | POLICE NOTIF |
|---|---|---|---|---|---|---|---|---|---|---|
| 214-827-5988 | | 036 | F | BL | P | | | AM | | |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | ACCIDENT DATE | ACC TIME |
|---|---|---|---|---|---|
| DFD702 | | | | | |

| EMPLOYER | EMPLOYER ADDRESS |
|---|---|
| NONE | |

| EMPLOYER CITY | STATE | ZIP | EMPLOYER PHONE | EXT | WRK REL |
|---|---|---|---|---|---|
| | | – 0000 | | | |

| GUARANTOR'S NAME | GUARANTOR'S ADDRESS | APT. # |
|---|---|---|
| HEARN, SUSAN DIANNE | | |

| GUARANTOR'S CITY | STATE | ZIP | PHONE - HOME |
|---|---|---|---|
| DALLAS | TX | 75204 – 6738 | 214-827-5988 |

| GUARANTOR'S EMPLOYER | PHONE - BUSINESS | RELATIONSHIP TO PATIENT |
|---|---|---|
| NONE | | SELF |

| NEXT OF KIN | NEXT OF KIN - ADDRESS | PHONE - HOME |
|---|---|---|
| SHEPPARD, MARY | | 214-827-5988 |

| NEXT OF KIN - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| DALLAS | TX | 75241 – 0000 | FRIEND | 000-000-0000 |

| LOCAL CONTACT | LOCAL CONTACT ADDRESS | PHONE - HOME |
|---|---|---|
| SHEPPARD, MARY | | 214-827-5988 |

| LOCAL CONTACT - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|---|---|---|---|---|
| DALLAS | TX | 75241 – 0000 | FRIEND | |

| INSURANCE COMPANY | CO/PLN | GROUP NAME | GROUP # | PLAN CODE |
|---|---|---|---|---|
| TAX SUPPORTED PR | 10/001 | N / A | N / A | N/A |

| EFFECTIVE DATE | NAME OF INSURED | I.D. # | AUTHORIZATION # | CERT DATE |
|---|---|---|---|---|
| / / | HEARN, SUSAN DIANN | | N / A | |

| PROBLEM/CHIEF COMPLAINT | COND | S1 | S2 | S3 | LAST DC DATE | FIN CLS | ADM BY |
|---|---|---|---|---|---|---|---|
| HEADACHE | 2 | A | | | | 10 | ST |

### CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthestics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Futhermore I state that all patient information is true and correct to my personal knowledge, I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _____   RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _____   TIME: _____

### LEAVING AGAINST MEDICAL ADVISE

I am the responsible party and am removing the patient, _____, from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

### TEMPORARY ABSENCE RELEASE

I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____   DATE: _____   to   TIME: _____   DATE: _____
I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

FORM 560002 REV 12/91          O: _____   I: _____   E: _____
**MEDICAL RECORD**                              **CodeRite**

# DALLAS FIRE DEPARTMENT EMERGENCY MEDICAL SERVICES     PATIENT FORM     OVERLOAD-Y ☐ N ☐

Patient No. _1_ of ___ Date _3 - 97_ Time _1022_ Incident # _21073_

Location ▓▓▓▓▓▓▓ _S & 5210 Dianne Heym_ Apt./Suite # _201_

Patient Name _S & 5210 Dianne Heym_

Responsible Adult _____ Relation _____

Patient Address _SAME_

City _____ State ____ Zip Code _75204_ Phone # _____ Homeless ☐ Y ☒ N

Medicare/caid # _/ _/ _/-/ _/ _/-/ _/ _/ _/ _/ _/_ Race ___ Sex _F_

Social Security # _/ _/ _/-/ _/ _/-/ _/ _/ _/ _/_ DOB _6/14/60_ Age _36_

Chief Complaint/Present History _H of of numb & point - Migraine_

1st set of Vital Signs: B/P _104/76_ P _94_ R _19_ @ _10:14_
2nd set of Vital Signs: B/P _P___ P___ R___ @___

Tilt Test: B/P ___ P ___ +or- ___ @___     Temperature _____ D-Stick _____

Past History _no alergies to drugs_

Patient Medication _____

Allergies _NKDA_

## TRAUMA ASSESSMENT

| | | | | | |
|---|---|---|---|---|---|
| 1 ☐ abrasions | 8 ☐ edema | 15 ☐ hx/spine |
| 2 ☐ amputation | 9 ☐ evisceration | 16 ☐ hematoma |
| 3 ☐ avulsion | 10 ☐ flail chest | 17 ☐ laceration |
| 4 ☐ battle signs | 11 ☐ hx/angulated | 18 ☐ penetrating |
| 5 ☐ blunt | 12 ☐ hx/closed | 19 ☐ targeting |
| 6 ☐ contusion | 13 ☐ hx/depressed | 20 ☐ dislocation |
| 7 ☐ no distal pulse | 14 ☐ hx/open | 21 ☐ sprain/strain |

## PATIENT ASSESSMENT (check all that apply)

### RESPIRATIONS
1 ☒ clear
2 ☐ decreased-right
3 ☐ decreased-left
4 ☐ rales
5 ☐ wheezes
7 ☒ labored
8 ☐ dyspnea
9 ☐ shallow
10 ☐ hypervent

### NEUROLOGICAL
1 ☒ awake/alert
2 ☐ disoriented
☐ responds to:
3 ☐ sound 4 ☐ pain
5 ☐ unconscious
6 ☐ normal motor
☐ decreased motor

### PUPILS
1 ☒ reactive
2 ☐ nonreactive
3 ☐ dilated-right
4 ☐ dilated-left
5 ☐ constricted
6 ☐ irregular

### SIGNAL 27
1 ☐ dep. lividity
2 ☐ decapitation
3 ☐ decomposition
4 ☐ rigor mortis
5 ☐ trauma H
6 ☒ trauma B
7 ☐ DNR arm band
Number _____

### SKIN
1 ☒ normal
2 ☐ diaphoretic
3 ☐ pale
4 ☐ clammy
5 ☐ hot/warm
6 ☐ dry
7 ☐ cyanotic

### BLEEDING
1 ☐ arterial
2 ☐ venous
3 ☒ minimal
4 ☐ moderate
5 ☐ severe

### CARDIAC
1 ☐ pain-right
2 ☐ pain-left
3 ☐ mid-sternum
4 ☐ radiates
5 ☐ relieved/Nitro
6 ☐ edema

### BURN
1 ☐ thermal
2 ☐ chemical
3 ☐ electrical
4 ☐ 2°
5 ☐ 3°

### ABDOMINAL
1 ☒ normal
2 ☐ distended
3 ☐ rebound
4 ☐ rigidity
5 ☐ tender
6 ☐ nausea
7 ☐ vomit

### GI/GU
1 ☐ negative
2 ☐ rectal bleeding
3 ☒ diarrhea
4 ☐ dysuria
5 ☐ hematuria

### OB/GYN
1 ☐ LNMP
2 ☐ preg. ___ mo.
3 ☐ G___ P___ AB___
4 ☐ vaginal bleeding
5 ☐ contractions
freq ___ duration ___
6 ☐ delivery time ___
7 ☐ APGAR 1 MIN ___
8 ☐ APGAR 5 MIN ___

### ENVIRONMENT
1 ☒ home
2 ☐ residential institution
3 ☐ construction site
4 ☐ industrial place
5 ☐ recreational
6 ☐ street/highway
7 ☐ public building
8 ☐ other specific place

### NATURE OF CALL
### TRAUMA
06 ☐ burn
10 ☐ drowning
35 ☐ fall
21 ☐ GSW
36 ☐ near drowning
27 ☐ muscle/skeletal
04 ☐ MVC
33 ☐ stabbing
39 ☐ other trauma

### MVC
41 ☐ driver
42 ☐ passenger front
43 ☐ passenger rear
44 ☐ bike/motorbike
45 ☐ pedestrian
46 ☐ other

### SEVERITY OF INJURY
1 ☐ possible
2 ☐ non/incapacitating
3 ☐ incapacitating

### RESTRAINT/PROTECTION
1 ☐ seat belt
2 ☐ air bag
3 ☐ helmet
4 ☐ child restraint
5 ☐ protective padding
6 ☐ none

### JOB RELATED
2 ☐ yes ☒ no

### NATURE OF CALL
### MEDICAL
11 ☐ anaphylaxis
20 ☐ cardiac
09 ☐ diabetic
37 ☐ emergency transfer
37 ☐ fever
31 ☐ GI/GU
25 ☐ Ob/Gyn
28 ☐ overdose
29 ☐ poison
02 ☐ possible ETOH
22 ☐ psychiatric
12 ☐ respiratory
07 ☐ seizure
34 ☐ stroke
40 ☒ other ___

### AID PROVIDED
31 ☐ AED use
24 ☐ backboard
23 ☐ bandaging
33 ☐ blanket
41 ☐ burn sheet
01 ☐ cold packs
21 ☐ control bleed
02 ☐ c-collar
20 ☐ CPR
27 ☐ CPR-citizen
15 ☐ cardiovert@
08 ☐ defib.@ ___
14 ☐ drugs
30 ☐ D-stick
11 ☐ ECG
12 ☐ ET-size ___
34 ☐ emesis bag
32 ☐ extrication
04 ☐ scoop ___
16 ☐ splint
07 ☐ stretcher
37 ☐ suction
40 ☐ syringe
12 ☐ telemetry
38 ☐ temperature
18 ☐ thumper
09 ☐ traction splint
39 ☐ 12-lead ECG

### IV SOLUTION
1 ☐ Ringers
2 ☐ D₅W

### DRUGS
23 ☐ Adenosine
21 ☐ Act. Charcoal
25 ☐ Albuterol
01 ☐ Alcaine
02 ☐ Aspirin
03 ☐ Atropine
04 ☐ Benadryl
26 ☐ Bretylium
05 ☐ Dopamine
06 ☐ Dextrose
07 ☐ Epi.1:1000
08 ☐ Epi.1:10,000
09 ☐ Ipecac
10 ☐ Lasix
12 ☐ Levophed
13 ☐ Lidocaine 1%
14 ☐ Lidocaine 4%
15 ☐ Narcan
16 ☐ Nitronox
20 ☐ Nitrospray
22 ☐ Saline
18 ☐ Sodium Bicarb
17 ☐ Valium
19 ☐ Ventolin

### PICK-UP CODES
0 ☐ Transport
1 ☐ False
2 ☐ No Sick/Inj.
3 ☐ DFD Refused
4 ☐ Pat. Refused
5 ☐ Left Scene
6 ☐ Disregarded
7 ☐ Alarm Malf.
8 ☐ Pat. Transferred
to ___
9 ☐ Standby

### ACT REC CODE
10 ☐ City Wkrs. Comp.
11 ☐ City Prisoner
12 ☐ County Prisoner
13 ☐ Other cities
14 ☐ Hosp-Hosp

### COMA SCORE
### MOTOR RESPONSE
01 ☐ no response
02 ☐ ext. to pain
03 ☐ flexion to pain
04 ☐ withdraws to pain
05 ☐ localizes pain
06 ☐ obeys commands

### VERBAL RESPONSE
01 ☐ no response
02 ☐ incomprehen. sounds
03 ☐ inappropriate words
04 ☐ disoriented & converses
05 ☐ oriented & converses

### EYE RESPONSE
01 ☐ no response
02 ☐ to pain
03 ☐ to verbal
04 ☐ spontaneous

### GCS
04 ☐ 13-15
03 ☐ 9-12
02 ☐ 6-8
01 ☐ 4-5
00 ☐ 0

### RESP. RATE
04 ☐ 10-29
03 ☐ +29
02 ☐ 6-9
01 ☐ 1-5
00 ☐ 0

### SYSTOLIC B/P
04 ☐ +89
03 ☐ 76-89
02 ☐ 50-75
01 ☐ 1-49
00 ☐ 0

21 ☐ ADULT TRAUMA SC.

## INJURY LOCATION



REMARKS: _____

HOSPITAL _____
1 ☐ Paramedic Choice     PL Priority 1 ☐ 2 ☐ 3 ☐
2 ☐ Patient Choice     Code     1 ☐ 3 ☐     Dr. or RN ____

Paramedic: Emp# _____ Emp# _____ Emp# _____ Add. Personnel: Emp# _____     MICU# ___ Shift ___ Fire Co # ___ Police # ___

Condition on Arrival at Hospital:
1 ☐ same     2 ☐ improved     3 ☐ deteriorated

WHITE-Fire  PINK-SGS Courier  YELLOW-Hospital

DFD FORM 200
REV 6/95  DFD-00901

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**CONSENTS AND AUTHORIZATIONS**

```
00  54  55  85    E 10
HEARN, SUSAN DIANNE
    527 93   AD  03/03/97
```

### CONSENT FOR MEDICAL TREATMENT

I do hereby voluntarily consent to and authorize the Dallas County Hospital District (DCHD) to provide care encompassing all diagnostic and therapeutic treatments considered necessary or advisable in the judgement of the attending physician and/or his/her designees.

Initials ____

### AUTHORIZATION TO PAY BENEFITS TO DALLAS COUNTY HOSPITAL DISTRICT

I authorize payment directly to the DCHD of all benefits otherwise payable to me or for me by any third party payor.

Initials ____

I understand I am financially responsible to the DCHD for charges not covered by third party payors.

Initials ____

I understand that I shall be billed separately for professional services rendered by each physician or other health care provider.

Initials ____

I hereby authorize DCHD to release any medical information to any third party payor pertaining to my diagnosis and treatment within the DCHD. This may include, but not be limited to, information concerning communicable diseases, laboratory test results, medical history, treatment progress, or any other such related information requested.

Initials ____

I understand that this authorization is valid for the time period which is consistent with the Medical Record Department policy of the DCHD or until the medial claim has been paid, whichever is longer.

Initials ____

### AUTHORIZATION TO RELEASE INFORMATION

I authorize DCHD to confirm my presence and release a one word condition statement, such as, "Critical, Serious, Fair, or Good."

Initials ____

I authorize DCHD to release health care information, including medical history, diagnosis, treatment, or prognosis, to my next of kin and/or the following person.     List Names

Initials ____

*I have read and understand the above consent and authorizations.*

Signature *(Patient, Guardian, or Legally Authorized Representative)*          Date  3-3-97

Relationship to patient _____

DCHD Representative/ID Number ___ST___          Language Assist./ID Number_____

STATEMENT OF PATIENT LEAVING AGAINST MEDICAL ADVICE
I am the responsible party and am removing the patient, _____ from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the Dallas County Hospital District. I acknowledge liability for all incurred expenses.

Signature *(Patient, Guardian, or Legally Authorized Representative)*          Date

Relationship to patient _____

DCHD Representative/ID Number _____

For DCHD Use Only: _____

**E46**

PS 845  6/96

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**DEPARTMENT OF EMERGENCY SERVICES
AFTER CARE INSTRUCTIONS**



**IMPORTANT:** We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide complete medical care. In most cases you must let your private doctor check you again. If you have been referred to a clinic, we strongly recommend that you keep your appointment. If you have had special tests such as EKG's, X-rays or labs we will review them again. We will attempt to call you if there are any suggestions. After leaving, follow the instructions listed below.

**DIAGNOSIS:** Migraine Headache.

**MEDICATION:**

FOLLOW LABEL INSTRUCTIONS FOR ANY PRESCRIPTION GIVEN BY EMERGENCY PHYSICIAN
☐ TAKE ANTIBIOTICS UNTIL GONE

PREPRINTED INSTRUCTIONS GIVEN:　☐ YES　☐ N/A

IN SPANISH:　☐ YES　☐ N/A

☐ BACTRIM
☐ CLOTRIMAZOLE VAGINAL CREAM/TAB
☐ DOXYCYCLINE
☐ DILANTIN
☐ ERYTHROMYCIN
☐ IBUPROFEN/MOTRIN
☐ FLAGYL
☐ KEFLEX
☐ LASIX
☐ ROBAXIN

☐ PENICILLIN
☐ PHENOBARBITAL
☐ PREDNISONE
☐ TETRACYCLINE
☐ TYLENOL #3
☐ VERAPAMIL
☐ ZANTAC
☐ _____
☐ _____
☐ _____

**DEMONSTRATED/PREPRINTED
INSTRUCTIONS GIVEN**
☐ ABDOMINAL WARNINGS
☐ BURN CARE
☐ CAST CARE
☐ CRUTCH TRAINING
☐ D&C FOLLOW-UP
☐ DRESSING CHANGE
☐ FOOT CARE
☐ HEAD INJURY
☐ SUTURE CARE
☐ WOUND CARE
☐ WET TO DRY DRESSING
☐ OTHER _____
**OTHER RESOURCES**
☐ DENTAL CLINIC REFERRAL
☐ HEALTH DEPT. REFERRAL
☐ HOMELESS REFERRAL
☐ SOCIAL SERVICES REFERRAL
☐ FAMILY PLANNING REFERRAL

**SPECIAL INSTRUCTIONS:** Take medications as prescribed. Follow up with ACC on 3/30/97 call 590-5515 for an appointment. Return to Emergency as needed for any return of symptoms. Neurology will call you with your appointment.

**FOLLOW-UP/CLINIC APPOINTMENT GIVEN** ☐ YES ☑ N/A　**PRESCRIPTION GIVEN:** ☐ YES ☐ N/A

I HAVE RECEIVED AND UNDERSTAND THE INSTRUCTIONS ABOVE. I UNDERSTAND THAT I HAVE HAD EMERGENCY TREATMENT ONLY. I WILL ARRANGE FOR FOLLOW-UP CARE AS INSTRUCTED AND I WILL CAREFULLY FOLLOW THE INSTRUCTIONS GIVEN.

TRANSLATOR USED:　☐ YES　☐ N/A

DISCHARGED: ☐ HOME ☐ OTHER _____

☐ AMBULATORY ☐ WHEELCHAIR ☐ OTHER _____

RN/MD SIGNATURE: _____

_____ Susan Johnson
**PATIENT/SIGNIFICANT OTHER SIGNATURE**

DATE: _____ TIME: _____

UNAVAILABLE FOR DISCHARGE TEACHING:　1) _____　2) _____　3) _____
TIME/INITIAL　TIME/INITIAL　TIME/INITIAL

**006A**

PS 149 Revised 9/92　　White Copy - Medical Record　　Yellow Copy - Patient's Copy

| T DATE | ADMIT TIME | | DALLAS COUNTY HOSPITAL DISTRICT | | | | | ER MD | SERVICE |
|--------|------------|--|----------------------------------|--|--|--|--|-------|---------|
| 1/12/96 | 07:37 | | EMERGENCY DEPARTMENT ADMISSION | | | | | 10801 | 4020 |

| LAST | FIRST | MIDDLE MAIDEN | | ACCOUNT # | | MR # |
|------|-------|---------------|--|-----------|--|------|
| RN, SUSAN DIANNE | | ROSS | | 000114136237 | | 000000545585 |

| SS | | APT # | CITY | | STATE | ZIP | | COUNTRY |
|----|--|-------|------|--|-------|-----|--|---------|
| | | | DALLAS | | TX | 75204 – 6738 | | 057 |

| PHONE | BIRTH DAY | AGE | SEX | RACE | MAR STAT | SOC SEC # | REFERRING PHYSICIAN OR MEDICAL FACILITY | ARR MEANS SE | CRIME VICTIM | POLICE NOTIF |
|-------|-----------|-----|-----|------|----------|-----------|------------------------------------------|--------------|--------------|--------------|
| 214-827-5988 | | 036 | F | BL | P | | | | | |

| AMBULANCE # | TYPE | LOCATION OF ACCIDENT | | ACCIDENT DATE | ACC TIME |
|-------------|------|----------------------|--|---------------|----------|
| | | | | | |

**EMPLOYER**

| EMPLOYER | | | | EMPLOYER ADDRESS | |
|----------|--|--|--|-------------------|--|
| NONE | | | | | |

| EMPLOYER CITY | STATE | ZIP | EMPLOYER PHONE | EXT | WRK REL |
|---------------|-------|-----|----------------|-----|---------|
| | | – 0000 | | | |

**GUARANTOR**

| GUARANTOR'S NAME | | GUARANTOR'S ADDRESS | | APT. # |
|------------------|--|---------------------|--|--------|
| HEARN, SUSAN DIANNE | | | | |

| GUARANTOR'S CITY | STATE | ZIP | PHONE - HOME |
|------------------|-------|-----|--------------|
| DALLAS | TX | 75204 – 6738 | 214-827-5988 |

| GUARANTOR'S EMPLOYER | PHONE - BUSINESS | RELATIONSHIP TO PATIENT |
|----------------------|------------------|--------------------------|
| NONE | | SELF |

**NEXT OF KIN**

| NEXT OF KIN | NEXT OF KIN - ADDRESS | PHONE - HOME |
|-------------|------------------------|--------------|
| SHEPPARD, MARY | | 214-827-5988 |

| NEXT OF KIN - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|--------------------|-------|-----|--------------------------|------------------|
| DALLAS | TX | 75241 – 0000 | FRIEND | 000-000-0000 |

**CONTACT**

| LOCAL CONTACT | LOCAL CONTACT ADDRESS | PHONE - HOME |
|---------------|------------------------|--------------|
| SHEPPARD, MARY | | 214-827-5988 |

| LOCAL CONTACT - CITY | STATE | ZIP | RELATIONSHIP TO PATIENT | PHONE - BUSINESS |
|----------------------|-------|-----|--------------------------|------------------|
| DALLAS | TX | 75241 – 0000 | FRIEND | |

**INSURANCE**

| INSURANCE COMPANY | CO/PLN | GROUP NAME | GROUP # | | PLAN CODE |
|-------------------|--------|------------|---------|--|-----------|
| TAX SUPPORTED PR | 10/001 | N / A | N / A | | N/A |

| EFFECTIVE DATE | NAME OF INSURED | I.D. # | AUTHORIZATION # | CERT DATE |
|----------------|-----------------|--------|------------------|-----------|
| / / | HEARN, SUSAN DIANN | – | N / A | |

**DX**

| PROBLEM/CHIEF COMPLAINT | COND | 51 | 52 | 53 | LAST DC DATE | FIN/CLS | ADM BY |
|--------------------------|------|----|----|----|--------------|---------|--------|
| DIZZINESS OR WEAKNESS | 2 | A | | | | 10 | ST |

## CONSENT FOR TREATMENT/RELEASE OF RESPONSIBILITY FOR VALUABLES

I grant permission to the medical staff of the Dallas County Hospital District to perform any medical or surgical treatment and to administer such anesthestics and/or drugs as may be deemed necessary in the diagnosis and treatment of said patient. Futhermore I state that all patient information is true and correct to my personal knowledge, I also release the Dallas County Hospital District from all responsibility for any valuables and personal articles that are not checked in by the hospital staff.

SIGNED: _____   RELATIONSHIP IF OTHER THAN PATIENT IS SIGNING: _____

WITNESS: _____   TIME: _____

## LEAVING AGAINST MEDICAL ADVISE

I am the responsible party and am removing the patient, _____, from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the above named institution. I acknowledge liability for all incurred expenses, including all Emergency Room fees.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

## TEMPORARY ABSENCE RELEASE

I have obtained permission from the attending physician to be absent from the Emergency Dept. for my convenience from:

TIME: _____   DATE: _____ to TIME: _____   DATE: _____

I assume all responsibility for the named patient, during this temporary absence and hereby release the Dallas County Hospital District, its employees and the attending physician from all responsibility during this absence and for my or the patient's condition as a result thereof.

SIGNED: _____   RELATIONSHIP IF A MINOR: _____

MD SIGNATURE: _____   DATE: _____   TIME: _____

FORM 550002 REV 12/91      O:                      I:                      E:

## MEDICAL RECORD

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

00 54 55 55   F
HEARN, SUSAN DIANNE
0114135247  AO
F 11338 4
10801

**DEPARTMENT OF EMERGENCY SERVICES**
**PHYSICIAN REPORT**

| ALLERGIES | NKA | INITIAL VITAL SIGNS   TIME: | 0450 T 37⁴ P 70 R 20 BP 134/106 |
|---|---|---|---|

COMPLAINT: H/A x 2d

| PHYSICIAN NOTES   TIME SEEN: _____ | LAB/RADIOLOGY ORDERS (CIRCLE) |
|---|---|

CBC-DIFF   UA   TALU   CREAT
PT  PTT   ABG   RPR   TOX
CARDIAC ENZYMES  LIVER BATTERY
CA   MG   PO₄   I&C
ETOH   AMYLASE   G&S
LYTES-BUN-EKG
OTHER: _____
X RAY: _____

36 y/o BF c̄ ⊘ PMH who presents c̄ ® sided weakness x 3 days. Claims HTA (intermittent) x 3d. Also claims difficulty speaking this AM that has resolved. Denies N/V/fever/cough/Co.
States having numbness on the ® side of her face.
Pt states that she experiences these Sx c̄ migraine.

Gen: in NAD.
Abd: soft, NT
Lungs: CTA ②
Heart: RRR, NL, MD, soft
Ext: ⊘ C/C/RRR e
HEENT: NC/AT, PERRL, EOMI
Neuro: alert, oriented x3;
   Motor RUE 3/5   RLE 4/5
         LUE/LLE 5/5

Socltn: Tob-3 packs/wk X 18 y/o
EtOH ⊘   Tbl-3
IVDA ⊘   ASTK ALT3
BTransf ⊘   Ab 27 G278
         TPz2 alk y4
Meds ⊘   Labs: W.7 / W.7.210
Allerg: NKDA 70 P 24 4/M
PMH ⊘   PTT33  141/1081 II 62
         PTT33 39/27 1.7
         4.3/3.5/15
EKG: NSR @ 71 bpm
   ⊘ ST/T W Δs.

| TIME | ORDERS |
|---|---|
| 0450 | Hep-lock Iv |
|  | - Fioranal 2 tabs |
|  | po now |
|  | - Thorazine |
|  | 50 mg Iv slow |
|  | S. Koe |

Header: ⊘
② 01:29 Neurological exam non-focal; Motor 5/5 ®UE/LE
Pt evaluated by Neuro Svc. and their impression is that clinical picture was c/w Migraine HA and will follow their recommendatns. SEE CONT. SHEET

DIAGNOSIS: Migraine HA

DISCHARGE PLAN / RX GIVEN / FOLLOW-UP
① Midrin as indicated ② Elavil 25mg qhs

| CONSULT/ADMIT SERVICES | | |
|---|---|---|
| SERVICE | TIME CALLED | TIME IN DEPT. |
|  |  |  |

DIAGNOSIS CODE: _____

③ Contab

MD SIGNATURE: _____
MD PRINTED NAME: Bench
FACULTY SIGNATURE: _____

④ Thorazine 2 tabs q4h-6h prn @ Neuro Clinic Fu appt

| DISPOSITION: | ☑ HOME | ☐ AMA | ☐ AWOL | ☐ ADMIT (SERVICE) ____ | TRANSFER TO: ____ |
|---|---|---|---|---|---|
| CONDITION: | ☑ IMPROVED | ☐ UNCHANGED | ☐ EXPIRED | TIME ____ PM | DATE: ____ |

as scheduled by Neuro Svc.

005

53690 Revised 12/91

MEDICAL RECORDS

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

00 54 5: x5  : :
HEARN, SUSAN DIANNE
01141. 2  7  AD  . . .
        L  F  1133R 9.  .
        0FC1                 0:

**CONSENTS AND AUTHORIZATIONS**

---

### CONSENT FOR MEDICAL TREATMENT

I do hereby voluntarily consent to and authorize the Dallas County Hospital District (DCHD) to provide care encompassing all diagnostic and therapeutic treatments considered necessary or advisable in the judgement of the attending physician and/or his/her designees.

Initials _____

### AUTHORIZATION TO PAY BENEFITS TO DALLAS COUNTY HOSPITAL DISTRICT

I authorize payment directly to the DCHD of all benefits otherwise payable to me or for me by any third party payor.

Initials _____

I understand I am financially responsible to the DCHD for charges not covered by third party payors.

Initials _____

I understand that I shall be billed separately for professional services rendered by each physician or other health care provider.

Initials _____

I hereby authorize DCHD to release any medical information to any third party payor pertaining to my diagnosis and treatment within the DCHD. This may include, but not be limited to, information concerning communicable diseases, laboratory test results, medical history, treatment progress, or any other such related information requested.

Initials _____

I understand that this authorization is valid for the time period which is consistent with the Medical Record Department policy of the DCHD or until the medial claim has been paid, whichever is longer.

Initials _____

### AUTHORIZATION TO RELEASE INFORMATION

I authorize DCHD to confirm my presence and release a one word condition statement, such as, "Critical, Serious, Fair, or Good."

Initials _____

I authorize DCHD to release health care information, including medical history, diagnosis, treatment, or prognosis, to my next of kin and/or the following person.   List Names

Initials _____

_____

*I have read and understand the above consent and authorizations.*

X SusanJianne Hearn                    11-13-96

Signature (Patient, Guardian, or Legally Authorized Representative)        Date

Relationship to patient _____

DCHD Representative/ID Number  ST 11338    Language Assist./ID Number _____

STATEMENT OF PATIENT LEAVING AGAINST MEDICAL ADVICE
I am the responsible party and am removing the patient, _____ from the Dallas County Hospital District and I hereby assume any and all responsibility for accident and illness attending or following the above named patient's discharge from the Dallas County Hospital District. I acknowledge liability for all incurred expenses.

_____        _____
Signature (Patient, Guardian, or Legally Authorized Representative)        Date

Relationship to patient _____

DCHD Representative/ID Number _____

---

For DCHD Use Only: _____

_____

PS 845  6/96         **90 Day Trial**         *White - Chart*      *Yellow - Business Services*

E46

INPATIENT—FILE WITH ADMINISTRATIVE RECORDS ON FRONT CLIP

**DALLAS COUNTY HOSPITAL DISTRICT**

DALLAS, TEXAS

**WORK/SCHOOL RELEASE
AND
APPOINTMENT VERIFICATION**

98 NOV 16

```
00 54 55 85    E 10
HEARN, SUSAN DIANNE
0114136237  AD 11/12/96
               BL  F 1113R 40:0
```

**APPOINTMENT VERIFICATION**

This is to indicate that _____

has been seen in the _____ of Dallas County
                              (TREATMENT AREA)

Hospital District on _____
                          (DATE)

_____ RN
PRINTED NAME

_____ RN
SIGNATURE

Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MEDICAL RELEASE/RESTRICTIONS**

*No work Today & Tomorrow — 11-12/11-13*
*back to work on 11-14*

This patient is considered ready to return to work/school on _____

*D. TEMPLETON* MD
PRINTED NAME

*D. Templeton* MD
SIGNATURE

Date: *11-12-96*

OUTPATIENT—FILE BEHIND SOCIAL HISTORY RECORDS ON FRONT CLIP

N35

FORM NO. S2620 (REV. 9/87)          WHITE COPY – CHART   YELLOW COPY – PATIENT

HEARN, SUSAN                    ID: 000545565          12-Nov-1990   9:42:55      FAIRBANK MEMORIAL HOSPITAL

36years                Vent. rate      71 bpm     Normal sinus rhythm
Female   Black         PR interval    176 ms      Minimal voltage criteria for LVH, may be normal variant
                       QRS duration    92 ms      Borderline ECG
Room: C                QT/QTc    378/411 ms
Loc: 76     Opt: 9     P-R-T axes   52 83 50

History: Unknown
Technician: 09
Test ind: UNK

                                              Referred by:                    Unconfirmed

stat: Yes                       rhy strip: No



I          aVR          V1          V4

II         aVL          V2          V5

III        aVF          V3          V6

150 Hz     25.0 mm/s    10.0 mm/mV          4 by 2.5s + 1 rhythm ld          MACVU 001H     12SL tm v246

**DALLAS COUNTY HOSPITAL DISTRICT**
DALLAS, TEXAS

**CONSULTATION SHEET**

CO 54 55 85   E 10
HEARN, SUSAN DIANNE
0114135237   A9 11-13-96
AL   F 1113- 45-0
450-13-540

*Hearn, Susan Dianne.*

| | |
|---|---|
| Department Requesting Consultation: | Date and Hr. |
| Department Giving Consultation: | |
| Tentative Diagnosis: | |

Pertinent History:

M.D.

**Consultant's Note:**

Date, Hour: 11/12/96 · at 9⁴⁵ AM

Right handed.

36 Y.O.B.F., c̄ H/O Migraine headache, since 1970s, who gets headache, almost twice a week, every time she has Right side numbness with it.

This time her headache started on Saturday, with throbbing headache, bifrontal, with blurred vision. Photophobia, & Right side numbness, with heaviness in her tongue, but no nausea, vomiting, or weakness. No dizziness, vertigo, passing out, or chest pain. She took Midrin for her headache, 5 on Sat., 6 on Sund., & 2 Yesterday, which helped in ↓ing her headache but not relieve it. She ran out of her Meds so she came.

She is not on any Prophylactic Medication.

She does not know any factors which provoke her symptoms, except of stress.

PMH: Hysterectomy in 1978 (her headache got worse after the
– Migraine headache

S. Kafi
Signature

070

FORM NO. 50500 (REV. 9/70)

**CONSULTATION SHEET**

Personal :- Smoker 15 cig / day    x Many years
- Ø Drugs on Alcohol
. Used to Abuse drugs, was on rehab Program
in the Past.
. single Lives in shelter, worked in
Dallas morning news, for news paper
delivery
her son Lives with her sister.

Meds : Midrin   PRN.

Family : Father Died b/o Cancer. S Pleu
Mother   "   Heart disease + DM
2 sisters have Migraine headache
one of them Pass out with every
headache.

V/E : A+O×4, heavily speeche, Neck is Supple
General Exam is remarkable
Neuro: cranial Nerves II — XII were
intact   no papilledema or c nystagmus
except her loss sensory on the Right face
Motor: 5/5 all over
DTR : +2 all over, with, downgoing toes
Sensory: Numb on the Right with decreasing
sensation on the Right.
finger-nose, heel-shin, & gait were
normal, no Ataxia.

CT- head, s̄ contrast: neg.

Imp: Complicated migraine.
- Imitrex & ergot is contraindication.
Plan :- Fiorinal 2 tab Po now, then Q 4 hrly PRN
X 30 tabs if those 2 tabs now did not relieve
her headache, Thorazine 50 mg, IV slowly
can be given.
- Continue on Midrin on PRN bases
- start Elavil 25 mg Po QHS, can be Ted to
50 mg QHS in 4-5 days if she tolerates it.
. We will follow her up in Neuro clinic
. from neurologic Point of view can be D/C home on oral

parnv

**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**EMERGENCY SERVICES DEPARTMENT**
**MEDICINE PATIENT ASSESSMENT FORM**

INITIAL ASSESSMENT TIME: 0250 DATE: 11-12-9 ARRIVED: AMBULATORY ✓ NON-AMBULATORY

ALLERGIES: NKA

CHIEF COMPLAINT: Headache x 2 days

LEVEL OF CARE (circle) 1 2 3 4 5

NURSING ASSESSMENT: Pt. States has had HA x 2 days, Midrin has been ineffective in relief of headache. Pt States she lost her speech yesterday Am and did not regain it until this Am, states tongue is numb and face is numb. Pt. denies other neurological deficits

MEDICAL HISTORY (+) YES (-) NO
- CARDIAC
- COPD/ASTHMA
- DIABETES
- SEIZURE DISORDER
- HTN
- RENAL
- IDP
- OTHER (describe)

CURRENT MEDICATIONS
Midrin

PREGNANT: ☐YES ☒NO ☐UNK ☐N/A
SIGNATURE/ID# Donna R. 1599 , R.N.

MEDICATIONS ADMINISTERED

| DRUG | DOSAGE | ROUTE/SITE | TIME | PLUG FLUSHED | INIT. |
|------|--------|------------|------|--------------|-------|
| Morphine | 30 mg | IV | 1150 | NS | PH |

| | VITAL SIGNS | | | | | | |
|---|---|---|---|---|---|---|---|
| TIME | B/P | TEMP | PULSE | RESP/O₂SAT | D-STIX | INIT. |
| 0250 | 138/88 | 37⁴ | 100 | 20 | | |
| 1130 | 118/70 | 37⁰ | 72 | 20 | | 84 |
| 1550 | 92/40 | 37² | 88 | 24 | | 84 |

PATIENT VALUABLES / BELONGINGS
With Patient _____ With Family _____ Cashier _____
IMMUNIZATIONS REVIEWED: YES _____ NO _____ N/A
IMMUNIZATION REFERRAL SHEET GIVEN: YES _____ NO

PATIENT REFERRALS
TYPE:

INTAKE

| TIME | #IV | SITE | GAUGE | TYPE FLUID | VOLUME/TOTAL | INIT. |
|------|-----|------|-------|-----------|--------------|-------|
| 0945 | 1 | ® AC | 20 | NS Alush | | LH |

INTAKE

| TIME | TYPE | VOLUME/TOTAL | INIT. |
|------|------|--------------|-------|

PATIENT RESPONSE

RN / LVN / PCT INITIALS / ID #: ID# 1599  LH ID #13475  ID#1202  ID#

SIGNATURE: Elizabeth Hay MSN

PS 599 Rev. 7/95  White Copy - Chart   Yellow Copy - Faculty   Pink Copy - Management

006

**DALLAS COUNTY HOSPITAL DISTRICT**

**DALLAS, TEXAS**

**EMERGENCY ROOM RECORD**

**CONTINUATION**

| NAME: | Last | First | Middle |
|---|---|---|---|

**Emergency Room Number:**            Date

| Time Ordered | Medications and Treatments (continued) |
|---|---|
| 0801 | pt going to C.T - (SA) |
| 0820 | brought pt back from C.T-(SA) |
| 0945 | Heplock placed (R) AC, labs drawn from site. Flushed c̄ 5cc NS Saline. Taped securely in place. No infiltration or redness noted. — E. Haynishen |
| 1130 | IV Thorazine started. Diluted in 50cc/ns on Baxter pump @ 25cc/hr. — E. Haynish |
| 1150 | Waiting on labs. Pt. continues c/o HA. ↑ to bathroom. Tolerated well. — E. Haynishen |
| 1515 | Pt on side hall - sleepy. Awakens to voice & light stimulation. Meds effective for pain. Pt groggy, no redness. Called b pick. Sp. dt. Will review D/C orders when pt. dines. Kimmerchrone |
| 1615 | Pt did c̄ ride here d/t grogginess. Gum prescript for Medrin/hertabs. IV d/c'd-cannula intact Thumt |
| 1620 | Fiorinal hot given D PMH. Lortab given & instructions by pharm re: directions of meds. Pt. Gait steady. Keys unlabored TPhillh/230 |

006

FORM NO. 55090 (REV. 2/77)

MEDICAL RECORDS



**DALLAS COUNTY HOSPITAL DISTRICT**
Dallas, Texas

**DEPARTMENT OF EMERGENCY SERVICES**
**AFTER CARE INSTRUCTIONS**

CO 54 55 85    E 10
HEARN, SUSAN DIANNE

**IMPORTANT:** We have examined and treated you today on an emergency basis only. This is not a substitute for, or an effort to provide complete medical care. In most cases you must let your private doctor check you again. If you have been referred to a clinic, we strongly recommend that you keep your appointment. If you have had special tests such as EKG's, X-rays or labs we will review them again. We will attempt to call you if there are any suggestions. After leaving, follow the instructions listed below.

**DIAGNOSIS:** Migrane  Headache

**MEDICATION:**

FOLLOW LABEL INSTRUCTIONS FOR ANY PRESCRIPTION GIVEN BY EMERGENCY PHYSICIAN

☐ TAKE ANTIBIOTICS UNTIL GONE

PREPRINTED INSTRUCTIONS GIVEN:   ☐ YES   ☐ N/A
IN SPANISH:                       ☐ YES   ☐ N/A

☐ BACTRIM
☐ CLOTRIMAZOLE VAGINAL CREAM/TAB
☐ DOXYCYCLINE
☐ DILANTIN
☐ ERYTHROMYCIN
☐ IBUPROFEN/MOTRIN
☐ FLAGYL
☐ KEFLEX
☐ LASIX
☐ ROBAXIN

☐ PENICILLIN
☐ PHENOBARBITAL
☐ PREDNISONE
☐ TETRACYCLINE
☐ TYLENOL #3
☐ VERAPAMIL
☐ ZANTAC
☒ Florinal
☐ _____
☐ _____

**DEMONSTRATED/PREPRINTED INSTRUCTIONS GIVEN**
☐ ABDOMINAL WARNINGS
☐ BURN CARE
☐ CAST CARE
☐ CRUTCH TRAINING
☐ D&C FOLLOW-UP
☐ DRESSING CHANGE
☐ FOOT CARE
☐ HEAD INJURY
☐ SUTURE CARE
☐ WOUND CARE
☐ WET TO DRY DRESSING
☐ OTHER _____

**OTHER RESOURCES**
☐ DENTAL CLINIC REFERRAL
☐ HEALTH DEPT. REFERRAL
☐ HOMELESS REFERRAL
☐ SOCIAL SERVICES REFERRAL
☐ FAMILY PLANNING REFERRAL

**SPECIAL INSTRUCTIONS:** Midrin as indicated
⊖ Elavil 25mg at bedtime
⊖ Neuro Clinic Follow up as scheduled by Neuro Service.

**FOLLOW-UP/CLINIC APPOINTMENT GIVEN** ☐ YES  ☐ N/A    **PRESCRIPTION GIVEN:** ☒ YES  ☐ N/A

I HAVE RECEIVED AND UNDERSTAND THE INSTRUCTIONS ABOVE. I UNDERSTAND THAT I HAVE HAD EMERGENCY TREATMENT ONLY. I WILL ARRANGE FOR FOLLOW-UP CARE AS INSTRUCTED AND I WILL CAREFULLY FOLLOW THE INSTRUCTIONS GIVEN.

TRANSLATOR USED:   ☐ YES   ☒ N/A

DISCHARGED: ☒ HOME  ☐ OTHER _____

☒ AMBULATORY  ☐ WHEELCHAIR  ☐ OTHER _____

RN/MD SIGNATURE: _____   DATE: 11/12   TIME: 1800

(x) Susan Hearn
PATIENT/SIGNIFICANT OTHER SIGNATURE

UNAVAILABLE FOR DISCHARGE TEACHING:  1) _____  2) _____  3) _____
TIME/INITIAL          TIME/INITIAL          TIME/INITIAL

PS 149 Revised 9/92          White Copy - Medical Record          Yellow Copy - Patient's Copy          006A